UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

---

MID-AMERICA MILLING COMPANY, LLC, &
BAGSHAW TRUCKING INC.,

      Plaintiffs,

v.                                                                    Case No. 3:23cv72

U.S. DEPARTMENT OF TRANSPORTATION,
PETER P. BUTTIGIEG,
SHAILEN BHATT, &
TODD JETER,

      Defendants.

---

## **ORDER**

---

Before the Court is Plaintiffs' Motion for Attorney Daniel Lennington to appear *pro hac vice*.

For good cause shown, the motion is hereby GRANTED.

Dated:                                               Signed:_____
                                                              Hon. Gregory F. Van Tatenhove