UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

---

MID-AMERICA MILLING COMPANY, LLC, &
BAGSHAW TRUCKING INC.,

    Plaintiffs,

v.                 Case No. 3:23cv72

U.S. DEPARTMENT OF TRANSPORTATION,
PETER P. BUTTIGIEG,
SHAILEN BHATT, &
TODD JETER,

    Defendants.

---

## CORPORATE DISCLOSURE
---

  Plaintiffs Mid-America Milling Company, LLC and Bagshaw Trucking Inc. advise the Court as follows:

  The parent corporation of Mid-America Milling Company, LLC is Hughes Group, Inc., an Indiana for-profit corporation. Bagshaw Trucking, Inc. has no parent corporation.

  No publicly held corporation owns 10% or more of Mid-America Milling Company, LLC, Hughes Group, Inc., or Bagshaw Trucking, Inc.

| | |
|---|---|
| DATED: October 30, 2023 | Respectfully Submitted, |

                                                      EMBRY MERRITT WOMACK NANCE, PLLC.

*s/ D. Eric Lycan*
D. Eric Lycan,
Chase Tower, 201 East Main Street
Suite 1402
Lexington, Kentucky 40507
Telephone: 859-543-0453
Facsimile: 800-505-0113
eric@lycanlaw.com
*Attorneys for Plaintiffs Mid-America Milling Co., LLC & Bagshaw Trucking, Inc.*

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

Richard M. Esenberg (WI Bar No. 1005622)*
Daniel P. Lennington (WI Bar No. 1088694)*
Katherine D. Spitz (WI Bar No. 1066375)*
Cara M. Tolliver (WI Bar No. 1112818)*
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Kate@will-law.org
Cara@will-law.org
*\*Pro Hac Vice Motion Forthcoming/Pending*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2023, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice to all attorneys of record.

    Dated this 31st day of October 2023.

                                                   *s/ D. Eric Lycan*
                                                   D. Eric Lycan