UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

MID-AMERICA MILLING COMPANY,
LLC & BAGSHAW TRUCKING, INC.,

       Plaintiffs,
  v.

UNITED STATES DEPARTMENT
OF TRANSPORTATION,
PETER P. BUTTIGIEG,
SHAILEN BHATT,
TODD JETER,

       Defendants.

**MOTION FOR ADMISSION *PRO HAC VICE* KATHERINE D. SPITZ**

Pursuant E.D. Ky. L.R. 83.2, Katherine D. Spitz, Esq. ("Spitz"), a member in good standing of the State Bar of Wisconsin, respectfully moves this court to appear *pro hac vice* in the above-referenced case on behalf of plaintiffs Mid-America Milling Company, LLC and Bagshaw Trucking, Inc.:

1. Ms. Spitz is a member in good standing of the State Bar of Wisconsin, as demonstrated by the Certificate of Good Standing, attached hereto as "Exhibit "A" and dated within the past 90 days of the instant motion;

2. Ms. Spitz is generally permitted to practice in the following federal courts: United States Courts of Appeal for the Seventh Circuit, United States District Courts for the Eastern and Western Districts of Wisconsin;

3. Ms. Spitz is not currently and has not ever been disbarred, suspended from practice, or subject to any other disciplinary action by any court, state, territory, or the District of Colombia;

4. Ms. Spitz consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Ms. Spitz completed the webpage tutorials on ECF Training that are accessible online via this District's website at https://resources.kyed.uscourts.gov/ecf2d/index.html; and,

6. Contemporaneous with the filing of the instant Motion, Ms. Spitz will submit the prescribed *pro hac vice* admission fee of $125.00 to the clerk of court.

WHEREFORE, having satisfied each of the requirements E.D. Ky. L.R. 83.2, and for good cause shown, the undersigned counsel respectfully requests that this motion for admission *pro hac vice* be granted, and that the undersigned counsel be permitted to appear and practice in this court and counsel for the Plaintiffs Mid-America Milling Company, LLC and Bagshaw Trucking, Inc. in the above above-referenced case.

DATED: October 26, 2023                    Respectfully Submitted,

EMBRY MERRITT WOMACK NANCE, PLLC.

*s/ D. Eric Lycan*
D. Eric Lycan,
Chase Tower, 201 East Main Street
Suite 1402
Lexington, Kentucky 40507
Telephone: 859-543-0453
Facsimile: 800-505-0113
eric@lycanlaw.com

*Attorneys for Plaintiffs Mid-America Milling Co., LLC & Bagshaw Trucking, Inc.*

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

Richard M. Esenberg (WI Bar No. 1005622)*
Daniel P. Lennington (WI Bar No. 1088694)*
Katherine D. Spitz (WI Bar No. 1066375)*
Cara M. Tolliver (WI Bar No. 1112818)*
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Kate@will-law.org
Cara@will-law.org
**Pro Hac Vice Motion Forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice to all attorneys of record.

Dated this 31st day of October, 2023.

                                                    s/ *D. Eric Lycan*
                                                    D. Eric Lycan