UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

---

MID-AMERICA MILLING COMPANY, LLC, &
BAGSHAW TRUCKING INC.,

      Plaintiffs,

v.                                              Case No. 3:23cv72

U.S. DEPARTMENT OF TRANSPORTATION,
PETER P. BUTTIGIEG,
SHAILEN BHATT, &
TODD JETER,

      Defendants.

---

**ORDER**

---

      Before the Court is Plaintiffs' Motion for Attorney Katherine Spitz to appear *pro hac vice*.

      For good cause shown, the motion is hereby GRANTED.

Dated:                               Signed:_____
                                                    Hon. Gregory F. Van Tatenhove