UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

---

MID-AMERICA MILLING COMPANY, LLC, &
BAGSHAW TRUCKING INC.,

     Plaintiffs,

v.                                                                  Case No. 3:23cv72

US DEPARTMENT OF TRANSPORTATION,
PETER P. BUTTIGIEG,
SHAILEN BHATT, &
TODD JETER,

     Defendants.

---

## DECLARATION OF SERVICE BY MAIL

---

I, Stacy Stueck, effectuated service by mail to Defendants by certified mail, by properly enclosing in a postage paid envelope on October 31, 2023, the following documents filed in the above-referenced action:

Doc. 1    Verified Complaint;
Doc. 1-1  Civil Cover Sheet;
Doc. 10  Corrected Summonses.

Copies of all the above-listed documents were sent via certified mail to the below address:

Attn. Civil Process Clerk
U.S. Attorney's Office
260 W. Vine Street, Suite 300
Lexington, KY 40507-1612

Copies of all the above-listed documents were also sent via certified mail to the below parties:

U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Todd Jeter
Kentucky Division
Federal Highway Administration
John C. Watts Federal Building
330 West Broadway
Frankfort, Kentucky 40601

Peter P. Buttigieg
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Shailen Bhatt
United States Department of
Transportation
Federal Highway Administration
1200 New Jersey Avenue, SE
Washington, D.C. 20590

I declare under penalty of perjury that the foregoing is true and correct.


Dated: October 31, 2023           s/ *Stacy Stueck*
                                  Stacy Stueck
                                  Director of Administration
                                  Wisconsin Institute for
                                  Law & Liberty, Inc.
                                  330 East Kilbourn Avenue, Suite 725
                                  Milwaukee, WI 53202
                                  Telephone: (414) 727-9455
                                  Facsimile: (414) 727-6385