UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Civil No. 3:23-cv-00072-GFVT <br><br> **ORDER** |

*** *** *** ***

This matter is before the Court on four motions for admission *pro hac vice* to practice in this matter. [R. 9; R. 12; R. 13; R. 14.] Plaintiff Mid-America Milling Company requests the admission of attorneys Daniel P. Lennington, Richard M. Essenberg, Katherine D. Spitz, and Cara M. Tolliver on its behalf. *Id.* Upon review, the Court finds that the movants have tendered the required filing fees, and information regarding their admission status, disciplinary history, consent to jurisdiction, and ECF training. Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. The Plaintiff's Motion for Admission *Pro Hac Vice* **[R. 9]** is **GRANTED**;

2. Attorney Daniel P. Lennington is admitted *pro hac vice* as counsel for the Plaintiff in the above-styled action.

3. The Plaintiff's second Motion for Admission *Pro Hac Vice* **[R. 12]** is **GRANTED**;

4. Attorney Richard M. Essenberg is admitted *pro hac vice* as counsel for the Plaintiff in the above-styled action;

5. The Plaintiff's third Motion for Admission *Pro Hac Vice* **[R. 13]** is **GRANTED**;

6. Attorney Katherine D. Spitz is admitted *pro hac vice* as counsel for the Plaintiff in the above-styled action;

7. The Plaintiff's fourth Motion for Admission *Pro Hac Vice* **[R. 14]** is **GRANTED**; and

8. Attorney Cara M. Tolliver is admitted *pro hac vice* as counsel for the Plaintiff in the above-styled action.

This the 14th day of November 2023.

Gregory F. Van Tatenhove
United States District Judge