AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| Mid-America Milling Company, LLC, et. al., )<br>*Plaintiff* )<br>v. )<br>United States Department of Transportation, et. al., )<br>*Defendant* ) | Case No.   3:23-cv-00072-GFVT |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mid-America Milling Company, LLC; Bagshaw Trucking Inc.                                                           .

Date:   11/27/2023

Daniel P. Lennington
*Attorney's signature*

Daniel P. Lennington - WI Bar No. 1088694
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
330 E. Kilbourn Ave., Ste. 725
Milwaukee, WI 53202
*Address*

Dan@will-law.org
*E-mail address*

414-727-9455
*Telephone number*

414-727-6385
*FAX number*