AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| Mid-America Milling Company, LLC, et. al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:23-cv-00072-GFVT |
| United States Department of Transportation, et. al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mid-America Milling Company, LLC; Bagshaw Trucking Inc.                                   .

Date:   11/27/2023

Richard M. Esenberg
*Attorney's signature*

Richard M. Esenberg - WI Bar No. 1005622
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
330 E. Kilbourn Ave., Ste. 725
Milwaukee, WI 53202
*Address*

Rick@will-law.org
*E-mail address*

414-727-9455
*Telephone number*

414-727-6385
*FAX number*