AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | |
|---|---|
| Mid-America Milling Company, LLC, et. al., ) <br> *Plaintiff* ) <br> v. ) <br> United States Department of Transportation, et. al., ) <br> *Defendant* ) | Case No. 3:23-cv-00072-GFVT |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mid-America Milling Company, LLC;  Bagshaw Trucking Inc.   .

Date:   11/27/2023

Cara M. Tolliver
*Attorney's signature*

Cara M. Tolliver - WI Bar No. 1112818
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
330 E. Kilbourn Ave., Ste. 725
Milwaukee, WI 53202
*Address*

Cara@will-law.org
*E-mail address*

414-727-9455
*Telephone number*

414-727-6385
*FAX number*