# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## FRANKFORT

|  |  |
|---|---|
| **MID-AMERICA MILLING COMPANY, LLC,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF TRANSPORTATION,** *et al.*, <br><br> **Defendants.** | **Case No. 3:23-cv-00072-GFVT** |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants the United States Department of Transportation, Peter P. Buttigieg, Shailen Bhatt, and Todd Jeter move for an extension of time to respond to Plaintiffs' Verified Complaint, ECF No. 1 (Complaint). *See* Fed. R. Civ. P. 6(b)(1)(A); LR 7.1(b). On October 26, 2023, Plaintiffs filed the Complaint, and on October 31, 2023, Plaintiffs served the U.S. Attorney's Office by certified mail. Accordingly, Defendants' current deadline to file a responsive pleading is January 2, 2024. *See* Fed. R. Civ. P. 12(a)(2).

Defendants respectfully request a 14-day extension of time to respond to the Complaint, from January 2, 2024 to January 16, 2024. Defendants request this extension for good cause, as they require a brief amount of additional time to investigate and evaluate the allegations in the Complaint, which raises substantial and complex constitutional issues regarding the U.S. Department of Transportation's Disadvantaged Business Enterprise program. *See, e.g.*, Compl. ¶ 9. No other existing deadline will be affected by the extension, and no party will suffer prejudice.

Additionally, the Parties conferred on this motion, and Plaintiffs consent to the relief requested.

For the foregoing reasons, the Court should grant Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint and extend the time for Defendants to file a responsive pleading from January 2, 2024 to January 16, 2024.

Dated: December 8, 2023

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

KAREN D. WOODARD
Chief
Employment Litigation Section
Civil Rights Division

/s/ Robert Rich
ANDREW BRANIFF
(IN Bar No. 23430-71)
Deputy Chief
ROBERT RICH
(DC Bar No. 1016908)
Trial Attorney
Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 598-9898
Robert.Rich@usdoj.gov

*Counsel for Defendants*