UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| **MID-AMERICA MILLING COMPANY, LLC,** *et al.*,<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**UNITED STATES DEPARTMENT OF TRANSPORTATION,** *et al.*,<br><br>　　　　**Defendants.** | Case No. 3:23-cv-00072-GFVT |

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' Complaint (Motion), Plaintiffs' consent, the entire record, and for good cause shown, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall respond to Plaintiffs' Verified Complaint, ECF. No. 1, by January 16, 2024.

So **ORDERED** this _____ day of December, 2023.

_____
GREGORY F. VAN TATENHOVE
United States District Judge