

# RULE 83.1 OF THE JOINT LOCAL RULES FOR THE EASTERN AND WESTERN DISTRICTS OF KENTUCKY

**Attorney Admission to Practice**

    (a)    **Applicant Eligibility.** An attorney may apply for admission to the Bar of the Court if:

        (1)    The attorney has been admitted to practice before the Supreme Court of Kentucky;

        (2)    The attorney is in good standing with the Supreme Court of Kentucky; and

        (3)    The attorney is of good moral and professional character.

    (b)    **Admission Procedure.** An applicant must provide the Clerk with the following:

        (1)    an Application for Admission;

        (2)    an Authorization and Release;

        (3)    an affidavit of sponsorship signed by a member of the bar; and

        (4)    the prescribed fee[1]; and

        (5)    a statement identifying the method of training completed before use of the Court's electronic filing system.

    (c)    **Admission.** After the Court grants the attorney's application, the applicant may be admitted by mail or by appointment in open court.

        (1)    **Admission by Mail.** Upon request, the Clerk will promptly mail a Certificate of Admission to the applicant.

        (2)    **Admission in Open Court**. Upon request, the Clerk will arrange for a hearing at which time the sponsor will move to admit the applicant. The presiding judge will administer the attorney's oath or affirmation in open court.

---

[1] Effective December 1, 2020, the prescribed fee is $188.

EDKy 419A (Rev. 10/08) Application for Admission to Practice in this Court

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

The Application of:

_____
(Name to Appear on Certificate)

_____
(Mailing Address to Send Certificate)

_____

for Admission to Practice in this Court.

    I hereby apply for admission to practice before the United States District Court for the Eastern District of Kentucky. I ask that my application and accompanying motion be considered and acted upon by any District Judge.

    I represent that I am an attorney of good moral and professional character and eligible for admission to the Bar of this Court. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course ☐ on-line tutorial ☐ authorized class room training or ☐ other method (Please explain: _____).

    I have been admitted to practice before the following courts (Please include bar membership numbers):
_____
_____
_____

    I am a member in good standing in the bar of the above courts. I have not have been disbarred, suspended, or disciplined in any fashion from practice in any court or any bar association in any jurisdiction. (If there is any exception, check here ☐ and attach a detailed explanation together with copies of any opinions, order or letters of discipline.)

    I was born on _____ at _____
If not a citizen of the United States by birth, check here ☐ and state date and place of naturalization:
_____

Other Information :
Home Address:                                    Office Address:
_____              _____
_____              _____

Home Telephone No._____

                                                    Office Telephone No._____

State of    ) _____
            )
County of ) _____

    I, _____, do solemnly swear that I will demean myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do further swear that the statements in the foregoing application are true.

_____
(Signature of Applicant)

Subscribed and sworn to before me this _____day of _____, 2_____.

Notary Public    _____
                 (Signature of Notary Public)
State at Large My commission expires: ▓▓▓▓▓▓▓▓

EDKy 419C (Rev. 10/08) Attorney Admission Affidavit & Motion by Sponsor (Rev. 12/08)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

## AFFIDAVIT OF SPONSOR

The undersigned attorney, _____, being duly sworn, deposes and says:

1. I was duly admitted to practice before the United States District Court for the Eastern District of Kentucky on _____.
   <sub>Sponsor's Date of Admission to Eastern District of Kentucky</sub>

2. This affidavit is submitted in support of the application of _____
   <sub>Name of Applicant</sub>
   for admission to the Bar of the United States District Court for the Eastern District of Kentucky.

3. I have read the application and believe the statements therein to be true and correct.

4. I have known the applicant since _____ and my opinion of the applicant's, character,
   <sub>Approximate Year</sub>
   reputation and competency is: _____
   _____.

5. I vouch for the personal and professional integrity of applicant.

Date: _____          _____
                                      (Sponsor's Signature)
                                      _____
                                      (Office Address 1)
                                      _____
                                      (Office Address 2)

State of _____ )
                               )
County of _____ )

Subscribed and sworn to before me this _____ day of _____, 20__ .

My commission expires: _____       _____
                                                    Notary Public, State at Large

---

## MOTION BY SPONSOR FOR ADMISSION BY MAIL
(To be completed only when admission by mail is sought)

Comes the undersigned as sponsor for the above-named applicant who requests to be admitted to practice before this Court by mail rather than an appearance in open Court, and moves that applicant be admitted as an attorney and counselor of this Court.

Date: _____          _____
                                      (Sponsor's Signature)

Form 419B-EDKy

# United States District Court
## EASTERN DISTRICT OF KENTUCKY

RE: APPLICATION FOR ADMISSION — AUTHORIZATION AND RELEASE

I, _____ , whose Social Security Number is _____ , having filed an application for admission to the Bar of this Court consent to have an investigation made as to my moral character, professional reputation and fitness for the practice of law and such information as may be received, reported to the admitting authority. I agree to give any further information which may be required in reference to my past record.

I also authorize and request, every person, firm, company, corporation, governmental agency, court, association or institution having control of any documents, records and other information pertaining to me, to furnish to the Clerk, United States District Court for the Eastern District of Kentucky any such information, including documents, records, bar association files regarding charges or complaints filed against me, formal or informal, pending or closed, or any other pertinent data, and to permit the said Clerk to inspect and make copies of such documents, records, and other information.

I hereby release and discharge, the state admission agency of the state(s) of my admission, its agents and representatives, and any person so furnishing information from any and all liability of every nature and kind arising out of the furnishing or inspection of such documents, records, and other information to or by the said Clerk.

I have read the foregoing document and have furnished all information fully and frankly. The information is complete and true of my own knowledge.

_____
(Signature of Applicant)

Subscribed and sworn to before me this _____ day of _____, 20\_\_\_\_\_.