UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) | |
| | ) | Civil No. 3:23-cv-00072-GFVT |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendants the United States Department of Transportation, Peter. P Buttigieg, Shailen Bhatt, and Todd Jeter's motion for an extension of time to respond to Plaintiffs' complaint. [R. 21.] In their motion, the Defendants request an extension to file a responsive pleading until January 16, 2024. *Id*. The Defendants communicate to the Court that Plaintiffs consent to the extension of time. *Id*. Attached to the Defendants' motion is a Proposed Agreed Order. [*See* R. 21-1.] Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Defendants' Motion [**R. 21**] is **GRANTED** and the Defendants shall have up to and including January 16, 2024, to file an answer or otherwise respond to the complaint in this matter.

This the 12th day of December, 2023.

Gregory F. Van Tatenhove
United States District Judge