UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| **MID-AMERICA MILLING COMPANY, LLC**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF TRANSPORTATION**, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-00072-GFVT |

**NOTICE OF APPEARANCE OF COUNSEL**

Pursuant to Joint Local Rule of Civil Practice 83.2(b), notice is given that Jillian Moo-Young, Trial Attorney, Employment Litigation Section, Civil Rights Division, United States Department of Justice, will appear as counsel for Defendants the United States Department of Transportation, Peter P. Buttigieg, Shailen Bhatt, and Todd Jeter in the above-captioned case.

Dated: December 12, 2023

Respectfully Submitted,

*/s/ Jillian Moo-Young*
JILLIAN MOO-YOUNG
(DC Bar No. 1045088)
Trial Attorney
Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 714-5593
Jillian.Moo-Young@usdoj.gov