UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-00072-GFVT |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Joint Local Rule of Civil Practice 83.2(b), notice is given that Andrew Braniff, Deputy Chief, Employment Litigation Section, Civil Rights Division, United States Department of Justice, will appear as counsel for Defendants the United States Department of Transportation, Peter P. Buttigieg, Shailen Bhatt, and Todd Jeter in the above-captioned case.

Dated: December 13, 2023

                                              Respectfully Submitted,

                                              */s/ Andrew G. Braniff*
                                              ANDREW G. BRANIFF
                                              (IN Bar No. 23430-71)
                                              Deputy Chief
                                              Employment Litigation Section
                                              Civil Rights Division
                                              United States Department of Justice
                                              950 Pennsylvania Avenue NW
                                              Washington, DC 20530
                                              (202) 532-3803
                                              andrew.braniff@usdoj.gov