UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

---

MID-AMERICA MILLING COMPANY, LLC, &
BAGSHAW TRUCKING INC.,

    Plaintiffs,

    v.                                      Case No. 3:23cv72

U.S. DEPARTMENT OF TRANSPORTATION,
PETER P. BUTTIGIEG,
SHAILEN BHATT, &
TODD JETER,

    Defendants.

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

    PLEASE TAKE NOTICE that Attorney Katherine D. Spitz hereby withdraws as counsel for Plaintiffs in the above matter. Richard M. Esenberg, Daniel P. Lennington, Cara M. Tolliver, and the Wisconsin Institute for Law & Liberty, Inc. will remain as counsel of record for Plaintiffs.

    Dated this 13th day of December, 2023.

                                          WISCONSIN INSTITUTE FOR
                                          LAW & LIBERTY, INC.

                                          s/
                                          Daniel P. Lennington (WI Bar No. 1088694)
                                          Katherine D. Spitz (WI Bar No. 1066375)
                                          330 East Kilbourn Avenue, Suite 725
                                          Milwaukee, WI 53202
                                          Telephone: (414) 727-9455
                                          Facsimile: (414) 727-6385

        Dan@will-law.org
        Kate@will-law.org
        *Attorneys for Plaintiffs*