IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

MID-AMERICA MILLING COMPANY, LLC, et al.,

    Plaintiffs,

v.                                                    Case No. 3:23-cv-72

UNITED STATES DEPARTMENT
OF TRANSPORTATION, et al.,

    Defendants.

## ORDER

For the reasons stated in the attached opinion, the Court thus **GRANTS** Plaintiffs' Motion for a Preliminary Injunction and **ENJOINS** Defendants from implementing or enforcing the DBE Program's race and gender presumptions and DBE participation goal as set forth in P.L. 117-58, § 11101(e) and in 49 C.F.R. §§ 26.21, 26.41, 26.45, 26.47, 26.5, 26.51, 26.53, 26.67, 26.69, and 13 C.F.R. §§ 124.101, 124.103, 124.104, 124.105, and/or as otherwise applied to the DBE Program and other DBE programs and services, until further order of this Court.