UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| **MID-AMERICA MILLING COMPANY, LLC,** *et al.*,<br><br>        **Plaintiffs,**<br><br>        v.<br><br>**UNITED STATES DEPARTMENT OF TRANSPORTATION,** *et al.*,<br><br>        **Defendants.** | Case No. 3:23-cv-00072-GFVT |

### JOINT MOTION TO EXTEND TIME FOR FILING RESPONSES AND REPLIES AND TO EXCEED PAGE LIMITATIONS

Plaintiffs and Defendants have conferred and jointly move to extend the time for filing responses and replies to Plaintiffs' Motion for Preliminary Injunction, ECF No. 27, and for leave of the Court to exceed the page limitations set forth in the Joint Local Rules of Civil Practice. *See* LR 7.1(b)–(d); *see also* Fed. R. Civ. P. 6(b)(1)(A).

Plaintiffs and Defendants have conferred regarding the matters at issue in this case and Plaintiffs' pending Motion for Preliminary Injunction. In recognition of the importance of the constitutional claim asserted by Plaintiffs and the significance of the federal program at issue, the Parties believe that responses and replies exceeding the normal time frames and page limits set by the local rules would be appropriate in this matter. Accordingly, the Parties propose to permit: (1) Defendants to file a response to Plaintiffs' motion that does not exceed 30 pages by January 26,

2024; and (2) Plaintiffs to file a reply in support of their motion that does not exceed 25 pages by February 23, 2024.[1]

    For the foregoing reasons, the Court should grant the Joint Motion to Extend Time for Filing Responses and Replies and to Exceed Page Limitations and permit the Parties to file responses and replies on the dates and with the page limitations set forth above.

Dated: December 20, 2023                                Respectfully submitted,

                                                              KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

KAREN D. WOODARD
Chief
Employment Litigation Section
Civil Rights Division

/s/ Robert Rich
ANDREW BRANIFF
(IN Bar No. 23430-71)
Deputy Chief
ROBERT RICH
(DC Bar No. 1016908)
JILLIAN MOO-YOUNG
(DC Bar No. 1045088)
Trial Attorneys
Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 598-9898
Robert.Rich@usdoj.gov

*Counsel for Defendants*

---

[1] Under LR 7.1(c), the current deadline for Defendants' response is January 5, 2024, and the current deadline for Plaintiffs' reply is January 19, 2024.

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

s/ Daniel P. Lennington

Richard M. Esenberg
(WI Bar No. 1005622)
Daniel P. Lennington
(WI Bar No. 1088694)
Cara M. Tolliver
(WI Bar No. 1112818)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Cara@will-law.org

*Counsel for Plaintiffs*