UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00072-GFVT |

### ORDER

Upon consideration of the Parties' Joint Motion to Extend Time for Filing Responses and Replies and to Exceed Page Limitations (Motion) and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendants may file a response to Plaintiffs' Motion for Preliminary Injunction, ECF. No. 27, that does not exceed 30 pages by January 26, 2024; and it is further

**ORDERED** that Plaintiffs may file a reply in support of their Motion for Preliminary Injunction that does not exceed 25 pages by February 23, 2024.

So **ORDERED** this _____ day of December, 2023.

_____
GREGORY F. VAN TATENHOVE
United States District Judge