UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) | Civil No. 3:23-cv-00072-GFVT |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Parties' Joint Motion to extend the time for filing responses and replies to Plaintiffs' Motion for Preliminary Injunction. [R. 27-28.] In their motion, the Parties contend that, in recognition of the importance of the constitutional claim asserted by Plaintiffs and the significance of the federal program at issue, responses and replies exceeding the normal time frames and page limits set by the local rules would be appropriate. [R. 28.] The Parties propose to permit: (1) Defendants to file a response not exceeding 30 pages to Plaintiffs' motion by January 26, 2024; and (2) Plaintiffs to file a reply in support of their motion that does not exceed 25 pages by February 23, 2024. *Id.* Attached to the Parties' Joint Motion is a Proposed Agreed Order. [*See* R. 28-1.] In this District, parties can extend motion deadlines by agreed order. LR 7.1(b). Further, page limitations for motions and responses may be extended with leave of the Court. LR 7.1(d). Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Parties' Joint Motion [**R. 28**] is **GRANTED**;

2. The Defendants **SHALL** have up to and including January 26, 2024, to file a response not exceeding 30 pages to Plaintiffs' Motion for Preliminary Injunction; and

3. The Plaintiffs **SHALL** have up to and including February 23, 2024 to file a reply in support of their Motion for Preliminary Injunction that does not exceed 25 pages.

This the 21st day of December, 2023.

Gregory F. Van Tatenhove
United States District Judge