UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

MID-AMERICA MILLING COMPANY, LLC, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

    Defendants.

Case No. 3:23-cv-00072-GFVT

### ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint (Motion), any opposition, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Verified Complaint, ECF No. 1, is **DISMISSED**; and it is further

**ORDERED** that the Clerk shall enter **JUDGMENT** in favor of Defendants and **CLOSE** this case.

So **ORDERED** this _____ day of January, 2024.

_____
GREGORY F. VAN TATENHOVE
United States District Judge