# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| **MID-AMERICA MILLING COMPANY, LLC,** *et al.*,<br><br>      **Plaintiffs,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF TRANSPORTATION,** *et al.*,<br><br>      **Defendants.** | Case No. 3:23-cv-00072-GFVT |

**DECLARATION OF MARTHA KENLEY**

I, MARTHA KENLEY, hereby state and declare, pursuant to 28 U.S.C. § 1746:

1. I am the National Disadvantaged Business Enterprise ("DBE") Program Manager for the Federal Highway Administration ("FHWA"), an operating administration of the United States Department of Transportation ("DOT"). As Program Manager, I develop policies and advise FHWA Division Offices on all DBE program areas, work with the DOT on drafting and reviewing regulations and DBE guidance documents, and advance national program initiatives. I have served in this role since June 2010.

2. I submit this declaration based upon my personal knowledge and information available to me in my official capacity.

3. The DOT DBE program does not involve quotas or set asides. DOT DBE regulations prohibit the use of quotas in all circumstances, and they prohibit the use of set asides except in "limited and extreme circumstances . . . when no other method could be reasonably expected to redress egregious instances of discrimination." 49 C.F.R. § 26.43. Notwithstanding

the language regarding the use of set asides in "limited and extreme circumstances," I am not aware of any instance in which any funding recipient has ever used set asides in any circumstances. The DBE program does not prohibit any firm, whether or not certified as a DBE, from bidding on or being awarded any contract as either a prime contractor or subcontractor.

    4.  Each state department of transportation is required to establish an annual goal for DBE participation in federally funded projects on a triennial basis based upon its relevant geographic transportation market area. 49 C.F.R. § 26.45. Once a state has set an overall goal for DBE participation, it must attempt to meet that goal on an annual basis by using race- and gender-neutral means to the maximum extent possible. 49 C.F.R. § 26.51(a). A state's overall DBE participation goal, as well as the portion of that goal that the state meets using race- and gender-conscious means, is not static and changes over time. For example, in Indiana, the percentage of DOT funds awarded to DBE firms through race- and gender-neutral means climbed from 3.19% in 2017 to 6.36% in 2023, while the percentage of DOT funds awarded to DBE firms through race- and gender-conscious means fell from 7.55% in 2017 to 5.26% in 2023. Since 2010, during my tenure as the FHWA DBE National Program Manager, the number of state departments of transportation that implement fully race- and gender-neutral programs—i.e., that are able to achieve their overall goal without the use of any race- and gender-conscious subcontracting goals—has increased. At the time of this writing there are eight states that administer their DBE programs without the use of contract goals.

    5.  When prime contractors on DOT-funded contracts solicit bids from subcontractors, they may often choose not to select the lowest bidder for reasons unrelated to the DOT DBE program. For example, the prime contractor may determine that the lowest-bidding subcontractor does not have sufficient work experience or personnel to complete the project. Or

the prime contractor may determine that a higher-bidding subcontractor is the best qualified to perform the required services. Thus, if a prime contractor chooses a DBE subcontractor over a lower-bidding non-DBE subcontractor, that fact alone does not show that the contract included a DBE participation goal or that the selection was motivated by the bidders' DBE status.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2024
Washington, District of Columbia

MARTHA G KENLEY
Digitally signed by MARTHA G KENLEY
Date: 2024.01.26 12:20:06 -05'00'

**Martha Kenley**
National DBE Program Manager
Federal Highway Administration
United States Department of Transportation