UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

---

MID-AMERICA MILLING COMPANY, LLC &
BAGSHAW TRUCKING INC.,

                Plaintiffs                Case No.: 3:23-cv-00072-GFVT

V.

U.S. DEPARTMENT OF TRANSPORTATION,
PETER BUTTIGIEG,
SHAILEN BHATT, &
TODD JETTER,

                Defendants

---

## ENTRY OF APPEARANCE

---

Please take notice that Jason M. Nemes and Greg Healey of Commonwealth Counsel Group, PLLC, hereby enter their appearance on behalf of the Plaintiffs in the above-styled matter. Wisconsin Institute for Law & Liberty Inc. will remain as lead counsel of record for Plaintiffs, while Messrs. Nemes and Healey will serve as local counsel.

                Respectfully submitted,

                _Jason M. Nemes_

                _____

                Jason M. Nemes, KBA# 90546
                Greg Healey, KBA# 99546
                Commonwealth Counsel Group, PLLC
                10343 Linn Station Road, Suite 100
                Louisville, KY 40223
                jason@ccgattorneys.com
                greg@ccgattorneys.com
                _Counsel for Plaintiff_

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice to all attorneys of record, on February 2, 2024.

_____

Jason M. Nemes