UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:23-cv-00072-GFVT |
| v. | ) ) ) | **ORDER** |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) | |
| Defendants. | | |

*** *** *** ***

This matter is before the Court on the Motion to Withdraw filed by D. Eric Lycan, counsel for Plaintiffs Mid-America Milling Company, LLC and Bagshaw Trucking, Inc.. [R. 33.] Local Rule 83.6(b) permits an attorney to withdraw by filing a notice of withdrawal stating that the client has been notified of the withdrawal if: (1) multiple attorneys are attorneys of record for the client; and (2) at least one of those attorneys will remain attorney of record after the attorney seeking to withdraw does so.. LR 83.6(b). Mr. Lycan has indicated that a conflict has arisen, which prohibits his further representation of the plaintiffs. [R. 33] Mr. Lycan certifies that Wisconsin Institute for Law and Liberty Inc. will remain as counsel of record for the plaintiffs. *Id*. Mr. Lycan has not, however, certified that his clients have been notified of his intention to withdraw. Accordingly, and the Court being sufficiently advised, the Motion to Withdraw [**R. 33**] is **DENIED**.

This the 6th day of February 2024.

Gregory F. Van Tatenhove
United States District Judge