UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

---

MID-AMERICA MILLING COMPANY, LLC, &
BAGSHAW TRUCKING INC.,

      Plaintiffs,

v.                                           Case No. 3:23cv72

U.S. DEPARTMENT OF TRANSPORTATION,
PETER P. BUTTIGIEG,
SHAILEN BHATT, &
TODD JETER,

      Defendants.

---

### NOTICE/MOTION TO WITHDRAW BY EMBRY MERRITT WOMACK NANCE, PLLC AS COUNSEL FOR PLAINITFF

---

Pursuant to E.D. Ky. LR 7.1 and 83.6 and KY SCR 3.130(1.16), D. Eric Lycan of Embry Merritt Womack Nance, PLLC, hereby gives notice and files this motion to withdraw as counsel for Plaintiffs Mid-America Milling Co., LLC and Bagshaw Trucking, Inc.

As grounds for this Motion, D. Eric Lycan hereby certifies that Plaintiffs Mid-America Milling Co. LLC and Bagshaw Trucking, Inc. have been notified of his intention to withdraw and they consent to the withdrawal. In addition, D. Eric Lycan states that a conflict has arisen which prohibits his further representation of Plaintiffs. Jason M. Nemes and Greg Healey of Commonwealth Counsel Group, LLC have entered their appearance as local counsel for Plaintiffs. Commonwealth Counsel Group, LLC and Wisconsin Institute for Law & Liberty Inc. will remain as counsel of record for Plaintiffs after D. Eric Lycan withdraws. Based on the foregoing it is requested that D. Eric Lycan be permitted to withdraw as counsel for any and all matters pertaining to this action.

WHEREFORE, D. Eric Lycan respectfully requests that he be permitted to withdraw as attorney of record for Plaintiffs Mid-America Milling Co., LLC and Bagshaw Trucking, Inc.

DATED: February 12, 2024　　　　　　　　Respectfully Submitted,

EMBRY MERRITT WOMACK NANCE, PLLC.
*s/ D. Eric Lycan*
D. Eric Lycan,
Chase Tower, 201 East Main Street
Suite 1402
Lexington, Kentucky 40507
Telephone: 859-543-0453
Facsimile: 800-505-0113
eric@lycanlaw.com
*Attorneys for Plaintiffs Mid-America Milling Co., LLC & Bagshaw Trucking, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice to all attorneys of record.

Dated this 12th day of February 2023.

*s/ D. Eric Lycan*
D. Eric Lycan