UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

---

MID-AMERICA MILLING COMPANY, LLC, &
BAGSHAW TRUCKING INC.,

    Plaintiffs,

v.                                                  Case No. 3:23cv72

U.S. DEPARTMENT OF TRANSPORTATION,
PETER P. BUTTIGIEG,
SHAILEN BHATT, &
TODD JETER,

    Defendants.

---

## ORDER

---

The Court having considered the Notice/Motion for Leave to Withdraw by D. Eric Lycan as Counsel for Plaintiffs Mid-America Milling Co., LLC and Bagshaw Trucking, Inc; and having considered the Motion, and being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1) D. Eric Lycan's Motion to Withdraw as counsel for Plaintiff is **GRANTED**; and

2) D. Eric Lycan and Embry Merritt Womack Nance, PLLC are withdrawn as counsel for Plaintiffs Mid-America Milling Co., LLC and Bagshaw Trucking, Inc and shall have no further responsibilities in connection with this action; and

3) Wisconsin Institute for Law & Liberty Inc. and Commonwealth Counsel Group, PLLC will remain as counsel of record for Plaintiffs.

Tendered by,

EMBRY MERRITT WOMACK NANCE, PLLC

*/s/ D. Eric Lycan*
David Eric Lycan
Chase Tower
201 East Main Street, Suite 1402
Lexington, KY 40507
T: 859-543-0453
Eric.Lycan@emwnlaw.com