UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Civil No. 3:23-cv-00072-GFVT ) |
| v. | ) ) **ORDER** |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) |
| Defendants. | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Motion to Withdraw filed by D. Eric Lycan, counsel for Plaintiffs Mid-America Milling Company, LLC and Bagshaw Trucking, Inc.. [R. 37.] Local Rule 83.6(b) permits an attorney to withdraw by filing a notice of withdrawal stating that the client has been notified of the withdrawal if: (1) multiple attorneys are attorneys of record for the client; and (2) at least one of those attorneys will remain attorney of record after the attorney seeking to withdraw does so.. LR 83.6(b). Mr. Lycan has indicated that a conflict has arisen, which prohibits his further representation of the plaintiffs. [R. 37.] Mr. Lycan certifies that Mid-America Milling Company, LLC and Bagshaw Trucking, Inc. have been notified of his intent to withdraw, and that Commonwealth Counsel Group, LLC and Wisconsin Institute for Law and Liberty Inc. will remain as counsel of record for the plaintiffs. *Id*. Accordingly, and the Court being sufficiently advised, the Motion to Withdraw [**R. 37**] is **GRANTED**.

This the 21st day of February 2024.

Gregory F. Van Tatenhove
United States District Judge