UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

---

MID-AMERICA MILLING COMPANY,
LLC, *et al.*,

      Plaintiffs,

v.                                     Case No. 3:23-cv-00072-GFVT

UNITED STATES DEPARTMENT
OF TRANSPORTATION, *et al.*,

      Defendants.

---

## DECLARATION OF DANIEL LENNINGTON

---

I, Daniel Lennington, declare under the penalty of perjury under the laws of the United States as follows:

1. I serve as Deputy Counsel at the Wisconsin Institute for Law & Liberty, Inc.

2. In this case, I am counsel for plaintiffs Mid-America Milling Company, LLC (MAMCO) and Bagshaw Trucking, Inc. ("Bagshaw").

3. Attached hereto as Exhibit A, is a non-exhaustive listing of those states Plaintiffs specifically name in their Verified Complaint and declarations, as states in which Plaintiffs commonly bid federally funded contracts impacted by the federal DBE program and its discriminatory goals. This listing indicates whether the state is implementing the federal DBE goal through race- and gender-conscious means as provided through publicly available online sources.

Dated: February 23, 2023

_____
Daniel P. Lennington