**States in which Plaintiffs' commonly bid federally funded contracts impacted by the federal DBE program**
(non-exhaustive listing)

| State | Current Race/Gender-Conscious DBE Goal? | | Publicly Available Links |
|---|---|---|---|
| Alabama | Yes | 6.45% | https://www.dot.state.al.us/programs/pdf/DBE/ProposedGoalMethodology.pdf - pg. 1 |
| Arkansas | Yes | 1.69% | https://www.ardot.gov/wp-content/uploads/Disadvantaged-Business-Enterprise-DBE-Participation-Goal-Methodology-Report-FFY-2023-2025.pdf - pg. 2 |
| Delaware | Yes | 12.27%<br><br>Marked Proposed, but appears on website. | https://deldot.gov/Business/dbe/contentFolder/pdfs/dbeGoalMethodology.pdf?cache=1708379945085 - pg. 1 |
| Florida | No | -- | https://www.fdot.gov/equalopportunity/programsandservices.shtm#:~:text=The%20FDOT%20utilizes%20a%20race,is%20established%20every%20three%20years |
| Georgia | Public information not readily retrievable. | -- | -- |
| Illinois | Yes | 21.09%<br><br>Through 2015, but appears on website. | https://idot.illinois.gov/content/dam/soi/en/web/idot/documents/doing-business/reports/obwd/fhwa-13-15-goal-doc.pdf - pg. 12 |
| Indiana | Yes | 5.26% | ECF 32-1:3 ¶ 4. |
| Iowa | Yes | 3.67% | https://www.iowadot.gov/civilrights/documents/Goal-Methodology.pdf - pg. 1 |
| Kansas | Public information not readily retrievable. | -- | -- |



**States in which Plaintiffs' commonly bid federally funded contracts impacted by the federal DBE program**
(non-exhaustive listing)

| | | | |
|---|---|---|---|
| Kentucky | Yes | 10.4% | https://transportation.ky.gov/Civil-Rights-and-Small-Business-Development/Documents/FY%2023-25%20Goal%20Methodology%207.16.22.pdf - pg. 1 |
| Louisiana | Public information not readily retrievable. | -- | -- |
| Michigan | Yes | 7.00%<br><br>Marked for public notice. | https://www.michigan.gov/mdot/-/media/Project/Websites/MDOT/Business/Contractors/DBE/FY2023-FY2025-Goals-Notice.pdf?rev=437512d908f54bfc9f3a270e40fc6f15&hash=DCF583712565492820BD73A13244DEB9 |
| Minnesota | Yes | 9.12% | https://www.dot.state.mn.us/civilrights/small-business-program-information.html#:~:text=MnDOT's%20DBE%20Program%20was%20established,the%20U.S.%20Department%20of%20Transportation - link to downloadable report, pg. 2 |
| Mississippi | Yes | 5.44%<br><br>Through 2022, and marked draft. | https://mdot.ms.gov/documents/Civil%20Rights/Public%20Notices/MDOT%20DBE%20Goal%20Setting%20Methodology%20FY2020-2022.pdf - pg. 11 |
| Missouri | Yes | Not specified – the 2024 proposed report indicates that the current goal includes race/gender-conscious contracting goals. | https://www.modot.org/sites/default/files/documents/DRAFT%20Report%20KeenIndependent_2024MoDOTDBEAvailabilityStudy_DraftReport_01172024%20%28002%29_0.pdf - pg. 5 |
| North Carolina | Public information not readily retrievable. | -- | -- |
| Ohio | Yes | 11.5% | https://www.transportation.ohio.gov/wps/wcm/connect/gov/7c269103-2fad-4fa8-a7f2-fcb01aa93903/ODOT+2023- |

**States in which Plaintiffs' commonly bid federally funded contracts impacted by the federal DBE program**
(non-exhaustive listing)

| | | | |
|---|---|---|---|
| | | | 25+Overall+DBE+Goal+and+Methodology+Document+final.pdf?MOD=AJPERES&CONVERT_TO=url&CACHEID=ROOTWORKSPACE.Z18_M1HGGIK0N0JO00QO9DDDDM3000-7c269103-2fad-4fa8-a7f2-fcb01aa93903-ojPHeMU- pg. 15 |
| **Oklahoma** | Yes | 8.18% | https://oklahoma.gov/content/dam/ok/en/odot/civil-rights/dbe-methodology/FFY23-FFY25%20Overall%20Goal%20Methodology%20Final.pdf - pg. 3 |
| **South Carolina** | Yes | 12.0%<br><br>Marked Proposed. | https://www.scdot.org/business/pdf/businessDevelop/2024-26-FHWA-Proposed-DBE-Goal.pdf - pg. 1 |
| **Tennessee** | Yes | 8.19%<br><br>Marked as Draft. | https://www.tn.gov/content/dam/tn/tdot/civilrights/small-business/2024-2026%20Proposed%20TDOT%20DBE%20Goal%20Methodology%20Draft%20for%20website.pdf- pg. 1 |
| **Texas** | Yes | 7.5% | https://www.txdot.gov/business/disadvantaged-small-business-enterprise/dbe-airport-concessions/dbe-goal-methodology.html |
| **Virginia** | Public information not readily retrievable. | -- | -- |
| **West Virginia** | Yes | 2.15% | https://transportation.wv.gov/crc/DBE/SiteAssets/Pages/default/DBE%20Goal%202022%20to%202024%20Website%20Revised%20%20%281%29.pdf |

Page **3** of 3