UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br> Defendants. | Case No. 3:23-cv-00072-GFVT <br><br> **ORDER** |

*** *** *** ***

This matter is before the Court on a Motion for Preliminary Injunction filed by Plaintiffs. [R. 27.] The Plaintiffs ask this Court to assert that the race and gender presumptions of eligibility for the Disadvantaged Business Enterprise Program (the "DBE Program") are unconstitutional in violation of the Fifth Amendment's Equal Protection Guarantee and the Administrative Procedure Act. *Id.*; R. 27-1. The matter is fully briefed.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that a hearing on the pending Motion for Preliminary Injunction is **SCHEDULED** for **Wednesday, April 24, 2024,** at the hour of **1:30 p.m.** at the United States Courthouse in **Frankfort**, Kentucky,

This the 12th day of April 2024.

Gregory F. Van Tatenhove
United States District Judge