UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| **MID-AMERICA MILLING COMPANY, LLC,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF TRANSPORTATION,** *et al.*, <br><br> Defendants. | Case No. 3:23-cv-00072-GFVT |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Joint Local Rule of Civil Practice 83.2(b), notice is given that Sosun Bae, Senior Trial Attorney, Employment Litigation Section, Civil Rights Division, United States Department of Justice, will appear as counsel for Defendants the United States Department of Transportation, Peter P. Buttigieg, Shailen Bhatt, and Todd Jeter in the above-captioned case.

Dated: April 19, 2024                                   Respectfully Submitted,

/s/ *Sosun Bae*
SOSUN BAE
(DC Bar No. 986159)
Senior Trial Attorney
Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 305-7568
Sosun.Bae@usdoj.gov