UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
CIVIL MINUTES - GENERAL

CASE NO. 3:23-cv-72-GFVT            AT: Frankfort            DATE: April 24, 2024

STYLE: Mid-America Milling Company, et al., v. U.S. Department of Transportation, et al.

PRESENT: HON. GREGORY F. VAN TATENHOVE, U.S. DISTRICT JUDGE

Attorneys Present for Plaintiff:      Cara Tolliver

Attorney Present for Defendants:      Robert Rich
                                      Sosan Bae
                                      Andrew Braniff
                                      Charles E. Enlow

Court Reporter: Sandy Wilder          Courtroom Deputy: Mary Jane Younce

PROCEEDINGS: MOTON HEARING RE: PRELIMINARY INJUNCTION

This matter was called for a motion hearing regarding regarding a Preliminary Injunction. Counsel for parties were present as noted. The Court having heard statements and argument of counsel and being duly and sufficiently advised hereby ORDERS that the Plaintiffs motion for preliminary injunction, R. 27, and Defendant's Motion to Dismiss the Plaintiffs' Complaint, R. 31, are **TAKEN UNDER ADVISMENT**. An order outlining the Court's specific rulings is forthcoming.

This the 24th day of April 2024.


cc: COR,
Initials of Deputy Clerk: MJY
TIC: 1/36