UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

MID-AMERICA MILLING COMPANY,
LLC, *et al.*,

      Plaintiffs,

v.     Case No. 3:23-cv-00072-GFVT

UNITED STATES DEPARTMENT
OF TRANSPORTATION, *et al.*,

      Defendants.

## DECLARATION OF CARA TOLLIVER

I, Cara Tolliver, declare under the penalty of perjury under the laws of the United States as follows:

1. I serve as counsel at the Wisconsin Institute for Law & Liberty, Inc. and am counsel for plaintiffs in the above-captioned case.

2. I submit this declaration in connection with Plaintiffs' Motion to Clarify the Scope of the Preliminary Injunction for which they have requested expedited consideration.

3. On September 25, 2024, the parties met and conferred by Zoom conference regarding the implementation of the Court's preliminary injunction. In order to afford equal access to Plaintiffs for those federal DBE contracts Plaintiffs wish to bid and ensure that no race or gender-based discrimination reaches Plaintiffs when bidding these contracts, the parties began outlining their agreement on an implementation plan. This plan generally involves a series of steps in which Plaintiffs first identify and communicate to Defendants a specific listing of federal DBE

contracts that Plaintiffs intend to bid as noticed and offered through state or local agencies. Defendants then work with those state or local entities to remove the federal DBE goals for those contracts specifically identified by Plaintiffs and communicate these contract updates to Plaintiffs and the relevant stakeholders.

4. On October 9, 2024, the counsel for the parties met and conferred by telephone conference, concurring that the parties disagree on the proper and intended scope of the Court's preliminary injunction. Plaintiffs confirmed that this motion would follow.

5. Attached to this Declaration as Exhibit A is a true and correct copy of the email communications between the parties' counsel regarding the implementation of the Court's preliminary injunction.

6. Attached to this Declaration as Exhibit B is a true and correct copy of Plaintiff MAMCO's intended bidding plans for federal DBE contracts offered through Indiana Department of Transportation, as transmitted from Plaintiff MAMCO to me, and from me to Defendants on September 25, 2024. Those highlighted contracts reflect Plaintiff MAMCO's bidding intentions.

7. Attached to this Declaration as Exhibit C is a true and correct copy of Plaintiffs' intended bidding plans for federal DBE contracts offered through the state departments of transportation for Kentucky, Pennsylvania, and West Virginia, as transmitted from Plaintiffs to me, and from me to Defendants on October 4, 2024. Those highlighted contracts reflect Plaintiffs' bidding intentions.

8. Attached to this Declaration as Exhibit D is a true and correct copy of the email and letter Defendants sent Plaintiffs on October 8, 2024 regarding Defendants' refusal to honor the preliminary injunction for federal DBE contracts in Pennsylvania, West Virginia, and other states.

9. Attached to this Declaration as Exhibit E is a true and correct copy of Plaintiff MAMCO's intended bidding plans for federal DBE contracts currently expected to be offered through the Illinois Department of Transportation and having a letting date of November 8. Those highlighted contracts reflect Plaintiff MAMCO's bidding intentions. Although Plaintiff MAMCO transmitted this listing to me on October 9, 2024, I have not yet shared these plans with Defendants, given the parties' dispute regarding the scope of the Court's preliminary injunction.

Dated: October 10, 2024

*s/ Cara Tolliver*
Cara Tolliver