| | |
|---|---|
| **From:** | Cara Tolliver |
| **To:** | Rich, Robert (CRT); Braniff, Andrew (CRT) |
| **Cc:** | Daniel Lennington; Moo-Young, Jillian (CRT); Reese, David (CRT) |
| **Subject:** | RE: INDOT Issue - Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation |
| **Date:** | Tuesday, October 8, 2024 10:13:00 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image024.png |

Rich,

I believe the KYTC list of the 5 DBE contracts for the 10/24 letting is good – thank you.

Additionally, a couple of other points to iron out:

**Federal DBE contracts in Penn & WV**: Can you provide more information on what you meant in your response yesterday regarding the DBE contracts from Pennsylvania and West Virginia that Plaintiffs had similarly identified on Friday? Things have started rolling on the Kentucky contracts but seemingly not as to those in Penn and WV? As some of the letting dates for the DBE contracts in Penn appear to have already ended at this point (today), Plaintiffs will not have an equal opportunity for these. Therefore, I would appreciate a general idea on whether you believe we will need to go back to the Court to clarify the injunction for these states? If so, I would like to file a motion asap. Plaintiff MAMCO continues to expect bidding plans on federal DBE contracts in other states that will be forthcoming.

**Implementation process**: I also think the implementation process is struggling a bit on the final awareness piece.

When notices to contractors are initially posted, the original contracts with associated DBE goals are what prime contractors see and plan for. Therefore, when DBE goals are later removed for Plaintiffs' identified DBE contracts, it is necessary for the implementation process to include a sufficient notice/awareness component that will inform on the revision, so that primes know that there has been a change and that they can now consider Plaintiffs.

The INDOT email notification that was sent to primes was missing nearly half of the identified contracts, and the INDOT website has still not posted any notification informing stakeholders of the changes. Without a more comprehensive communication plan on these important changes, the process is extremely confusing for Plaintiffs (and primes), and Plaintiffs cannot receive fair and equal consideration for these contracts.

Accordingly, we would like see the implementation process address the final email and website notification and communication component.

Please let me know your thoughts on all of this and happy to jump on a quick call too as needed.


Exhibit A

**Cara Tolliver** | Associate Counsel

Wisconsin Institute for Law & Liberty

330 E. Kilbourn Ave., Suite 725 | Milwaukee, WI 53202

(414) 727-WILL | Office



CONFIDENTIALITY NOTICE:  The information contained in this e-mail and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.

---

**From:** Rich, Robert (CRT) <Robert.Rich@usdoj.gov>
**Sent:** Tuesday, October 8, 2024 9:38 AM
**To:** Cara Tolliver <Cara@will-law.org>; Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>
**Cc:** Daniel Lennington <Dan@will-law.org>; Moo-Young, Jillian (CRT) <Jillian.Moo-Young@usdoj.gov>; Reese, David (CRT) <David.Reese@usdoj.gov>
**Subject:** RE: INDOT Issue - Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

Cara,

We're writing to confirm that MAMCO intends to bid on the following five contracts with DBE goals in Kentucky:

1. Call 100 (Contract ID 245366)
2. Call 101 (Contract ID 241318)
3. Call 111 (Contract ID 242957)
4. Call 200 (Contract ID 241111)
5. Call 201 (Contract ID 242353)

We note that three of the highlighted contracts in the KYTC list (Call 105, Call 106, and Call 108) have 0% DBE goals. The remaining contracts that were highlighted have call numbers in the 300s and 400s and, as such, are not federally-funded and not subject to the DBE program.

If you can confirm that MAMCO intends to bid on the five contracts listed above, DOT will work with KYTC to remove the DBE goals from these contracts.

Thanks,
Bob

---

**From:** Rich, Robert (CRT)
**Sent:** Monday, October 7, 2024 2:24 PM
**To:** Cara Tolliver <Cara@will-law.org>; Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>

**Cc:** Daniel Lennington <Dan@will-law.org>; Moo-Young, Jillian (CRT) <Jillian.Moo-Young@usdoj.gov>; Reese, David (CRT) <David.Reese@usdoj.gov>
**Subject:** RE: INDOT Issue - Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

Cara,

First, to better streamline our communications, I'm dropping Charlie Enloe and Peter Plocki from DOT and adding Jill Moo-Young and David Reese from DOJ.

Attached here please find revision notices for the 12 Indiana contracts you identify in your email below. These revisions were all published last Thursday, October 3.

