

# INDIANA DEPARTMENT OF TRANSPORTATION
## NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024               at  10:00 AM

Sealed proposals for certain highway improvements as described below will be received from contractors holding a valid Certificate of Qualification issued by the Indiana Department of Transportation (INDOT) until the above stated letting date and time.

ELECTRONIC BIDDING: All contracts within this notice are designated for electronic bidding via the Bid Express Online Bidding Exchange (Bid Express). Only electronic bids submitted via Bid Express will be accepted on contracts designated for electronic bidding.

LOCATION OF OPENING: All submitted proposal bids will be downloaded from Bid Express immediately after the above stated letting date & time. Due to the time required to download and import them into the processing database, the reading and immediate public release of the proposal bids will begin at 11:30 AM on the INDOT webpage. With advanced notice, INDOT will accommodate anyone wishing to attend in-person the reading of the proposal bids.* To request in-person attendance of proposal bid readings please contact Contract Administration at indotbidders@indot.in.gov at least 24 hours prior to the letting. Proposal bids will be considered as provided for in the Rules governing INDOT bidding.

LETTING DOCUMENTS: Detailed Construction Contract letting documents will be available for downloading via the INDOT internet Documents Download webpage at no cost. Those document files are copyright free without restrictions on duplication or distribution. Required electronic bidding files will be available from the Bid Express website. It is the bidder's responsibility to check the Bid Express website for all amendment files prior to the deadline. An amendment file may not be communicated by the issuance of an INDOT revision notice.

BIDDER REGISTRATION: Contractors desiring to submit electronic bids via Bid Express must register with INDOT as a valid bidder by submitting the form provided on the INDOT Letting Information internet page. Failure to register will cause failure of the Bid Express bid submission process. A bidder may request valid bidder status by submitting the bidder registration form until 9:00 AM on the bid opening date.

BID BONDS: An executed bid bond shall be included with all bids. Only electronic bid bonds submitted through the designated electronic medium, either Surety2000 or Tinubu Surety Solution, will be accepted with the bid.

PERFORMANCE BONDS: A fully executed performance bond shall be included with all bids, except on contracts for roadside mowing, vegetation control, demolition, landscaping, fencing, seeding and sodding, bridge painting, and guardrail installations of $100,000 or less, when the bidder may elect not to furnish a performance bond. Bid Express does not support submittal of the performance bond. The performance bond must be submitted to the Construction Letting email inbox or be delivered on paper by the time set for receipt of proposal bids.

CONTRACTOR EMPLOYEE DRUG TESTING PLAN: Each contractor that submits a proposal bid in the amount of $150,000 or more for highway improvements described in this notice is required to submit with that bid a written plan for a program to test the contractor's employees for drugs. The plan shall be in compliance with Indiana Code 4-13-18. The plan must be submitted to the Construction Letting email inbox or deposited with the INDOT Prequalification Engineer by the time set for receipt of proposal bids.

TITLE VI ASSURANCES: In accordance with Title VI of the Civil Rights Act of 1964, 78 Stat. 252, 42 U.S.C. 2000d to 2000d-4 and Title 49, Code of Federal Regulations, Department of Transportation, Sub Title A, Office of the Secretary, Part 21, Nondiscrimination in Federally assisted programs of the Department of Transportation, the Indiana Department of Transportation assures minority business enterprises will be afforded full opportunity to submit bids in response to this invitation and will not be discriminated against on the grounds of race, color, sex, age, national origin, religion, sexual orientation, gender identity, disability/handicap or income status in consideration for an award.

INTERNET WEBPAGE ADDRESSES:
Documents Download webpage - http://erms.indot.in.gov/ViewDocs/
Rules for Bidding webpage - http://www.in.gov/dot/div/contracts/letting/general/105iac11.pdf
Letting Information Index webpage - http://www.in.gov/dot/div/contracts/letting/index.html
Bid Express website - https://www.bidx.com/

INDIANA DEPARTMENT OF TRANSPORTATION
Contract Administration Division
100 North Senate Avenue, N758-Cont
Indianapolis, IN 46204
For more information call (317)232-5300.

Published:      September 11, 2024



# NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024    at  10:00 AM

Call   140                                                                                          Greenfield District

Contract    R -42269-A    SMALL STRUCTURE PIPE LINING

| Project Control No. | Federal/State No. | Location |
| --- | --- | --- |
| 1900222 | 1900222 | SMALL STRUCTURE PIPE LINING I74-073-110.88 CULVERT |
| | | SHELBY COUNTY - ON I-74, 10.61 MILES E OF MARION COUNTY LINE (RP 110+0088) |

Completion Date   July    15, 2025                        DBE Goal:  5.00

Qualifications:   0290

---

Call   150                                                                                          Fort Wayne District

Contract    R -42384-A    ASPHALT RESURFACE AND SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
| --- | --- | --- |
| 1800161 | 1800161 | ASPHALT RESURFACE |
| | | WELLS COUNTY - ON SR 124 FROM SR 3 TO SR 116N (RP 037+0018 TO 047+0030) |
| 1900085 | 1900085 | SMALL STRUCTURE REPLACEMENT CV 124-090-45.68 CULVERT |
| | | WELLS COUNTY - ON SR 124 OVER UNT TO HALLS CREEK, 8.39 MILES EAST OF SR 3 (RP 045+0058 TO 045+0078) |
| 2002241 | 2002241 | SMALL STRUCTURE PIPE LINING CV 124-090-44.09 CULVERT |
| | | WELLS COUNTY - ON SR 124 OVER HALLS CREEK, 6.90 MILES EAST OF SR 3 (RP 044+0009) |

Completion Date   October  04, 2025                     DBE Goal:  11.00

Qualifications:   B(A)      C(B)

## NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024        at  10:00 AM

Call  160                                                                                    Fort Wayne District