Additionally, DOT will be meeting with KYTC this afternoon to confirm which of the contracts you identified on Friday are federal contracts and to discuss implementation of the PI. We are still working with our client to prepare a response regarding the contracts you have identified in other states.

Please let us know if you have any questions. Thanks.

Bob

---

**From:** Cara Tolliver <Cara@will-law.org>
**Sent:** Monday, October 7, 2024 12:37 PM
**To:** Rich, Robert (CRT) <Robert.Rich@usdoj.gov>; Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>
**Cc:** Daniel Lennington <Dan@will-law.org>; Enloe, Charles (OST) <charles.enloe@dot.gov>; Plocki, Peter (OST) <Peter.Plocki@dot.gov>
**Subject:** [EXTERNAL] RE: INDOT Issue - Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation
**Importance:** High

Bob,

On Friday, 10/4, I sent a new batch of DBE contracts that Plaintiffs have identified for bidding. As some of those lettings are taking place <u>this week</u>, any update you can provide on this would be greatly appreciated.

In addition, with respect to the very first INDOT batch sent over for the <u>October 9th letting in 2 days</u>, INDOT's revision notice to prime contracts appears to have missed half of the identified contracts in the Appendix A of the US-DOT memo. *See* attached INDOT DBE contract revision list.

The attached INDOT revisions appear to list some of the revised DBE contracts multiple times, but do <u>not</u> include the following 12 DBE contracts that were identified by Plaintiffs and listed in US-DOT's 10/2 Memo, Appendix A. *See* list below. Can you help us understand what is going on with these 12 DBE contracts, which were not included for revision and accordingly would seem to still have their federal DBE goals attached to them?

1. Call 190
2. Call 210
3. Call 320
4. Call 330
5. Call 410
6. Call 430
7. Call 450
8. Call 470
9. Call 490
10. Call 520
11. Call 560
12. Call 630

**Cara Tolliver** | Associate Counsel

Wisconsin Institute for Law & Liberty

330 E. Kilbourn Ave., Suite 725 | Milwaukee, WI 53202

(414) 727-WILL | Office



CONFIDENTIALITY NOTICE:  The information contained in this e-mail and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.

---

**From:** Cara Tolliver
**Sent:** Friday, October 4, 2024 12:51 PM
**To:** 'Rich, Robert (CRT)' <Robert.Rich@usdoj.gov>; Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>
**Cc:** Daniel Lennington <Dan@will-law.org>; Enloe, Charles (OST) <charles.enloe@dot.gov>; Plocki, Peter (OST) <Peter.Plocki@dot.gov>
**Subject:** RE: 10/4 Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

Bob,

I am attaching another set of DBE contracts that Plaintiffs have identified for upcoming lettings in KY, PENN, and WV.  We expect that there may be additional notices that may be published later today (or soon) with additional DBE contracts that Plaintiffs will identify for bidding.

Wanted to get this next batch over to get the process moving.

Thank you,

**Cara Tolliver** | Associate Counsel

Wisconsin Institute for Law & Liberty

330 E. Kilbourn Ave., Suite 725 | Milwaukee, WI 53202

(414) 727-WILL | Office



CONFIDENTIALITY NOTICE:  The information contained in this e-mail and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.

**From:** Rich, Robert (CRT) <Robert.Rich@usdoj.gov>
**Sent:** Wednesday, October 2, 2024 3:23 PM
**To:** Cara Tolliver <Cara@will-law.org>; Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>
**Cc:** Daniel Lennington <Dan@will-law.org>; Enloe, Charles (OST) <charles.enloe@dot.gov>; Plocki, Peter (OST) <Peter.Plocki@dot.gov>
**Subject:** RE: Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

[Adding Peter Plocki from the Office of General Counsel at DOT]

Cara,

Thanks for checking in. Please see the attached memo, which was transmitted to INDOT earlier today. It should be responsive to your question about INDOT's October 9 lettings. Please let us know if you have any questions. Thanks.

Bob

**From:** Cara Tolliver <Cara@will-law.org>
**Sent:** Wednesday, October 2, 2024 3:41 PM
**To:** Rich, Robert (CRT) <Robert.Rich@usdoj.gov>; Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>
**Cc:** Daniel Lennington <Dan@will-law.org>; Enloe, Charles (OST) <charles.enloe@dot.gov>
**Subject:** [EXTERNAL] RE: Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

Hi Bob:

I am checking in on the status of the supplemental notices to remove the federal DBE goals that INDOT will issue for the 29 federally funded contracts that Plaintiff MAMCO identified per INDOT's Oct 9 notice lettings.