Contract    R -42585-A    PAVEMENT REPLACEMENT AND ADA SIDEWALK RAMP
CONSTRUCTION

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902645 | 1902645 | PAVEMENT REPLACEMENT |
| | | ELKHART COUNTY - ON SR 120 FROM 0.86 MILE W OF SR 15 TO 0.41 MILE E OF SR 15 (RP 008+0000 TO 091+0000) |
| 1902646 | 1902646 | PAVEMENT REPLACEMENT |
| | | ELKHART COUNTY - ON SR 15 FROM 0.28 MILE SOUTH OF SR 120 TO SR 120 (RP 008+0000 TO 091+0000) |
| 2400102 | 2400102 | ADA SIDEWALK RAMP CONSTRUCTION |
| | | ELKHART COUNTY - ALONG SR 120 AND SR 15 (RP 006+0097 TO 008+0040) |

Completion Date   November  12, 2027              DBE Goal:  12.00

Qualifications:    B(A)        C(B)

Call   170                                                                                     LaPorte District

Contract    R -42649-A    BIKE AND PEDESTRIAN FACILITIES

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902832 | 1902832 | BIKE AND PEDESTRIAN FACILITIES |
| | | PORTER COUNTY - ALONG CR 1100N FROM CR 50E TO 0.45 MILE WEST OF CR 100E |

Completion Date   November  15, 2025              DBE Goal:  12.00

Qualifications:    A(B)        C(B)

Call   180                                                                                     Greenfield District

Contract    R -43095-A    ASPHALT RESURFACE

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2000602 | 2000602 | ASPHALT RESURFACE |
| | | HAMILTON COUNTY - ON SR 32 FROM 1.83 MILES WEST OF US 31 TO US 31 (RP 076+0065 TO 078+0045) |

Completion Date   June    30, 2025              DBE Goal:  12.00

Qualifications:    B(A)

# NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024          at  10:00 AM

Call 190                                                                                    Fort Wayne District

Contract  R -43274-A    SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002240 | 2002240 | SMALL STRUCTURE REPLACEMENT CV 013-027-50.46 CULVERT GRANT COUNTY - ON SR 13 OVER UNT TO TENMILE CREEK, 4.00 MILES N OF SR 18 (RP 050+0045) |
| 2002242 | 2002242 | SMALL STRUCTURE REPLACEMENT CV 218-035-47.19 CULVERT HUNTINGTON COUNTY - ON SR 218 OVER UNT TO RICHLAND CREEK, 0.27 MILE E OF SR 105 (RP 047+0019) |
| 2002256 | 2002256 | SMALL STRUCTURE REPLACEMENT CV 218-085-42.99 CULVERT WABASH COUNTY - ON SR 218 OVER UNT TO BADGER CREEK, 1.37 MILES E OF SR 15 (RP 047+0019) |
| 2002259 | 2002259 | SMALL STRUCTURE REPLACEMENT CV 218-085-44.89 CULVERT WABASH COUNTY - ON SR 218 OVER UNT TO METOCINAH CREEK, 3.26 MILES E OF SR 15 (RP 044+0089) |
| 2002354 | 2002354 | SMALL STRUCTURE REPLACEMENT CV 218-035-49.17 CULVERT HUNTINGTON COUNTY - ON SR 218 OVER UNT TO RICHLAND CREEK, 1.90 MILES E OF SR 9 (RP 049+0017) |

Completion Date   October  11, 2025                          DBE Goal: 10.00

Qualifications:    C(B)      E(E)

---

Call 200                                                                                    Fort Wayne District

Contract  R -43289-A    SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002252 | 2002252 | SMALL STRUCTURE REPLACEMENT CV 006-017-136.42 CULVERT DEKALB COUNTY - ON US 6 OVER UNT TO CEDAR CREEK, 0.13 MILE EAST OF I-69 (RP 136+0042) |
| 2002255 | 2002255 | SMALL STRUCTURE, PIPE LINER CV 006-017-133.53 CULVERT DEKALB COUNTY - ON US 6 OVER UNT TO CEDAR CREEK, 2.12 MILES EAST OF SR 327 (RP 133+0053) |
| 2002258 | 2002258 | SMALL STRUCTURE REPLACEMENT CV 006-0170137.02 CULVERT DEKALB COUNTY - ON US 6 OVER UNT TO CEDAR CREEK, 0.75 MILE EAST OF I-69 (RP 136+0001) |
| 2002268 | 2002268 | SMALL STRUCTURE REPLACEMENT CV 006-017-148.93 REINFORCED CONCRETE BOX<br>DEKALB COUNTY - ON US 6 OVER AYFORD DITCH, 3.10 MILES EAST OF SR 1 (RP 148+0086) |

Completion Date   August   01, 2025                          DBE Goal: 8.00

Qualifications:    C(B)      E(E)      0290

# NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024          at   10:00 AM

Call  210                                                                                              Fort Wayne District

Contract   R -43324-A    SMALL STRUCTURE REPLACEMENT AND PIPE LINING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002211 | 2002211 | SMALL STRUCTURE REPLACEMENT CV 001-090-122.38 REINFORCED CONCRETE BOX |
| | | WELLS COUNTY - ON SR 1 OVER CRAVEN DITCH, 3.5 MILES NORTH OF SR 218 (RP 122+0038) |
| 2002213 | 2002213 | SMALL STRUCTURE PIPE LINING CV 001-090-121.05 CULVERT |
| | | WELLS COUNTY - ON SR 1 OVER POPE JOY DITCH, 2.18 MILES NORTH OF SR 218 (RP 121+0005) |
| 2002219 | 2002219 | SMALL STRUCTURE REPLACEMENT CV 003-005-155.10 REINFORCED CONCRETE BOX |
| | | BLACKFORD COUNTY - ON SR 3 OVER HAAG DITCH, 2.86 MILES NORTH OF SR 26 (RP 155+0010) |

Completion Date   September 13, 2025                          DBE Goal:  7.00

Qualifications:   C(B)      E(E)      0290

---

Call   220                                                                                              LaPorte District

Contract    R -43330-A   SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002292 | 2002292 | SMALL STRUCTURE REPLACEMENT CV 039-66-145.55 CULVERT PULASKI COUNTY - ON SR 39, 2.51 MILES NORTH OF SR 14 (RP 145+0053) |

Completion Date   October  19, 2025                          DBE Goal:  10.00

Qualifications:    C(B)      E(E)

## NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024        at  10:00 AM

---

Call   240                                                                                               LaPorte District