In addition, as a heads up, I will soon be sending along new DBE contracts that MAMCO plans to bid in upcoming lettings in Illinois, Ohio, and elsewhere, as these will be noticed later this week.

Please let me know on the status of the INDOT updates for the Oct 9 letting, so MAMCO can be afforded adequate time for preparation and consideration.

Thank you,

**Cara Tolliver** | Associate Counsel
Wisconsin Institute for Law & Liberty
330 E. Kilbourn Ave., Suite 725 | Milwaukee, WI 53202
(414) 727-WILL | Office



CONFIDENTIALITY NOTICE:  The information contained in this e-mail and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.

---

**From:** Cara Tolliver
**Sent:** Friday, September 27, 2024 5:29 PM
**To:** Rich, Robert (CRT) <Robert.Rich@usdoj.gov>; Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>
**Cc:** Daniel Lennington <Dan@will-law.org>; Enloe, Charles (OST) <charles.enloe@dot.gov>
**Subject:** RE: Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

No problem.  Thanks and have a good weekend as well.

**Cara Tolliver** | Associate Counsel
Wisconsin Institute for Law & Liberty
330 E. Kilbourn Ave., Suite 725 | Milwaukee, WI 53202
(414) 727-WILL | Office



CONFIDENTIALITY NOTICE:  The information contained in this e-mail and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.

**From:** Rich, Robert (CRT) <Robert.Rich@usdoj.gov>
**Sent:** Friday, September 27, 2024 4:54 PM
**To:** Cara Tolliver <Cara@will-law.org>; Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>
**Cc:** Daniel Lennington <Dan@will-law.org>; Enloe, Charles (OST) <charles.enloe@dot.gov>
**Subject:** RE: Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

Cara,

Can we see how this process goes on our end for this first supplemental notice before agreeing to an ongoing process? INDOT will advertise another set of contracts on October 16 for letting in mid-November. Once we get the timeline for this supplemental out, we can better determine a timeline for regular lettings for you to communicate with your clients and then with us, for us to communicate with DOT, and for DOT to communicate with INDOT about issuing supplementals. We may also need a separate timeline and process for KYTC.

Thanks, and have a good weekend.

Bob

**From:** Cara Tolliver <Cara@will-law.org>
**Sent:** Friday, September 27, 2024 4:21 PM
**To:** Rich, Robert (CRT) <Robert.Rich@usdoj.gov>; Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>
**Cc:** Daniel Lennington <Dan@will-law.org>; Enloe, Charles (OST) <charles.enloe@dot.gov>
**Subject:** [EXTERNAL] RE: Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

Bob,

Thank you for your quick follow-up on this.

I have confirmed with Plaintiff Bagshaw that he just missed out on a number of federal DBE contracts. So, we will send any new DBE contracts that pop up and that Bagshaw plans to bid, as these opportunities become available.

I have also talked with Plaintiff MAMCO on the three contracts you indicated as being state-funded only (from the listing for the October 9, 2024 letting). Typically, Plaintiffs are not able to readily ascertain the nature of funding *prior* to a job being awarded or secured.  It is usually only *after* the contract has been awarded or secured that this information becomes much more readily apparent.

Therefore, we will do our best to identify only those contracts that are subject to the federal DBE Program with the understanding that sometimes, it will not be possible to hit this with 100-percent accuracy on the front end of our identification process.

Finally, I would like to confirm my understanding of the proposed process going forward.

1. Plaintiffs will identify the federal DBE contracts they plan to bid and submit these to Defendants.

2. Defendants will coordinate with the relevant state/govt entity to have issued—prior to the letting dates—supplemental notices that will remove the federal DBE goals for federally funded DBE contracts that Plaintiffs identify.

Additionally, are we able to add a **step #3** that closes the loop as to Defendants' confirmation on when the supplemental notice (removing the relevant federal DBE goals) would be issued?

I will take any further details on the implementation plan back to Plaintiffs and confirm with them as well.

Thanks again.

**Cara Tolliver** | Associate Counsel
Wisconsin Institute for Law & Liberty
330 E. Kilbourn Ave., Suite 725 | Milwaukee, WI 53202
(414) 727-WILL | Office



CONFIDENTIALITY NOTICE: The information contained in this e-mail and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.