Contract      R -43341-A      SMALL STRUCTURE PIPE LINING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1700034 | 1700034 | SMALL STRUCTURE PIPE LINING CV 031-025-208.05 CULVERT FULTON COUNTY - ON US 31 OVER UNT TO TIPPECANOE RIVER, 3.0 MILES N OF SR 14 (RP 208+0005) |
| 2002293 | 2002293 | SMALL STRUCTURE PIPE LINING CV 025-009-83.50 CULVERT CASS COUNTY - ON SR 25 OVER UNT OF KAREN NEFF DITCH, 1.9 MILES N OF SR 16 (RP 083+0043) |

Completion Date   June    27, 2025                    DBE Goal:  12.00

Qualifications:   0290

---

Call   250                                                                                               LaPorte District

Contract      R -43378-A      SMALL STRUCTURE PIPE LINING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002290 | 2002290 | SMALL STRUCTURE PIPE LINING CV 023-071-36.05 CULVERT ST. JOSEPH COUNTY - ON SR 23, 0.17 MILE NORTH OF US 31 (RP 036+0005) |

Completion Date   July    30, 2025                    DBE Goal:  6.00

Qualifications:   0290

---

Call   260                                                                                               Seymour District

Contract      R -43644-A      SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1700125 | 1700125 | SMALL STRUCTURE REPLACEMENT CV 262-058-5.70 CULVERT OHIO COUNTY - ON SR 262 OVER TRIBUTARY TO MUD LICK CRK, 5.70 MI S OF US 50 (RP 005+0070) |

Completion Date   November  30, 2025                  DBE Goal:  7.00

Qualifications:   C(B)      E(E)

---

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024      at  10:00 AM

Call  270                                                                      Greenfield District

Contract   R -43665-A    INTERSECTION IMPROVEMENT WITH NEW SIGNALS

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002543 | 2002543 | INTERSECTION IMPROVEMENT WITH NEW SIGNALS |
| | | HAMILTON COUNTY - ON SR 38 AT MOONTOWN RD/HINKLE RD, 2.3 MI SOUTHEAST OF US 31 (RP 052+0050 TO 052+0060) |

Completion Date   October   14, 2025                     MBE Goal: 7.00    WBE Goal: 5.00   IVOSB Goal: 3.00

Qualifications:    B(A)        C(B)

Call  280                                                                      LaPorte District

Contract   R -44096-A    BIKE AND PEDESTRIAN FACILITIES

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2101317 | 2101317 | BIKE AND PEDESTRIAN FACILITIES |
| | | MARSHALL COUNTY - ON THE PLYMOUTH TRAIL PHASE III, 0.12 MILE EAST OF SR 17 |

Completion Date   July    31, 2025                     DBE Goal: 14.00

Qualifications:    B(A)        C(B)

Call  290                                                                      Crawfordsville District

Contract   R -44348-A    SMALL STRUCTURE PIPE LINING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1800118 | 1800118 | SMALL STRUCTURE PIPE LINING 041-023-162.25 CULVERT |
| | | FOUNTAIN COUNTY - ON US 41 OVER UNT TO COAL CREEK, 0.05 MILE SOUTH OF SR 136 (RP 162+0025) |
| 1800128 | 1800128 | SMALL STRUCTURE PIPE LINING 234-054-34.98 CULVERT |
| | | MONTGOMERY COUNTY - ON SR 234 OVER UNT TO INDIAN CREEK, 0.74 MILE EAST OF SR 47 (RP 034+0098) |

Completion Date   October   31, 2025                     DBE Goal: 8.00

Qualifications:    0290

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024    at  10:00 AM

Call   310                                                                                    Vincennes District

Contract    R -44971-A    SLIDE CORRECTION

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2000129 | 2000129 | SLIDE CORRECTION |
| | | VANDERBURGH COUNTY - ALONG SR 66, 2.70 MILES WEST OF US 41 (RP 022+0093 TO 022+0097) |

Completion Date   July    30, 2025                    DBE Goal:  12.00

Qualifications:    A(A)       C(B)

---

Call   320                                                                                    LaPorte District

Contract    R -45022-A    ASPHALT RESURFACE

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1173430 | 1173430 | ASPHALT RESURFACE |
| | | PORTER COUNTY - ON CENTRAL AVE FROM BRANDT ST TO PEACH ST (RP 245+0066 TO 273+0029) |

Completion Date   June    05, 2026                    DBE Goal:  12.00

Qualifications:    B(A)       E(E)

---

Call   330                                                                                    LaPorte District

Contract    R -45225-A    SURFACE TREATMENT, ULTRATHIN BONDED WEARING COURSE

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1800061 | 1800061 | SURFACE TREATMENT, ULTRATHIN BONDED WEARING COURSE |
| | | JASPER COUNTY - ON I-65 FROM 2.44 MILES N OF SR 114 TO 2.91 MILES N OF SR 14 (RP 217+0008 TO 223+0030) |

Completion Date   October   15, 2025                    DBE Goal:  10.00

Qualifications:    0194

---

## NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024     at  10:00 AM

Call  360                                                                                       Fort Wayne District

Contract     B -41953-A     BRIDGE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1900465 | 1900465 | BRIDGE REPLACEMENT 20-00312 PRESTRESSED CONCRETE BULB-T BEAM |
| | | ELKHART COUNTY - ON CR 142 OVER TURKEY CREEK, 0.10 MILE EAST OF CR 21 |

Completion Date   October  24, 2025                    DBE Goal: 7.00

Qualifications:    D(A)

---

Call  370                                                                                       Seymour District

Contract     B -42401-A     BRIDGE DECK REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1383721 | 1383721 | BRIDGE DECK REPLACEMENT 046-15-01987 STEEL THRU TRUSS |
| | | DEARBORN COUNTY - ON SR 46 OVER WHITEWATER RIVER, 0.44 MILE WEST OF US 52 (RP 153+0043) |
| 1900094 | 1900094 | BRIDGE DECK REPLACEMENT 046-15-03054 CONTINUOUS STEEL BEAM |
| | | DEARBORN COUNTY - ON SR 46 OVER LOGAN CREEK, 0.95 MILE WEST OF US 52 (RP 152+0092) |