**From:** Rich, Robert (CRT) <Robert.Rich@usdoj.gov>
**Sent:** Friday, September 27, 2024 1:51 PM
**To:** Cara Tolliver <Cara@will-law.org>; Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>
**Cc:** Daniel Lennington <Dan@will-law.org>; Enloe, Charles (OST) <charles.enloe@dot.gov>
**Subject:** RE: Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

Cara,

DOT has provided MAMCO's list of highlighted contracts to be let on October 9, 2024 to INDOT, and DOT is currently coordinating with INDOT to ensure that the identified contracts comply with

the Court's injunction. We anticipate this will be accomplished through a supplemental notice of contract letting to be issued prior to the letting date. We note, however, that MAMCO has identified at least three contracts that do not rely on DOT funding, are state-funded contracts, are not subject to DOT approval or oversight, and do not contain DOT DBE program goals and, as such, are not covered by the injunction. The projects are:

- R -43665-A, INTERSECTION IMPROVEMENT WITH NEW SIGNALS (page 7 of the main notice)
- R -41674-A, PAVEMENT REPLACEMENT (page 2 of the supplement)
- R -45690-A, PAVEMENT PATCHING (page 2 of the supplement)

The "MBE" or "WBE" goals are set by the state or local entity on non-DOT funded projects outside of DOT purview. Please confirm that MAMCO is not requesting the alteration of state- or locally-imposed goals on non-DOT funded contracts.

Also, INDOT will need specific guidance from DOT in order to draft and issue a supplemental notice of letting. If Bagshaw wishes to identify any contracts it will be bidding on for the October 9, 2024 letting date, please submit that list by COB today. INDOT is aware of the scope of Bagshaw's trucking business in the southern region of Indiana but not the individual contracts it intends to submit bids on. DOT will need to issue guidance in time to permit INDOT to issue a supplemental notice with time for prime contractors to adjust their bids.

Please let us know if you have any questions or would like to discuss. Thanks very much.

Bob

---

**From:** Cara Tolliver <Cara@will-law.org>
**Sent:** Wednesday, September 25, 2024 2:44 PM
**To:** Braniff, Andrew (CRT) <Andrew.Braniff@usdoj.gov>; Rich, Robert (CRT) <Robert.Rich@usdoj.gov>
**Cc:** Daniel Lennington <Dan@will-law.org>
**Subject:** [EXTERNAL] RE: Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

Hello, Rich and Andrew:

Thanks for chatting today regarding the implementation of the Court's preliminary injunction. Following up with our call, attached please find **two** Notice To Contractors documents, indicating those DBE contracts that Plaintiff MAMCO plans to bid for INDOT's October 9th letting. We have highlighted these DBE contracts in yellow.

I know both Plaintiffs expect to identify more DBE contracts for KY and additional states in the next week or so, as notices are continuously released. We will keep these coming to you as soon as we have them. Additionally, as discussed, a number of federally financed DBE contracts that the Plaintiffs intend to bid will be in the local and city context.

Our Plaintiffs are very eager to get a process underway, given seasonal bidding patterns, in which a good bulk of lucrative bidding opportunities have already begun to present. Please let us know your

thoughts on the next steps of implementation.

Thanks much.

**Cara Tolliver** | Associate Counsel

Wisconsin Institute for Law & Liberty

330 E. Kilbourn Ave., Suite 725 | Milwaukee, WI 53202

(414) 727-WILL | Office



CONFIDENTIALITY NOTICE:  The information contained in this e-mail and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.

**From:** Cara Tolliver
**Sent:** Tuesday, September 24, 2024 1:26 PM
**To:** andrew.braniff@usdoj.gov; robert.rich@usdoj.gov; charles.enloe@dot.gov
**Cc:** Daniel Lennington <Dan@will-law.org>; Rick <Rick@will-law.org>
**Subject:** Implementation of PI - Mid-America Milling Company v. U.S. Department of Transportation

Dear Counsel:

As you are aware, the Court's order yesterday in the MAMCO case indicates that the ruling applies to "contracts impacted by DBE goals upon which the Plaintiffs bid."

We are working with our clients to secure an initial listing of DBE contracts that they are looking to bid at this time.

We look forward to your proposal to open up access to those DBE contracts Plaintiffs wish to bid in such a manner that ensures no race and gender-based discrimination reaches Plaintiffs when bidding these contracts.

Thank you,

**Cara Tolliver** | Associate Counsel

Wisconsin Institute for Law & Liberty

330 E. Kilbourn Ave., Suite 725 | Milwaukee, WI 53202

(414) 727-WILL | Office



CONFIDENTIALITY NOTICE:  The information contained in this e-mail and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.