Completion Date   July   09, 2027                    DBE Goal: 12.00

Qualifications:    D(A)     E(M)

---

Call   390                                                                                      Fort Wayne District

Contract     B -42772-A     BRIDGE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902838 | 1902838 | BRIDGE REPLACEMENT 43-00030 PRESTRESSED CONCRETE BOX BEAM |
| | | KOSCIUSKO COUNTY - ON BEER ROAD OVER TURKEY CREEK |

Completion Date   November  20, 2025                    DBE Goal: 8.00

Qualifications:    D(A)     0250

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024      at  10:00 AM

---

Call   400                                                                                          Greenfield District

Contract      B -42774-A      BRIDGE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902806 | 1902806 | BRIDGE REPLACEMENT 089-00191 PRESTRESSED CONCRETE BULB-T BEAM |
| | | WAYNE COUNTY - ON HEINEY RD OVER WHITEWATER RIVER, 0.10 MI W OF TREATY LINE |

Completion Date   May    30, 2026                        DBE Goal:  9.00

Qualifications:    D(A)     0250

---

Call   410                                                                                          Seymour District

Contract      B -42799-A      BRIDGE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902773 | 1902773 | BRIDGE REPLACEMENT 15-00033 CONTINUOUS PRESTRESSED CONCRETE I-BEAM |
| | | DEARBORN COUNTY - ON HOGAN RD OVR LITTLE HOGAN CRK, 0.1 MI W OF UNION RIDGE RD |

Completion Date   September 13, 2025                     DBE Goal:  8.00

Qualifications:    D(A)     0250

---

Call   420                                                                                          LaPorte District

Contract      B -42826-A      BRIDGE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902820 | 1902820 | BRIDGE REPLACEMENT 50-00232 PRESTRESSED CONCRETE BOX BEAM |
| | | MARSHALL COUNTY - ON RANDOLPH DRIVE OVER YELLOW RIVER IN THE CITY OF PLYMOUTH |

Completion Date   July    30, 2026                       DBE Goal:  12.00

Qualifications:    D(A)     0250

---

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024    at   10:00 AM

Call  430                                                                                    LaPorte District

Contract    B -42828-A    BRIDGE REHABILITATION OR REPAIR

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902808 | 1902808 | BRIDGE REHABILITATION OR REPAIR 37-00148 REINFORCED CONCRETE SLAB |
| | | JASPER COUNTY - ON KENTUCKY ST OVER CARPENTER CK, 0.03 MI E OF HARRISON ST |

Completion Date   October   01, 2025                    DBE Goal:  8.00

Qualifications:    D(A)     0260

---

Call  440                                                                                    LaPorte District

Contract    B -42830-A    BRIDGE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902813 | 1902813 | BRIDGE REPLACEMENT 64-00080 PRESTRESSED CONCRETE BULB-T BEAM |
| | | PORTER COUNTY - ON CR 300W OVER CORNELL DITCH, 0.6 MILE NORTH OF CR 750S |

Completion Date   August   29, 2025                    DBE Goal:  6.00

Qualifications:    D(A)     0250     0260

---

Call  450                                                                                    LaPorte District

Contract    B -42833-A    BRIDGE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902810 | 1902810 | BRIDGE REPLACEMENT 64-00110 CONTINUOUS REINFORCED CONCRETE SLAB |
| | | PORTER COUNTY - ON CR 600E OVER CROOKED CREEK, 0.7 MILE NORTH OF CR 200N |

Completion Date   August   29, 2025                    DBE Goal:  8.00

Qualifications:    D(A)     0250     0260

---

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024        at   10:00 AM

---

Call   460                                                                                         Fort Wayne District

Contract      B -42841-A      BRIDGE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902823 | 1902823 | BRIDGE REPLACEMENT 02-00014 PRESTRESSED CONCRETE BOX BEAM |
| | | ALLEN COUNTY - ON ANTWERP RD OVER OBERHALTZER DITCH, 0.2 MI W OF TRAMMEL RD |

Completion Date   October  31, 2025                    DBE Goal:  12.00

Qualifications:    0250      D(A)

---

Call   470                                                                                         Fort Wayne District

Contract      B -42844-A      REPLACE SUPERSTRUCTURE

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902834 | 1902834 | REPLACE SUPERSTRUCTURE 02-00291 PRESTRESSED CONCRETE I-BEAM |
| | | ALLEN COUNTY - ON BLUFFTON ROAD OVER ST MARY'S RIVER |

Completion Date   June    19, 2026                    DBE Goal:  9.00

Qualifications:   D(A)

---

Call   480                                                                                         Fort Wayne District

Contract      B -42845-A      BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902837 | 1902837 | BRIDGE DECK OVERLAY 02-00046 CONTINUOUS REINFORCED CONCRETE SLAB |
| | | ALLEN COUNTY - ON KELL RD OVER WILLOW CRK, 0.40 MILE N OF CEDAR CANYONS RD |

Completion Date   August   01, 2025                    DBE Goal:  8.00

Qualifications:   D(A)      E(C)

---

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024        at  10:00 AM

Call  490                                                                          Seymour District

Contract    B -42903-A      BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2000362 | 2000362 | BRIDGE DECK OVERLAY 056-39-06769 CONTINUOUS PRESTRESSED CONCRETE I-BEAM |
| | | JEFFERSON COUNTY - ON SR 56 OVER BIG SPRING CREEK, 0.11 MILE EAST OF SR 62 (RP 132+0083) |

Completion Date   August   29, 2025                          DBE Goal:  12.00

Qualifications:   D(A)      E(C)

---

Call  510                                                                          LaPorte District

Contract    B -43349-A      BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002028 | 2002028 | BRIDGE DECK OVERLAY 041-56-07636 CONTINUOUS STEEL BEAM |
| | | NEWTON COUNTY - ON US 41N OVER KANKAKEE RIVER, 2.03 MILES NORTH OF SR 10 (RP 241+0015) |
| 2002029 | 2002029 | BRIDGE DECK OVERLAY 041-56-01489 CONTINUOUS STEEL BEAM |
| | | NEWTON COUNTY - ON US 41S OVER KANKAKEE RIVER, 2.03 MILES NORTH OF SR 10 (RP 241+0015) |

Completion Date   September 26, 2025                       DBE Goal:  7.00

Qualifications:   E(C)

# NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024      at  10:00 AM

Call  520                                                                                              Seymour District

Contract    B -43362-A      BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002017 | 2002017 | BRIDGE DECK OVERLAY 031-41-07522 PRESTRESSED CONCRETE I-BEAM |
| | | JOHNSON COUNTY - ON US 31 OVER PLEASANT RUN CREEK, 6.56 MILES SOUTH OF I-465 (RP 100+0069) |
| 2002067 | 2002067 | BRIDGE DECK OVERLAY 135-41-07324 PRESTRESSED CONCRETE I-BEAM |
| | | JOHNSON COUNTY - ON SR 135 OVER PLEASANT RUN, 5.25 MILES SOUTH OF I-465 (RP 133+0046) |

Completion Date   November  14, 2025                    DBE Goal:  12.00

Qualifications:    D(A)       E(C)

Call  530                                                                                        Crawfordsville District

Contract    B -43425-A      BRIDGE THIN DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002064 | 2002064 | BRIDGE THIN DECK OVERLAY 075-32-09886 CONTINUOUS PRESTRESSED CONCRETE I-BEAM |
| | | HENDRICKS COUNTY - ON SR 75 OVER RAMP RUN, 2.59 MILES SOUTH OF SR 236 (RP 014+0050) |
| 2002065 | 2002065 | BRIDGE THIN DECK OVERLAY 075-12-05446 CONTINUOUS STEEL BEAM |
| | | CLINTON COUNTY - ON SR 75 OVER KILMORE CREEK, 3.77 MILES NORTH OF US 421 (RP 040+0053) |

Completion Date   July    01, 2025                    DBE Goal:  7.00

Qualifications:    E(C)       0272

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024        at   10:00 AM

Call  540                                                                                                Crawfordsville District

Contract   B -43434-A    BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002032 | 2002032 | BRIDGE DECK OVERLAY 231-67-05057 COMPOSITE CONTINUOUS STEEL BEAM |
| | | PUTNAM COUNTY - ON US 231 OVER BIG RACCOON CREEK, 0.07 MILE NORTH OF SR 236 (RP 164+0869) |

Completion Date   October   03, 2025                         DBE Goal:  7.00

Qualifications:    E(C)

Call  550                                                                                                Crawfordsville District

Contract   B -43436-A    REPLACE SUPERSTRUCTURE

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002082 | 2002082 | REPLACE SUPERSTRUCTURE 341-23-04026 REINFORCED CONCRETE SLAB |
| | | FOUNTAIN COUNTY - ON SR 341 OVER LITTLE SHAWNEE CREEK, 0.24 MILE N OF SR 55 (RP 017+0071) |

Completion Date   May    31, 2026                         DBE Goal:  11.00

Qualifications:    D(A)      0260

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:   October 9, 2024      at   10:00 AM

Call  560                                                                                              Greenfield District

Contract   B -43495-A    SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002278 | 2002278 | SMALL STRUCTURE REPLACEMENT CV 028-068-143.95 CULVERT RANDOLPH COUNTY - ON SR 28 OVER UNT TO MISSISSINEWA RIVER, 2.14 MI E OF US 27 (RP 143+0092) |
| 2002279 | 2002279 | SMALL STRUCTURE REPLACEMENT CV 028-068-144.67 CULVERT RANDOLPH COUNTY - ON SR 28 OVER UNT TO MISSISSINEWA RIVER, 2.88 MI E OF US 27 (RP 144+0058) |
| 2002280 | 2002280 | SMALL STRUCTURE REPLACEMENT CV 028-068-141.33 CULVERT RANDOLPH COUNTY - ON SR 28 OVER UNT TO MISSISSINEWA RIVER, 0.46 MI W OF US 27 (RP 141+0033) |
| 2002282 | 2002282 | SMALL STRUCTURE REPLACEMENT CV 028-068-140.69 CULVERT RANDOLPH COUNTY - ON SR 28 OVER UNT TO MISSISSINEWA RIVER, 1.09 MI W OF US 27 (RP 140+0069) |

Completion Date   October  10, 2025                              DBE Goal:  12.00

Qualifications:   C(B)      E(E)

Call  580                                                                                              Greenfield District

Contract   B -43556-A    SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002277 | 2002277 | SMALL STRUCTURE REPLACEMENT CV 038-033-084.29 CULVERT HENRY COUNTY - ON SR 38, 2.94 MILES EAST OF MADISON COUNTY LINE (RP 002+0094) |

Completion Date   August   29, 2025                              DBE Goal:  10.00

Qualifications:   C(B)      E(E)

# NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024      at  10:00 AM

Call  590                                                                                          Seymour District

Contract    B -43667-A      BRIDGE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1600503 | 1600503 | BRIDGE REPLACEMENT 058-03-10186 CONTINUOUS PRESTRESSED CONCRETE BOX BEAMS |
| | | BARTHOLOMEW COUNTY - ON SR 58 OVER E FORK TO WHITE CREEK, 3.35 MILES WEST OF I-65 (RP 118+0090) |

Completion Date    October  31, 2025                    DBE Goal:  6.00

Qualifications:    D(A)

---

Call   600                                                                                        Crawfordsville District

Contract     B -43830-A      SCOUR PROTECTION

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2100173 | 2100173 | SCOUR PROTECTION CV 036-061-16.03 PRECAST REINF CONCRETE BOX STRUCTURE |
| | | PARKE COUNTY - ON US 36 OVER UNNAMED TRIBUTARY, 0.69 MILE WEST OF US 41 (RP 016+0008) |
| 2100922 | 2100922 | SCOUR PROTECTION CV 039-032-44.40 PRECAST REINF CONCRETE BOX STRUCTURE |
| | | HENDRICKS COUNTY - ON SR 39 OVER UNNAMED TRIBUTARY, 0.6 MILE SOUTH OF SR 236 (RP 044+0004) |

Completion Date    November  27, 2025                    DBE Goal:  12.00

Qualifications:    C(B)

---

Call   620                                                                                        Vincennes District

Contract    B -44779-A      BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2000691 | 2000961 | BRIDGE DECK OVERLAY 14-06716 REINFORCED CONCRETE SLAB |
| | | DAVIESS COUNTY - ON OLD US 50 OVER COLBERT DITCH, 0.18 MILE WEST OF CR 200W (RP 018+0091) |

Completion Date    August  29, 2025                    DBE Goal:  12.00

Qualifications:    D(A)

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:   October 9, 2024      at   10:00 AM

Call  630                                                                                                      Seymour District

Contract     B -44961-A     SUBSTRUCTURE REPAIR AND REHABILITATION

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2300238 | 2300238 | SUBSTRUCTURE REPAIR AND REHABILITATION 067-55-01562 STEEL BEAM |
| | | MORGAN COUNTY - ON SR 67 OVER BURKHART CREEK, 4.67 MILES SOUTH OF SR 39 (RP 077+0079) |
| 2300239 | 2300239 | REPAIR OR REPLACE JOINTS 067-55-01563 PRESTRESSED CONCRETE I-BEAM |
| | | MORGAN COUNTY - ON SR 67 OVER BRANCH BURKHART CREEK, 4.58 MILES S OF SR 39 (RP 077+0088) |

Completion Date    July    31, 2025                              DBE Goal:  12.00

Qualifications:   D(A)

---

Call   700                                                                                                     Greenfield District

Contract      M -44989-A    MOWING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2300715 | 2300715 | MOWING |
| | | VARIOUS COUNTIES - ALONG VARIOUS ROADS THROUGHOUT THE GREENFIELD DISTRICT |

Completion Date    October   09, 2025                    MBE Goal: 7.00   WBE Goal: 5.00   IVOSB Goal: 3.00

Qualifications:   E(S)

---

Call   710                                                                                                     Greenfield District

Contract      M -44990-A    MOWING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2300717 | 2300717 | MOWING |
| | | VARIOUS COUNTIES - ALONG VARIOUS ROADS THROUGHOUT THE GREENFIELD SUBDISTRICT |

Completion Date    October   09, 2025                    MBE Goal: 7.00   WBE Goal: 5.00   IVOSB Goal: 3.00

Qualifications:   E(S)

## NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024        at  10:00 AM

Call   720                                                                                              Seymour District

Contract     M -45409-A    GUARDRAIL, MAINTENANCE OR REPAIR

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2301583 | 2301583 | GUARDRAIL, MAINTENANCE OR REPAIR |
| | | VARIOUS COUNTIES - ALONG I-74, I-275 AND SR 1 AT VARIOUS LOCATIONS |

Completion Date   November  30, 2025

MBE Goal: 7.00   WBE Goal: 5.00   IVOSB Goal: 3.00

Qualifications:    E(K)

Call   730                                                                                         Crawfordsville District

Contract     M -45459-A    ROADSIDE MAINTENANCE, LITTER REMOVAL

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2400057 | 2400057 | ROADSIDE MAINTENANCE |
| | | VARIOUS COUNTIES - ALONG VARIOUS LOCATIONS IN THE CRAWFORDSVILLE DISTRICT |

Completion Date   December  31, 2026

MBE Goal: 7.00   WBE Goal: 5.00   IVOSB Goal: 3.00

Qualifications:    0189

Call   740                                                                                         Crawfordsville District

Contract     M -45460-A    MOWING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2400058 | 2400058 | MOWING |
| | | VARIOUS COUNTIES - ALONG VARIOUS NON-INTERST RDS THROUGHOUT THE TERRE HAUTE SUB |

Completion Date   December  31, 2025

MBE Goal: 7.00   WBE Goal: 5.00   IVOSB Goal: 3.00

Qualifications:    E(S)

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024        at  10:00 AM

---

Call  750                                                                                                    Crawfordsville District

Contract     M -45461-A    MOWING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2400059 | 2400059 | MOWING |

VARIOUS COUNTIES - ALONG VARIOUS ROADS THROUGHOUT THE CRAWFORDSVILLE SUBDIST

Completion Date     December  31, 2025                MBE Goal: 7.00    WBE Goal: 5.00    IVOSB Goal: 3.00

Qualifications:    E(S)

---

Call  760                                                                                                    Crawfordsville District

Contract     M -45462-A    MOWING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2400060 | 2400060 | MOWING |

VARIOUS COUNTIES - ALONG VARIOUS ROADS THROUGHOUT THE W LAFAYETTE SUBDISTRICT

Completion Date     November  07, 2025                MBE Goal: 7.00    WBE Goal: 5.00    IVOSB Goal: 3.00

Qualifications:    E(S)

---

Call  770                                                                                                    Crawfordsville District

Contract     M -45463-A    MOWING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2400061 | 2400061 | MOWING |

VARIOUS COUNTIES - ALONG VARIOUS ROADS THROUGHOUT THE CRAWFORDSVILLE DISTRICT

Completion Date     December  31, 2025                MBE Goal: 7.00    WBE Goal: 5.00    IVOSB Goal: 3.00

Qualifications:    E(S)

---

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024      at  10:00 AM

Call   800                                                                                                     Seymour District

Contract     T -44155-A     REPAIR OR REPLACE LIGHTING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2101785 | 2101785 | REPAIR OR REPLACE LIGHTING |

VARIOUS COUNTIES - ALONG VARIOUS ROADS THROUGHOUT THE SEYMOUR DISTRICT

Completion Date   August   29, 2025                          DBE Goal: 1.00

                                                                              Qualifications:   0165      E(A)

Call   810                                                                                                     Seymour District

Contract     T -44712-A     RAISED PAVEMENT MARKINGS, REFURBISHED

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2201216 | 2201216 | RAISED PAVEMENT MARKINGS, REFURBISHED |

VARIOUS COUNTIES - ON VARIOUS ROADS THROUGHOUT THE SEYMOUR DISTRICT

Completion Date   November  29, 2024                        DBE Goal: 3.00

                                                                              Qualifications:   0320

Call   820                                                                                              Crawfordsville District

Contract     T -44760-B     NEW SIGNAL INSTALLATION

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2201278 | 2201278 | NEW SIGNAL INSTALLATION |

HENDRICKS COUNTY - ON US 36 AT HARVEST LANDING DRIVE IN THE TOWN OF AVON (RP 063+0034)

Completion Date   July    01, 2025                             DBE Goal: 8.00

                                                                              Qualifications:   E(A)      E(F)

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024        at   10:00 AM

Call   830                                                                                    Crawfordsville District

Contract      T -44819-A    TRAFFIC SIGNAL INSTALLATION

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2300086 | 2300086 | TRAFFIC SIGNAL INSTALLATION |

TIPPECANOE COUNTY - ON SR 26 AT MCCARTY LANE, 2.2 MILES EAST OF I-65 NB RAMP (RP 041+0091)

Completion Date    May     02, 2025                    DBE Goal:  0.00

Qualifications:    E(A)



**INDIANA DEPARTMENT OF TRANSPORTATION**
**NOTICE TO HIGHWAY CONTRACTORS**
Letting Date & Time:  October 9, 2024          at  10:00 AM

## Supplemental 1

Sealed proposals for certain highway improvements as described below will be received from contractors holding a valid Certificate of Qualification issued by the Indiana Department of Transportation (INDOT) until the above stated letting date and time.

ELECTRONIC BIDDING: All contracts within this notice are designated for electronic bidding via the Bid Express Online Bidding Exchange (Bid Express). Only electronic bids submitted via Bid Express will be accepted on contracts designated for electronic bidding.

LOCATION OF OPENING: All submitted proposal bids will be downloaded from Bid Express immediately after the above stated letting date & time. Due to the time required to download and import them into the processing database, the reading and immediate public release of the proposal bids will begin at 11:30 AM on the INDOT webpage. With advanced notice, INDOT will accommodate anyone wishing to attend in-person the reading of the proposal bids.* To request in-person attendance of proposal bid readings please contact Contract Administration at indotbidders@indot.in.gov at least 24 hours prior to the letting. Proposal bids will be considered as provided for in the Rules governing INDOT bidding.

LETTING DOCUMENTS: Detailed Construction Contract letting documents will be available for downloading via the INDOT internet Documents Download webpage at no cost. Those document files are copyright free without restrictions on duplication or distribution. Required electronic bidding files will be available from the Bid Express website. It is the bidder's responsibility to check the Bid Express website for all amendment files prior to the deadline. An amendment file may not be communicated by the issuance of an INDOT revision notice.

BIDDER REGISTRATION: Contractors desiring to submit electronic bids via Bid Express must register with INDOT as a valid bidder by submitting the form provided on the INDOT Letting Information internet page. Failure to register will cause failure of the Bid Express bid submission process. A bidder may request valid bidder status by submitting the bidder registration form until 9:00 AM on the bid opening date.

BID BONDS: An executed bid bond shall be included with all bids. Only electronic bid bonds submitted through the designated electronic medium, either Surety2000 or Tinubu Surety Solution, will be accepted with the bid.

PERFORMANCE BONDS: A fully executed performance bond shall be included with all bids, except on contracts for roadside mowing, vegetation control, demolition, landscaping, fencing, seeding and sodding, bridge painting, and guardrail installations of $100,000 or less, when the bidder may elect not to furnish a performance bond. Bid Express does not support submittal of the performance bond. The performance bond must be submitted to the Construction Letting email inbox or be delivered on paper by the time set for receipt of proposal bids.

CONTRACTOR EMPLOYEE DRUG TESTING PLAN: Each contractor that submits a proposal bid in the amount of $150,000 or more for highway improvements described in this notice is required to submit with that bid a written plan for a program to test the contractor's employees for drugs. The plan shall be in compliance with Indiana Code 4-13-18. The plan must be submitted to the Construction Letting email inbox or deposited with the INDOT Prequalification Engineer by the time set for receipt of proposal bids.

TITLE VI ASSURANCES: In accordance with Title VI of the Civil Rights Act of 1964, 78 Stat. 252, 42 U.S.C. 2000d to 2000d-4 and Title 49, Code of Federal Regulations, Department of Transportation, Sub Title A, Office of the Secretary, Part 21, Nondiscrimination in Federally assisted programs of the Department of Transportation, the Indiana Department of Transportation assures minority business enterprises will be afforded full opportunity to submit bids in response to this invitation and will not be discriminated against on the grounds of race, color, sex, age, national origin, religion, sexual orientation, gender identity, disability/handicap or income status in consideration for an award.

INTERNET WEBPAGE ADDRESSES:
Documents Download webpage - http://erms.indot.in.gov/ViewDocs/
Rules for Bidding webpage - http://www.in.gov/dot/div/contracts/letting/general/105iac11.pdf
Letting Information Index webpage - http://www.in.gov/dot/div/contracts/letting/index.html
Bid Express website - https://www.bidx.com/

INDIANA DEPARTMENT OF TRANSPORTATION
Contract Administration Division
100 North Senate Avenue, N758-Cont
Indianapolis, IN 46204
For more information call (317)232-5300.

Published:      September 18, 2024

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:  October 9, 2024      at  10:00 AM

Call  130                                                                                          Greenfield District

Contract    R -41674-A    PAVEMENT REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1801731 | 1801731 | PAVEMENT REPLACEMENT CV 032-029-078.19 CULVERT |
| | | HAMILTON COUNTY - ON SR 32 FROM SHAMROCK BLVD AND |
| | | POPLAR ST TO EAST ST (RP 078+0072 TO 079+0028) |

Completion Date    June    01, 2027              MBE Goal: 7.00   WBE Goal: 5.00   IVOSB Goal: 3.00

Qualifications:    B(A)       C(B)

Call  300                                                                                          Seymour District

Contract    R -44714-A    ADA SIDEWALK RAMP CONSTRUCTION

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2201203 | 2201203 | ADA SIDEWALK RAMP CONSTRUCTION |
| | | VARIOUS COUNTIES - ALONG SR 262 IN RISING SUN AND SR 46 IN |
| | | BATESVILLE |

Completion Date    August    29, 2025              DBE Goal:  14.00

Qualifications:    E(F)

Call  340                                                                                          LaPorte District

Contract    R -45690-A    PAVEMENT PATCHING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2400768 | 2400768 | PAVEMENT PATCHING |
| | | LAKE COUNTY - ON I-80/I-94 FROM 1.8 MI W OF SR 51 TO 0.52 MILE |
| | | E OF SR 249 (RP 013+0025 TO 019+0050) |

Completion Date    May    20, 2025              MBE Goal: 7.00   WBE Goal: 5.00   IVOSB Goal: 3.00

Qualifications:    B(A)

# NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024        at  10:00 AM

Call 380                                                                                                Vincennes District

Contract B -42727-A    BRIDGE THIN DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2000624 | 2000624 | BRIDGE THIN DECK OVERLAY I69-057-09500 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER UNT TO VEALE CREEK, 2.34 MILES S OF SR 257 (RP 057+0073) |
| 2000626 | 2000626 | BRIDGE THIN DECK OVERLAY I69-057-09503 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER UNT TO VEALE CREEK, 2.44 MILES S OF SR 257 (RP 057+0073) |
| 2000627 | 2000627 | BRIDGE THIN DECK OVERLAY I69-060-09511 PRESTRESSED CONCRETE I-BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER BRANCH HURRICANE CREEK, 0.14 MILE N OF SR 257 (RP 060+0028) |
| 2000629 | 2000629 | BRIDGE THIN DECK OVERLAY I69-060-09512 PRESTRESSED CONCRETE I-BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER BRANCH HURRICANE CREEK, 0.14 MILE N OF SR 257 (RP 060+0028) |
| 2000631 | 2000631 | BRIDGE THIN DECK OVERLAY I69-061-09525 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER US 50 UNT HURRICANE BR CK, 1.79 MI N OF SR 257 (RP 061+0092) |
| 2000632 | 2000632 | BRIDGE THIN DECK OVERLAY I69-061-09515 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER US 50 UNT HURRICANE BR CK, 1.79 MI N OF SR 257 (RP 061+0092) |
| 2000665 | 2000665 | BRIDGE THIN DECK OVERLAY I69-060-09509 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER SR 257, 1.79 MILES SOUTH OF US 50 (RP 060+0017) |
| 2000667 | 2000667 | BRIDGE THIN DECK OVERLAY I69-060-09510 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER SR 257, 1.79 MILES SOUTH OF US 50 (RP 060+0017) |
| 2000668 | 2000668 | BRIDGE THIN DECK OVERLAY I69-062-02795 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER CSX RR, 0.22 MILE NORTH OF US 50 (RP 062+0021) |
| 2000669 | 2000669 | BRIDGE THIN DECK OVERLAY I69-062-02796 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER CSX RR, 0.29 MILE NORTH OF US 50 (RP 062+0021) |
| 2000671 | 2000671 | BRIDGE THIN DECK OVERLAY I69-058-09571 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER UNT TO VEALE CREEK, 0.29 MILE SOUTH OF SR 257 (RP 058+0088) |
| 2000673 | 2000673 | BRIDGE THIN DECK OVERLAY I69-058-09572 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER UNT TO VEALE CREEK, 0.29 MILE SOUTH OF SR 257 (RP 058+0088) |

**NOTICE TO HIGHWAY CONTRACTORS**

Letting Date & Time:   October 9, 2024          at   10:00 AM

| 2000674 | 2000674 | BRIDGE THIN DECK OVERLAY I69-061-09527 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69 DRN OVER UNT TO HURRICANE BR CRK, 0.06 MI S OF US 50 (RP 023+0079) |
| 2000675 | 2000675 | BRIDGE THIN DECK OVERLAY I69-061-09528 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69 DRS OVER UNT TO HURRICANE BR CRK, 0.04 MI S OF US 50 (RP 023+0052) |
| 2000702 | 2000702 | BRIDGE THIN DECK OVERLAY I69-062-02793 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N ON RAMP OVER CSX RR, 0.22 MILE NORTH OF US 50 (RP 062+0022) |
| 2000704 | 2000704 | BRIDGE THIN DECK OVERLAY I69-062-02794 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OFF RAMP OVER CSX RR, 0.22 MILE NORTH OF US 50 (RP 062+0021) |
| 2002149 | 2002149 | BRIDGE THIN DECK OVERLAY I69-064-09401 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER UNT TO EAGAN DITCH, 2.47 MILES NORTH OF US 50 (RP 064+0048) |
| 2002150 | 2002150 | BRIDGE THIN DECK OVERLAY I69-064-09402 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER UNT TO EAGAN DITCH, 2.47 MILES NORTH OF US 50 (RP 064+0048) |
| 2002151 | 2002151 | BRIDGE THIN DECK OVERLAY I69-065-09405 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER EAGAN DITCH, 3.04 MILES NORTH OF US 50 (RP 065+0004) |
| 2002152 | 2002152 | BRIDGE THIN DECK OVERLAY I69-065-09406 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER EAGAN DITCH, 3.04 MILES NORTH OF US 50 (RP 065+0003) |

Completion Date   October   24, 2025                    DBE Goal:   12.00

Qualifications:   E(C)       0272

# NOTICE TO HIGHWAY CONTRACTORS

Letting Date & Time:  October 9, 2024      at  10:00 AM

Call  610                                                                                      LaPorte District

Contract    B -44730-A      BRIDGE DECK OVERLAY AND BRIDGE THIN DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2200814 | 2200814 | BRIDGE DECK OVERLAY 055-45-06825 PRESTRESSED CONCRETE I-BEAM |
| | | LAKE COUNTY - ON SR 55 OVER TULLY DITCH, 6.01 MILES SOUTH OF SR 2 (RP 084+0076) |
| 2200987 | 2200987 | BRIDGE THIN DECK OVERLAY 055-45-09609 PRESTRESSED CONCRETE BULB-T BEAM |
| | | LAKE COUNTY - ON SR 55 OVER BROWN DITCH, 4.52 MILES SOUTH OF SR 2 (RP 086+0025) |

Completion Date   June    20, 2025                                DBE Goal:  7.00

Qualifications:    E(C)      0272

---