# Bid Package

| | | | |
|---|---|---|---|
| Project: 100543 | | Standard / PENNDOT Oversight Non-NHS | Advertised |
| Short Description: | Millersville Rd Bridge | | Org Code: 0800 |
| County: | Lancaster | SR: 741 | Section: 025 |
| District: | 08 | Group ID: --- | Municipality: LANCASTER 3 |

## Overview

| Type | Plans | Special Provisions | Items | Attachments | Report | Other | Let |
|---|---|---|---|---|---|---|---|
| Current | | | | | | | 10/10/2024 11:00:00 AM |
| Original | | | | | | | 10/10/2024 11:00:00 AM |

## General

**Status:** **Published**   **Bid Results**
**Version:** 1

**Project Cost Range:** $2,500,000.00 - $4,999,999.99
**Federal Project Status:** PENNDOT Oversight Non-NHS
**DBE:** 6%

**Let:** 10/10/2024 11:00:00 AM
**Let Type:** Scheduled
**Anticipated NTP:** 11/25/2024
**Required Completion:** 09/19/2025

**Structure Work:** 73.00%
**Pre-Bid Meeting:** None
**Wage Rates:** Yes
**Prequalification Requirement:** Yes

**State Type of Work:** BRIDGE RECONSTRUCTION
**408 Version:** 2020-8

**Asphalt/Cement Price Index**    **Diesel Fuel Price Index**

## Additional Information

This is an ECMS project. All Addenda will be electronically posted. The location of the public bid opening is the Commonwealth Keystone Building, 7th Floor, Contract Awards Room, 400 North Street, Harrisburg. Allow sufficient time before the bid opening to obtain a visitor pass on the 5th Floor and to be escorted to the 7th Floor Contract Awards Room.

## Description

This project consists of a latex overlay and other miscellaneous construction, all as indicated on the approved drawings included in the Bid Package for STATE ROUTE 0741, SECTION 025, in LANCASTER COUNTY, LANCASTER & PEQUEA TOWNSHIPS, from Segment 0230 Offset 0590 to Segment 0220 Offset 1646, for an overall project length of 1009.00 linear feet (0.191 mile).

Responses to questions on this page are for informational and clarification purposes. Official changes to the proposal will be made via an Addendum. The deadline for submitting questions is 72 hours before the let date and time. For Emergency projects, the deadline is reduced to 19 hours before the let date and time.

## Questions and Responses

### Signal Permit-Manor & West End

**Question 1**

Please add the signal permit referenced in the special provision for Item#4955-3206.
Posted on 09/09/2024 07:33:37 AM by Matthew Wengert/PennDOT BP-001868 of C.M.High,Inc.

**Responses**

The Department is looking into this concern and, if needed, an addendum will be issued to address it.
Posted on 10/02/2024 12:33:44 PM by Jeff Costanzo/PennDOT

### ITEM 9705-0103 Two-Part Rapid Cure Silicone Joint Sealant (Barrier joints)

**Question 2**

The silicone sealant is to be installed in open barrier joints and curb joints. On Page 105 & 106 of the report it states, "verify the silicone sealant remains uniformly supported." This is not achievable on a vertical face with a self-leveling sealant. Would the department please review this is the correct sealant for the application. Please advise.
Posted on 09/30/2024 08:59:23 AM by Mark S Armitage/PennDOT BP-006436 of Swank Construction Company, LLC

**Responses**

Please bid as specified within the special provision for Item 9705-0103.
Posted on 10/02/2024 12:50:20 PM by Jeff Costanzo/PennDOT

### Polyester Polymer Overlay

**Question 3**

Would the Department allow the Contractor to bid a PPC Alternate in lieu of hydro and latex?
Posted on 09/30/2024 04:02:40 PM by Tyler A Silfies/PennDOT BP-000425 of J. D. Eckman, Inc.

**Responses**

Please bid as specified.
Posted on 10/02/2024 12:55:22 PM by Jeff Costanzo/PennDOT

### EXCAVATION FOR THE NO. 1 AGGREGATE AND R-4 ROCK AT THE ABUTMENTS

**Question 4**

Is the excavation for the No. 1 Aggregate and R-4 Rock (as show on Structure plan sheet 11 of 28) included in the Class 3 Excavation quantity?
Posted on 10/01/2024 10:30:31 AM by Barry E Fauth/PennDOT BP-000392 of Kinsley Construction, LLC

**Responses**

No excavation is quantified for the No. 1 Aggregate or the R-4 Rock as these materials are filling in previously eroded areas and re-establishing the bench in front of each abutment. The Class 3 excavation at Abutment 1 includes approximately 177 CY to excavate for the Geosynthetic Stabilized Bridge Approach (GSBA) construction on Sheet 10 and 10 CY to expose the top of footing to construct the beam seat extensions shown on Sheet 14. The 191 CY at Abutment 2 is for the GSBA construction only. The top of footing is already exposed so no additional excavation is needed.
Posted on 10/02/2024 01:35:53 PM by Jeff Costanzo/PennDOT

### Trainee

**Question 5**

Can the Department review the trainee requirement as this project does not have enough manhours to cover this.
Posted on 10/02/2024 10:43:02 AM by Tyler A Silfies/PennDOT BP-000425 of J. D. Eckman, Inc.

**Responses**

In accordance with the 23 CFR 230 A, Section 230.111, and Management Directive 215.16, the Department has determined that there is sufficient meaningful work to potentially support one trainee on this project. Please bid as specified.
Posted on 10/03/2024 05:43:08 AM by Jeff Costanzo/PennDOT

### 4955-3206

**Question 6**

Can the signal plans for this intersection be provided?
Posted on 10/02/2024 02:41:42 PM by Nicola Qarmout/PennDOT BP-000720 of Kuharchik Construction, Inc.

**Responses**

The Department requests your patience as we work through this issue. Thank you.
Posted on 10/03/2024 05:51:03 AM by Jeff Costanzo/PennDOT

### LANE CLOSURE HOURS

**Question 7**

The special provision for Item 0901-0001 states that "No short-term lane / shoulder closures are permitted on SR 0741 between 6:00 AM and 8:30 AM and between 3:30 PM and 6:00 PM." There is much work that will need to be accessed from the bridge deck on this project and that work needs to be done during daylight hours. The bridge deck is wide enough to accommodate two lanes of traffic and a "shoulder closure" to allow room for under bridge access equipment. Would the Department please consider revising the short-term closure language to allow extended daylight hour shoulder closures if two lanes of traffic are maintained?
Posted on 10/03/2024 03:39:02 PM by Barry E Fauth/PennDOT BP-000392 of Kinsley Construction, LLC

**Responses**

No records found.

### Location of Item 0698-0001 POST-INSTALLED CONCRETE ANCHORS PERMANENT

Exhibit C

**Question 8**

This item is tabbed at both abutments and pier 1. We have only recently seen this item used on a PennDOT project, and we think we know what's it to be used for, but could the Department provide a brief description of what exactly this item is to be used so we know for sure.

Posted on 10/03/2024 03:39:45 PM by Barry E Fauth/PennDOT BP-000392 of Kinsley Construction, LLC

**Responses**

*No records found.*

### Workflow

| Status | Name | Disposition | Date/Time |
|---|---|---|---|
| Draft | Jeff Costanzo/PennDOT | Publish | 09/06/2024 05:54:24 PM |

### Audit Information

| Created By | Created On | Modified By | Modified On |
|---|---|---|---|
| Richard A Reisinger/PennDOT | 05/08/2024 11:49:31 AM | ECMS System/PennDOT | 09/06/2024 06:07:03 PM |

You are currently logged in as **Anonymous**.

Release: 100.0
Session size: 0.1k

**PennDOT** | **Home** | **Site Map** | **Help** | **Pennsylvania**
Copyright © 2009 Pennsylvania Department of Transportation. All Rights Reserved.
**PennDOT Privacy Policy**

Fri Oct 04 10:09:23 EDT 2024
Official ECMS Date/Time



**WEST VIRGINIA DEPARTMENT OF TRANSPORTATION
DIVISION OF HIGHWAYS**

## CONSTRUCTION CONTRACT PROPOSAL

| | |
|---|---|
| **CALL NUMBER:** | 010 |
| **DBE GOAL:** | 10 % |
| **CONTRACT ID:** | 2023200045 |
| **PROJECT NAME:** | I-79 Clendenin IC Bridges NB & SB |
| **PROJECT NUMBER(S):** | S320-79-19.22 00     HWI-0079(114)D |
| **COUNTY:** | Kanawha |

**IMPORTANT NOTICES:**

Bids will be received until  10:00 AM  on  October 8, 2024 . Only those bids submitted through www.bidx.com will be accepted.

The information listed above supersedes any call number, DBE goal, contract ID, project Name, project number or county name located on the project documentation provided with this proposal, unless amended.

All projects advertised by the West Virginia Division of Highways for bidding via Bid Express (www.bidx.com) will require questions to be asked using the Question and Answer feature in Bidx, in accordance with our BidX Questions and Answers External Policy.

**To report bid rigging activities call 1-800-424-9071.** The United States Department of Transportation (USDOT) operates the above toll-free "Hotline" Monday through Friday, 8:00 a.m. to 5:00 p.m., Eastern Time. Anyone with knowledge of possible bid rigging, bidder collusion, or other fraudulent activities should use the "Hotline" to report such activities. The "Hotline" is part of the USDOT's continuing effort to identify and investigate Interstate highway construction fraud and abuse and is operated under the direction of the USDOT Inspector General. All information will be treated confidentially, and caller anonymity will be respected.



**WEST VIRGINIA DEPARTMENT OF TRANSPORTATION**
**DIVISION OF HIGHWAYS**

## CONSTRUCTION CONTRACT PROPOSAL

| | |
|---|---|
| **CALL NUMBER:** | 020 |
| **DBE GOAL:** | 10 % |
| **CONTRACT ID:** | 2024200022 |
| **PROJECT NAME:** | Academy Drive Overpass +1 |
| **PROJECT NUMBER(S):** | S320-64-50.52 00   HWI-0064(487)D |
| **COUNTY:** | Kanawha |

### IMPORTANT NOTICES:

Bids will be received until **10:00 AM** on **September 10, 2024**. Only those bids submitted through www.bidx.com will be accepted.

The information listed above supersedes any call number, DBE goal, contract ID, project Name, project number or county name located on the project documentation provided with this proposal, unless amended.

All projects advertised by the West Virginia Division of Highways for bidding via Bid Express (www.bidx.com) will require questions to be asked using the Question and Answer feature in Bidx, in accordance with our BidX Questions and Answers External Policy.

**To report bid rigging activities call 1-800-424-9071.** The United States Department of Transportation (USDOT) operates the above toll-free "Hotline" Monday through Friday, 8:00 a.m. to 5:00 p.m., Eastern Time. Anyone with knowledge of possible bid rigging, bidder collusion, or other fraudulent activities should use the "Hotline" to report such activities. The "Hotline" is part of the USDOT's continuing effort to identify and investigate Interstate highway construction fraud and abuse and is operated under the direction of the USDOT Inspector General. All information will be treated confidentially, and caller anonymity will be respected.



**WEST VIRGINIA DEPARTMENT OF TRANSPORTATION
DIVISION OF HIGHWAYS**

## CONSTRUCTION CONTRACT PROPOSAL

**CALL NUMBER:** 024

**DBE GOAL:** 12 %

**CONTRACT ID:** 2020000568

**PROJECT NAME:** Corridor L Br No 2 EB & WB

**PROJECT NUMBER(S):** S341A-19-0.59 00, NHPP-0019 (495)D

**COUNTY:** Raleigh

### IMPORTANT NOTICES:

Bids will be received until **10:00 AM** on **October 8, 2024**. Only those bids submitted through www.bidx.com will be accepted.

The information listed above supersedes any call number, DBE goal, contract ID, project Name, project number or county name located on the project documentation provided with this proposal, unless amended.

All projects advertised by the West Virginia Division of Highways for bidding via Bid Express (www.bidx.com) will require questions to be asked using the Question and Answer feature in Bidx, in accordance with our BidX Questions and Answers External Policy.

To report bid rigging activities call 1-800-424-9071. The United States Department of Transportation (USDOT) operates the above toll-free "Hotline" Monday through Friday, 8:00 a.m. to 5:00 p.m., Eastern Time. Anyone with knowledge of possible bid rigging, bidder collusion, or other fraudulent activities should use the "Hotline" to report such activities. The "Hotline" is part of the USDOT's continuing effort to identify and investigate Interstate highway construction fraud and abuse and is operated under the direction of the USDOT Inspector General. All information will be treated confidentially, and caller anonymity will be respected.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

1/13

POSTED: 10/3/24
NOTICE TO CONTRACTORS

Letting Date
THURSDAY, OCTOBER 24, 2024

BIDS WILL BE RECEIVED ELECTRONICALLY THROUGH THE BID EXPRESS BIDDING SERVICE UNTIL 10:00 AM THURSDAY, OCTOBER 24, 2024
THEREAFTER, BIDS WILL BE CHECKED IN THE DIVISION OF CONSTRUCTION PROCUREMENT AND POSTED ALONG WITH THE ENGINEER'S ESTIMATE ON THE FOLLOWING WEBSITES:
HTTPS://TRANSPORTATION.KY.GOV/CONSTRUCTION-PROCUREMENT/PAGES/DEFAULT.ASPX AND WWW.BIDX.COM.

THE PROJECTS ARE FOR THE IMPROVEMENT OF :

**CALL 100        CONTRACT ID 245366**
HARLAN COUNTY
STP BRZ 9030 (484) : KY 72 (MP 13.313) ADDRESS DEFICIENCIES ON KY 72 OVER POOR FORK OF CUMBERLAND RIVER (048B00138N) (MP 13.403), A DISTANCE OF 0.09 MILES. BRIDGE REPLACEMENT.
SYP NO. 11-10196.00. THE DBE PARTICIPATION GOAL IS 2.50%.


**CALL 101        CONTRACT ID 241318**
OHIO COUNTY
STP 5054 (006) : HARTFORD-SEBREE ROAD (KY 136) REPLACE BRIDGES OVER STILLHOUSE BRANCH (MP 0.0171), HANLEY CREEK (MP 1.07), BARNETT CREEK (MP 3.356), TOMS BRANCH (MP 5.425), LITTLE NO CREEK (MP 5.668) AND NO CREEK (MP 5.998) GRADE, DRAIN & SURFACE WITH BRIDGE.
SYP NO. 02-08812.20. THE DBE PARTICIPATION GOAL IS 6.00%.


**CALL 102        CONTRACT ID 245365**
WEBSTER COUNTY
STP BRZ 9030 (483) : KY 143 (MP 4.388) ADDRESS DEFICIENCIES OF KY 143 OVER CRAB ORCHARD CREEK (117B00042N) (MP 4.408), A DISTANCE OF 0.02 MILES. BRIDGE REPLACEMENT.
SYP NO. 02-10139.00. THE DBE PARTICIPATION GOAL IS 5.00%.


**CALL 103        CONTRACT ID 242959**
CAMPBELL COUNTY
FPB 2759 (142) : COVINGTON-CINCINNATI ROAD (I-275) COMBS HEHL BRIDGE (B00040L&R) OVER OHIO RIVER AT MP 73.20 BRIDGE STEEL REPAIRS.
SYP NO. 06-10051. THE DBE PARTICIPATION GOAL IS 0.00%.


**CALL 104        CONTRACT ID 242958**
NELSON COUNTY
FPB 0403 (200) : BOSTON ROAD (KY 62) BRIDGE 090B00056N OVER CEDAR CREEK BRIDGE SUPERSTRUCTURE REPLACEMENT.
SYP NO. 04-10062. THE DBE PARTICIPATION GOAL IS 0.00%.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

2/13

POSTED: 10/3/24
NOTICE TO CONTRACTORS

Letting Date
THURSDAY, OCTOBER 24, 2024

**CALL 105      CONTRACT ID 242331**
FLEMING COUNTY
PROT 6000(305) : RINGOS MILLS ROAD (KY 158) (MP 10.769) FROM 0.341 MILES WEST OF JOHNSON FLAT ROAD EXTENDING EAST TO 0.198 MILES WEST OF JOHNSON FLAT ROAD. (MP 10.912), A DISTANCE OF 0.14 MILES. SLIDE REPAIR.
SYP NO. 09-05019.00. THE DBE PARTICIPATION GOAL IS 0.00%.

**CALL 106      CONTRACT ID 242337**
FLEMING COUNTY
PROT 6000(306) : HILLSBORO ROAD (KY 111) (MP 2.179) FROM 0.481 MILES NORTH OF KY 1722 EXTENDING NORTH TO 0.147 MILES SOUTH OF HOT SHOT ROAD. (MP 2.331), A DISTANCE OF 0.15 MILES. SLIDE REPAIR.
SYP NO. 09-05020.00. THE DBE PARTICIPATION GOAL IS 0.00%.

**CALL 107      CONTRACT ID 242333**
GALLATIN COUNTY
PROT 6000(309) : BIG SUGAR ROAD (US 127) (MP 3.450) FROM 0.243 MILES NORTH OF OLD US 127 EXTENDING NORTH TO 460 FEET SOUTH OF US 42. (MP 5.950), A DISTANCE OF 2.50 MILES. SLIDE REPAIR.
SYP NO. 06-05012.00. THE DBE PARTICIPATION GOAL IS 0.00%.

**CALL 108      CONTRACT ID 242336**
MASON COUNTY
PROT 6000(307) : MARY INGLES HIGHWAY (KY 8) (MP 3.722) FROM 0.305 MILES EAST OF KY 576 EXTENDING EAST TO 0.430 MILES EAST OF KY 576. (MP 3.847), A DISTANCE OF 0.12 MILES. SLIDE REPAIR.
SYP NO. 09-05021.00. THE DBE PARTICIPATION GOAL IS 0.00%.

**CALL 109      CONTRACT ID 241015**
PULASKI COUNTY
PROT 6000(311) : BURNSIDE - WHITLEY CITY ROAD (US-27) (MP 4.7) CORRECT ROCKFALL HAZARD ON US-27 ON BOTH SIDES OF THE ROADWAY (MP 5.05), A DISTANCE OF 0.36 MILES. SLIDE REPAIR.
SYP NO. 08-05003.00. THE DBE PARTICIPATION GOAL IS 0.00%.

**CALL 110      CONTRACT ID 242335**
UNION COUNTY
PROT 6000(308) : BLACKBURN - RALEIGH RD (KY 667) (MP 15.923) FROM 0.621 MILES SOUTH OF KY 871 EXTENDING NORTH TO 0.584 MILES SOUTH OF KY 871. (MP 15.96), A DISTANCE OF 0.03 MILES. SLIDE REPAIR.
SYP NO. 02-05011.00. THE DBE PARTICIPATION GOAL IS 0.00%.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

3/13

POSTED: 10/3/24  
NOTICE TO CONTRACTORS

Letting Date  
THURSDAY, OCTOBER 24, 2024

**CALL 111**   **CONTRACT ID 242957**
GRAYSON COUNTY
FPB 0403 (199) : BRANDENBURG ROAD (KY 259) BRIDGE 043B00001N OVER ROUGH CREEK BRIDGE REPAIRS.
SYP NO. 04-10047.00. THE DBE PARTICIPATION GOAL IS 8.50%.

**CALL 200**   **CONTRACT ID 241111**
HOPKINS COUNTY
054GR24D011
I-69
THE DBE PARTICIPATION GOAL IS 8.00%.

   HOPKINS COUNTY
   FE02 054 0069 B00066N : PENNYRILE PARKWAY (I-69) BRIDGE 054B00016N OVER I-69 AT MP 117.04 ASPHALT PAVEMENT & ROADWAY REHAB.
   HOPKINS COUNTY
   NHPPIM 0691 (013) : I-69 PAVEMENT REHABILITATION, A DISTANCE OF 4.34 MILES. ASPHALT PAVEMENT & ROADWAY REHAB.
   SYP NO. 02-20029.00.

**CALL 201**   **CONTRACT ID 242353**
PERRY COUNTY
097GR24P049 - FD05, FD04, & HSIP
HYDEN - HAZARD - HINDMAN ROAD (KY 80)
THE DBE PARTICIPATION GOAL IS 6.00%.

   PERRY COUNTY
   FD04 097 0080 012-013 : HAZARD TO TALCUM ROAD (KY 80) (MP 12.700) FROM 930 FEET EAST OF KY 3351 EXTENDING EAST TO 500 FEET WEST OF ELK RUN/TAMETHA LEE DRIVE (MP 12.900), A DISTANCE OF 0.17 MILES. ASPHALT RESURFACING.
   SYP NO. 10-04700.00.
   PERRY COUNTY
   FD05 097 0080 008-016 : HYDEN - HAZARD - HINDMAN ROAD (KY 80), (OMIT MP 14.513-15.053) (MP 8.330) FROM 940 FEET WEST OF JUSTICE DRIVE, EXTENDING EAST TO KNOTT COUNTY LINE (MP 15.824), A DISTANCE OF 7.49 MILES. ASPHALT RESURFACING.
   PERRY COUNTY
   HSIP 9010(544) : KY HIGHWAY 80 (KY 80) (MP 15.60) 0.192 MILES WEST OF PHOENIX PLACE BOULEVARD TO THE PERRY/KNOTT COUNTY LINE (MP 15.824), A DISTANCE OF 0.22 MILES. ASPHALT RESURFACING.
   SYP NO. 10-00942.00.

NOTE:  MINIMUM WAGE RATES FOR THESE FORGOING PROJECTS HAVE BEEN PREDETERMINED BY THE SECRETARY
   OF LABOR AND ARE SET FORTH IN THE PROPOSALS.
THE DEPARTMENT OF HIGHWAYS HEREBY NOTIFIES ALL BIDDERS THAT IT WILL AFFIRMATIVELY INSURE THAT
   IN ANY CONTRACT ENTERED INTO PURSUANT TO THIS ADVERTISEMENT DISADVANTAGED BUSINESS
ENTERPRISES
   WILL BE AFFORDED FULL OPPORTUNITY TO SUBMIT BIDS IN RESPONSE TO THIS INVITATION, AND WILL NOT

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

4/13

POSTED: 10/3/24
NOTICE TO CONTRACTORS

Letting Date
THURSDAY, OCTOBER 24, 2024

BE DISCRIMINATED AGAINST ON THE GROUND OF RACE, COLOR, OR NATIONAL ORIGIN ON CONSIDERATION FOR AN AWARD.
THE SPECIAL PROVISIONS OF HIGHWAY PROJECTS FINANCED WITH FEDERAL HIGHWAY FUNDS APPLIES TO FEDERAL AID PROJECTS.
THESE FORGOING PROJECTS CONTAIN A PERCENT THAT IS DESIGNATED FOR DISADVANTAGED BUSINESS ENTER-
PRISES (MINORITY OWNED AND WOMEN OWNED BUSINESSES). SEE PROPOSAL FOR DETAILS.


**CALL 300**     **CONTRACT ID 242342**

ANDERSON COUNTY
FD05 003 0062 008-014 : BARDSTOWN ROAD (US 62) (MP 8.515) BEGIN AT KY 53 EXTENDING EAST TO FOX CREEK - GOSHEN ROAD (MP 13.559), A DISTANCE OF 5.05 MILES. ASPHALT RESURFACING.


**CALL 301**     **CONTRACT ID 242175**

BARREN COUNTY
FD05 005 0252 000-005 : FINNEY ROAD (KY 252) (MP 0.000) BEGIN AT THE ALLEN/BARREN COUNTY LINE EXTENDING EAST TO A PAVEMENT JOINT 50 EAST OF KY 255 (MP 4.621), A DISTANCE OF 4.62 MILES. ASPHALT RESURFACING.


**CALL 302**     **CONTRACT ID 242334**

BELL COUNTY
FD05 007 0186 001-003 : WINCHESTER ROAD (KY 186) (MP 1.325) FROM WELLS CAMP ROAD EXTENDING EAST TO KY 74 (MP 2.977), A DISTANCE OF 1.65 MILES. ASPHALT RESURFACING.


**CALL 303**     **CONTRACT ID 242321**

CLAY COUNTY
FD05 026 0011 014-020 : MANCHESTER - ONEIDA ROAD (KY 11) (MP 14.306) BEGIN AT PAVEMENT JOINT 40 FEET NORTH OF LITTLE WILDCAT ROAD EXTENDING NORTH TO KY 66 (MP 19.559), A DISTANCE OF 5.30 MILES. ASPHALT RESURFACING.


**CALL 304**     **CONTRACT ID 242326**

GRAYSON COUNTY
FD05 043 0187 000-003 : SHREWSBURY ROAD (KY 187) (MP 0.000) BEGIN AT THE EDMONSON/GRAYSON COUNTY LINE EXTENDING NORTH TO 0.05 MILES SOUTH OF PHELPS-JOHNSON ROAD (MP 2.359), A DISTANCE OF 2.35 MILES. ASPHALT RESURFACING.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

5/13

POSTED: 10/3/24
NOTICE TO CONTRACTORS

Letting Date
THURSDAY, OCTOBER 24, 2024

**CALL 305**     **CONTRACT ID 242093**

GREENUP COUNTY
FD05 045 0001 000-006 : HOPEWELL - ARGILLITE ROAD (KY 1) (MP 0.000) FROM CARTER COUNTY LINE EXTENDING NORTH TO ADDIE ROAD. (MP 5.340), A DISTANCE OF 5.34 MILES. ASPHALT RESURFACING.

**CALL 306**     **CONTRACT ID 242325**

HARDIN COUNTY
FD05 047 0434 000-004 : BATTLE TRAINING ROAD (KY 434) (MP 0.000) BEGIN AT US 31W EXTENDING EAST TO KY 251 (MP 3.133), A DISTANCE OF 3.13 MILES. ASPHALT RESURFACING.

**CALL 307**     **CONTRACT ID 242286**

HARDIN COUNTY
FD05 047 1921 000-002 : UPTON MELROSE ROAD (KY 1921) (MP 0.000) BEGIN AT KY 224 EXTENDING NORTH TO A CONSTRUCTION JOINT 0.593 MILES SOUTH OF MASON ROAD (MP 1.040), A DISTANCE OF 1.04 MILES. ASPHALT RESURFACING.

**CALL 308**     **CONTRACT ID 242327**

HART COUNTY
FD05 050 0088 007-009 : CUB RUN HIGHWAY (KY 88) (MP 7.537) BEGIN AT CEDAR LANE EXTENDING EAST TO CENTER POINT ROAD (MP 8.559), A DISTANCE OF 1.02 MILES. ASPHALT RESURFACING.

**CALL 309**     **CONTRACT ID 242345**

HOPKINS COUNTY
FD05 054 1220 002-007 : OLNEY ROAD (KY 1220) (MP 2.886) BEGIN AT THE END OF THE TRACE CREEK BRIDGE EXTENDING EAST TO KY 109 (MP 6.579), A DISTANCE OF 3.69 MILES. ASPHALT RESURFACING.

**CALL 310**     **CONTRACT ID 242338**

JEFFERSON COUNTY
FD05 056 031E 000-005 : BARDSTOWN ROAD (US 31E) (MP 0.000) BEGIN AT THE BULLITT/JEFFERSON COUNTY LINE EXTENDING NORTH TO A CONCRETE JOINT 0.05 MILES SOUTH OF CEDAR CREEK ROAD (MP 4.320), A DISTANCE OF 4.32 MILES. ASPHALT RESURFACING.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

6/13

POSTED: 10/3/24
NOTICE TO CONTRACTORS

Letting Date
THURSDAY, OCTOBER 24, 2024

**CALL 311**   **CONTRACT ID 242347**

LAUREL COUNTY
FD05 063 0363 006-010 : KEAVY ROAD (KY 363) (MP 6.750) FROM MAPLE GROVE ROAD EXTENDING NORTH TO 1,320 FEET SOUTH OF KY 1006 (MP 9.103), A DISTANCE OF 2.35 MILES. ASPHALT RESURFACING.

**CALL 312**   **CONTRACT ID 242322**

LAUREL COUNTY
FD05 063 1769 000-001 : MOREN ROAD (KY 1769) (MP 0.000) BEGIN AT US 25 INTERSECTION EXTENDING NORTH TO HAL RODGERS PARKWAY (MP 0.865), A DISTANCE OF 0.87 MILES. ASPHALT RESURFACING.

**CALL 313**   **CONTRACT ID 242348**

LESLIE COUNTY
FD05 066 0080 000-006 : HYDEN-HAZARD ROAD (KY 80) (MP 0.000) BEGIN AT US 421 EXTENDING EAST TO KY 699 (MP 5.260), A DISTANCE OF 5.26 MILES. ASPHALT RESURFACING.

**CALL 314**   **CONTRACT ID 242320**

MCCRACKEN COUNTY
FD05 073 0305 004-010 : CAIRO ROAD (KY 305, OMIT CONCRETE SECTION MP 8.285 - 8.790) (MP 4.035) BEGIN AT US 60 EXTENDING EAST TO COLEMAN ROAD (MP 9.313), A DISTANCE OF 5.27 MILES. ASPHALT RESURFACING.

**CALL 315**   **CONTRACT ID 242346**

MCLEAN COUNTY
FD05 075 0140 000-003 : PASCAL-KING ROAD (KY 140) (MP 0.000) BEGIN AT KY 256 EXTENDING EAST TO KY 136 (MP 2.889), A DISTANCE OF 2.88 MILES. ASPHALT RESURFACING.

**CALL 316**   **CONTRACT ID 242350**

MCLEAN COUNTY
FD05 075 1589 000-004 : SEMIWAY TO UNDERWOOD ROAD (KY 1589) (MP 0.000) BEGIN AT KY 81 EXTENDING NORTH TO KY 138 (MP 3.164), A DISTANCE OF 3.16 MILES. ASPHALT RESURFACING.

**CALL 317**   **CONTRACT ID 242343**

MADISON COUNTY
FD05 076 0025 025-029 : LEXINGTON ROAD (US 25) (MP 25.391) BEGIN 100 FEET SOUTH OF KY 627 EXTENDING NORTH TO KY 2884 (MP 28.161), A DISTANCE OF 2.77 MILES. ASPHALT RESURFACING.

Case: 3:23-cv-00072-GFVT-EBA   Doc #: 46-4   Filed: 10/10/24   Page: 12 of 18 - Page ID#: 711

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

7/13

POSTED: 10/3/24
NOTICE TO CONTRACTORS

Letting Date
THURSDAY, OCTOBER 24, 2024

**CALL 318**     **CONTRACT ID 242354**

MORGAN COUNTY
FD05 088 0172 009-013 : ELKFORK - CROCKETT ROAD (KY 172) (MP 9.980) BEGINNING AT PAVEMENT JOINT 10 FEET EAST OF WEST SKAGGS LOOP EXTENDING EAST TO THE PAVEMENT JOINT 350 FEET EAST OF CROCKETT LOOP (MP 12.087), A DISTANCE OF 2.10 MILES. ASPHALT RESURFACING.

**CALL 319**     **CONTRACT ID 242318**

MUHLENBERG COUNTY
FD05 089 0181 005-012 : GREENVILLE ROAD (KY 181) (MP 5.853) BEGIN AT THE NORTH END OF THE CARTER CREEK BRIDGE EXTENDING NORTH TO US 62 (MP 11.881), A DISTANCE OF 6.02 MILES. ASPHALT RESURFACING.

**CALL 320**     **CONTRACT ID 242339**

OLDHAM COUNTY
FD05 093 0042 006-020 : LOUISVILLE TO CINCINNATI ROAD (US 42) (MP 6.049) BEGIN 80 FEET EAST OF KY 1694 EXTENDING EAST THE OLDHAM/HENRY COUNTY LINE (MP 19.359), A DISTANCE OF 13.31 MILES. ASPHALT RESURFACING.

**CALL 321**     **CONTRACT ID 242349**

PIKE COUNTY
FD05 098 0199 008-012 : POND CREEK ROAD (KY 199) (MP 8.226) BEGIN AT KY 1056 EXTENDING NORTH TO US 119 (MP 11.444), A DISTANCE OF 3.21 MILES. ASPHALT RESURFACING.

**CALL 322**     **CONTRACT ID 242219**

SCOTT COUNTY
FD05 105 0062 007-011 : MCCLELLAND CIRCLE (US 62) (MP 7.693) BEGIN AT US 25 EXTENDING EAST TO US 460 (MP 10.586), A DISTANCE OF 2.89 MILES. ASPHALT RESURFACING.

**CALL 323**     **CONTRACT ID 242329**

TRIGG COUNTY
FD05 111 0068 000-009 : CANTON ROAD (US 68) (MP 0.565) BEGIN 0.224 MILES EAST OF THE TENNESSEE RIVER/ KY LAKE BRIDGE EXTENDING EAST TO THE WEST END OF THE LAKE BARKLEY BRIDGE (MP 8.282), A DISTANCE OF 7.71 MILES. ASPHALT RESURFACING.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

8/13

POSTED: 10/3/24  
NOTICE TO CONTRACTORS

Letting Date  
THURSDAY, OCTOBER 24, 2024

**CALL 324**        **CONTRACT ID 242324**

WARREN COUNTY
FD05 114 1402 002-012 : PORTER PIKE (KY 1402) (MP 2.900) BEGIN AT A PAVEMENT JOINT 0.126 MILES EAST OF PORTER CT. EXTENDING EAST TO KY 101 (MP 11.903), A DISTANCE OF 9.00 MILES. ASPHALT RESURFACING.


**CALL 325**        **CONTRACT ID 242311**

WASHINGTON COUNTY
FD05 115 3488 000-001 : INDUSTRIAL ACCESS ROAD (KY 3488) (MP 0.000) BEGIN AT KY 555 EXTENDING NORTH TO KY 555 (MP 0.329), A DISTANCE OF 0.32 MILES. ASPHALT RESURFACING.


**CALL 326**        **CONTRACT ID 242332**

WHITLEY COUNTY
FD05 118 1193 000-005 : BEE CREEK ROAD (KY 1193) (MP 0.000) BEGIN AT US 25W EXTENDING NORTH TO KY 1277 (MP 4.594), A DISTANCE OF 4.60 MILES. ASPHALT RESURFACING.


**CALL 327**        **CONTRACT ID 242344**

HART COUNTY
FD04 050 1140 004-005 : RAIDER HOLLOW ROAD (KY 1140) (MP 4.090) FROM 212.5 FEET SOUTH OF RAIDER HOLLOW CULVERT EXTENDING NORTH TO 62.5 FEET NORTH OF RAIDER HOLLOW CULVERT (MP 4.150), A DISTANCE OF 0.06 MILES. GUARDRAIL.
SYP NO. 04-4317.00.


**CALL 328**        **CONTRACT ID 242351**

LEWIS COUNTY
FD04 068 0008 029-030 : VANCEBURG - SOUTH SHORE ROAD (KY 8) (MP 29.120) FROM 0.151 MILES WEST OF SCAFFOLD LICK ROAD EXTENDING EAST TO 0.030 MILES WEST OF CLAY LANE (MP 29.460), A DISTANCE OF 0.34 MILES. GUARDRAIL.
SYP NO. 09-4324.00.


**CALL 329**        **CONTRACT ID 242328**

MONROE COUNTY
FD04 086 0100 019-020 : CENTER POINT ROAD (KY 100) (MP 19.701) FROM 385 FEET EAST OF FAWBUSH ROAS EXTENDING EAST TO 0.28 MILES EAST OF FAWBUSH ROAD (MP 19.890), A DISTANCE OF 0.19 MILES. GUARDRAIL.
SYP NO. 03-4311.00.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

9/13

POSTED: 10/3/24　　　　　　　　　　　　　Letting Date
NOTICE TO CONTRACTORS　　　　　THURSDAY, OCTOBER 24, 2024

**CALL 330　　　CONTRACT ID 242962**

EDMONSON COUNTY
FE02 031 0238 B00027N : BEE SPRINGS ROAD (KY 238) 031B00027N OVER BEE SPRINGS ROAD MP 3.41, A DISTANCE OF 117.00 MILES. BRIDGE REPLACEMENT.


**CALL 331　　　CONTRACT ID 242956**

TRIGG COUNTY
FE02 111 0124 B00050N : CERULEAN ROAD (KY 124) BRIDGE 111B00050N OVER I-24 AT MP 03.84 BRIDGE STEEL REPAIRS.


**CALL 332　　　CONTRACT ID 241317**

HARLAN COUNTY
FD51 048 0522 011-012 : KY 522 REPLACE CULVERT OVER BRIDGE BRANCH AT MP 12.75. CULVERT REPLACEMENT.


**CALL 333　　　CONTRACT ID 243111**

LARUE COUNTY
CB06 062 0470 006-012 : NORTH L AND N TURNPIKE (KY 470) (MP 6.800) FROM KY 210, EXTENDING NORTHERLY TO US 31 E. (MP 11.454), A DISTANCE OF 4.65 MILES. ASPHALT RESURFACING.


**CALL 400　　　CONTRACT ID 242352**

BRECKINRIDGE, GRAYSON COUNTIES
121GR24P060 - FD05
BRECKINRIDGE/GRAYSON COUNTIES (KY 259, KY 401, & KY 84)

　BRECKINRIDGE COUNTY
　FD05 014 0084 000-004 : HARDIN SPRINGS ROAD (KY 84) (MP 0.000) BEGIN AT KY 401 EXTENDING EAST TO THE BRECKINRIDGE/HARDIN COUNTY LINE (MP 3.318), A DISTANCE OF 3.31 MILES. ASPHALT RESURFACING.

　BRECKINRIDGE COUNTY
　FD05 014 0259 000-002 : EVELEIGH TO MADRID ROAD (KY 259) (MP 0.000) BEGIN AT THE GRAYSON/ BRECKINRIDGE COUNTY LINE EXTENDING NORTH TO KY 401 (MP 1.489), A DISTANCE OF 1.48 MILES. ASPHALT RESURFACING.

　BRECKINRIDGE COUNTY
　FD05 014 0401 000-006 : MADRID TO HUDSON ROAD (KY 401) (MP 0.000) BEGIN AT KY 259 EXTENDING EAST TO 0.182 MILES EAST OF FAIRFIELD HUDSON ROAD (MP 5.204), A DISTANCE OF 5.20 MILES. ASPHALT RESURFACING.

　GRAYSON COUNTY
　FD05 043 0259 017-022 : BRANDENBURG ROAD (KY 259) (MP 17.632) BEGIN AT HILTON MILL RD/HOLLY LYNN LN EXTENDING NORTH TO THE GRAYSON/BRECKINRIDGE COUNTY LINE (MP 21.415), A DISTANCE OF 3.78 MILES. ASPHALT RESURFACING.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

10/13

POSTED: 10/3/24
NOTICE TO CONTRACTORS

Letting Date
THURSDAY, OCTOBER 24, 2024

**CALL 401**     **CONTRACT ID 242319**

CALDWELL COUNTY
017GR24P058 - FD05 & FE01
CADIZ ROAD (KY 139 FD05 & FE01)

    CALDWELL COUNTY
    FD05 017 0139 000-001 : CADIZ ROAD (KY 139) (MP 0.000) BEGIN AT THE TRIGG/CALDWELL COUNTY LINE EXTENDING NORTH TO 0.187 MILES OF 1-24 OVERPASS (MP 0.645), A DISTANCE OF 0.64 MILES. ASPHALT RESURFACING.

    CALDWELL COUNTY
    FE01 017 0139 000-001 : CADIZ ROAD (KY 139) (MP 0.000) BEGIN AT THE TRIGG/CALDWELL COUNTY LINE EXTENDING NORTH TO 0.187 MILES OF 1-24 OVERPASS (MP 0.645), A DISTANCE OF 0.64 MILES. ASPHALT RESURFACING.

**CALL 402**     **CONTRACT ID 242323**

MAGOFFIN, MORGAN COUNTIES
121GR24P057-FD04
MAGOFFIN COUNTY KY 1081 & MORGAN COUNTY KY 191

    MAGOFFIN COUNTY
    FD04 077 1081 008-009 : COON CREEK ROAD (KY 1081) (MP 8.552) FROM 2,582 FEET EAST OF ED HENSLEY ROAD EXTENDING NORTH TO 3,342 EAST OF ED HENSLEY ROAD. (MP 8.696), A DISTANCE OF 0.14 MILES. GUARDRAIL.
    SYP NO. 10-4316.00.

    MORGAN COUNTY
    FD04 088 0191 010-012 : CANNEL CITY - WEST LIBERTY ROAD (KY 191) (MP 10.911) FROM WELLS STATION BRANCH ROAD EXTENDING NORTH TO 2,200 FRRT NORTH OF WELLS STATION BRANCH ROAD (MP 11.327), A DISTANCE OF 0.42 MILES. GUARDRAIL.
    SYP NO. 10-4312.00.

**CALL 403**     **CONTRACT ID 243113**

BOONE COUNTY
008GR23R052-CB06
VARIOUS ROUTES IN BOONE CO

    BOONE COUNTY
    CB06 008 0020 006-009 : PETERSBURG RD (KY 20) (MP 6.606) FROM MARKET ST (CR 1325 E), EXTENDING EASTERLY TO WOOLPER RD (CR 1328) (MP 8.151), A DISTANCE OF 1.55 MILES. ASPHALT RESURFACING.

    BOONE COUNTY
    CB06 008 0338 016-018 : EAST BEND RD (KY 338) (MP 16.493) FROM KY 536, EXTENDING NORTHERLY TOWARDS KY 18. (MP 17.138), A DISTANCE OF 0.65 MILES. ASPHALT RESURFACING.

    BOONE COUNTY
    CB06 008 1925 000-006 : BIG BONE RD (KY 1925) (MP 0.000) FROM KY 338, EXTENDING NORTHERLY TO RICE PIKE (CR 1153). (MP 3.181), A DISTANCE OF 3.18 MILES. ASPHALT RESURFACING.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

11/13

POSTED: 10/3/24
NOTICE TO CONTRACTORS

Letting Date
THURSDAY, OCTOBER 24, 2024

**CALL 404**     **CONTRACT ID 243107**

BULLITT COUNTY
015GR23R050-CB06
VARIOUS ROADS IN BULLITT CO

  BULLITT COUNTY
  CB06 015 1531 000-001 : DAWSON HILL RD (KY 1531) (MP 0.000) FROM KY 1319, EXTENDING NORTHERLY TO BULLITT / JEFFERSON CO LINE. (MP 0.670), A DISTANCE OF 0.67 MILES. ASPHALT RESURFACING.

  BULLITT COUNTY
  CB06 015 2672 000-001 : KNOB CREEK RD (KY 2672) (MP 0.000) FROM KY 1526, EXTENDING NORTHERLY TOWARDS LAKE ELMO RD (CR 1321). (MP 0.918), A DISTANCE OF 0.92 MILES. ASPHALT RESURFACING.

  BULLITT COUNTY
  CB06 015 2674 000-004 : STRINGER LN (KY 2674) (MP 0.000) FROM US 31E, EXTENDING NORTH TO KY 44. (MP 3.287), A DISTANCE OF 3.29 MILES. ASPHALT RESURFACING.


**CALL 405**     **CONTRACT ID 243108**

ESTILL COUNTY
033GR23R008-CB06
VARIOUS ROADS IN ESTILL CO

  ESTILL COUNTY
  CB06 033 0594 006-008 : RED LICK ROAD (KY 594) (MP 6.553) FROM SAWMILL RD (CR 1260) EAST 0.27 MILES, EXTENDING NORTHWARDLY TOWARDS MURPHYS FLAT RD (CR 1209). (MP 8.000), A DISTANCE OF 1.45 MILES. ASPHALT RESURFACING.

  ESTILL COUNTY
  CB06 033 3325 002-004 : POSSUM RUN ROAD (KY 3325) (MP 2.385) FROM BLUE RUN ROAD, EXTENDING EAST TOWARDS KY 1457. (MP 3.860), A DISTANCE OF 1.48 MILES. ASPHALT RESURFACING.


**CALL 406**     **CONTRACT ID 243112**

NELSON COUNTY
090GR23R051-CB06
VARIOUS ROADS IN NELSON CO

  NELSON COUNTY
  CB06 090 0457 000-006 : GAP KNOB RD (KY 457) (MP 0.000) FROM KY 84, EXTENDING NORTHERLY TO KY 52. (MP 5.208), A DISTANCE OF 5.21 MILES. ASPHALT RESURFACING.

  NELSON COUNTY
  CB06 090 2739 002-006 : LENORE RD (KY 2739) (MP 2.028) FROM COX CREEK BRIDGE ID: 090B0010N, EXTENDING NORTHERLY TO KY 523. (MP 5.376), A DISTANCE OF 3.35 MILES. ASPHALT RESURFACING.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

12/13

POSTED: 10/3/24
NOTICE TO CONTRACTORS

Letting Date
THURSDAY, OCTOBER 24, 2024

CALL 407        CONTRACT ID 243109

OWSLEY COUNTY
095GR23R009-CB06
VARIOUS ROADS IN OWSLEY CO

OWSLEY COUNTY
CB06 095 2025 003-006 : KY 2025 (KY 2025) (MP 2.950) FROM GUM CRK RD (CR 1202), 0.24 MILES WEST, EXTENDING EAST TOWARDS KY 11. (MP 5.660), A DISTANCE OF 2.71 MILES. ASPHALT RESURFACING.

OWSLEY COUNTY
CB06 097 0577 001-004 : SEXTON CREEK (KY 577) (MP 1.900) FROM ANGLIN BR RD (CR 1212) NORTH 0.608 MILES, EXTENDING NORTHWARDLY TO KY 11. (MP 3.459), A DISTANCE OF 1.56 MILES. ASPHALT RESURFACING.

CALL 408        CONTRACT ID 243110

MCCREARY COUNTY
116GR23R022-CB06
VARIOUS ROADS IN MCCREARY CO

MCCREARY COUNTY
CB06 074 1651 000-004 : KY 1651 (KY 1651) (MP 0.000) FROM US 27, EXTENDING NORTH TOWARDS KY 92. (MP 3.857), A DISTANCE OF 3.86 MILES. ASPHALT RESURFACING.

MCCREARY COUNTY
CB06 074 2278 000-001 : BALL CEMETERY RD (KY 2278) (MP 0.000) FROM STATE MAINTENANCE, EXTENDING NORTH TO KY 1651. (MP 0.420), A DISTANCE OF 0.42 MILES. ASPHALT RESURFACING.

CALL 409        CONTRACT ID 242997

BRACKEN COUNTY
012GR24M048
MARY INGLES HIGHWAY (KY 8) AND SANTA FE ROAD (KY 539)

BRACKEN COUNTY
FE02 012 0008 B00006N : MARY INGLES HIGHWAY (KY 8) BRIDGE 012B00006N OVER LOCUST CREEK AT MP 07.07 BRIDGE DECK RESTORATION & WATERPROOFING.

BRACKEN COUNTY
FE02 012 0539 B00011N : SANTA FE ROAD (KY 359) BRIDGE 012B00011N OVER LICKING RIVER AT MP 00.01 BRIDGE DECK RESTORATION & WATERPROOFING.

**KENTUCKY TRANSPORTATION CABINET**
**DEPARTMENT OF HIGHWAYS**
**DIVISION OF CONSTRUCTION PROCUREMENT**

13/13

POSTED: 10/3/24
NOTICE TO CONTRACTORS

Letting Date
THURSDAY, OCTOBER 24, 2024

ANY PROSPECTIVE BIDDERS INTERESTED IN REVIEWING THESE PROJECTS AT THE SITE AND DISCUSSING THE PARTICULARS OF THESE PROJECTS SHALL CONTACT THE DISTRICT OFFICE PRIOR TO _____, PREVAILING TIME, SUNDAY, OCTOBER , 13, 2024.  UPON REQUEST, THE DISTRICT OFFICE SHALL PROVIDE PERSONNEL ON MONDAY, OCTOBER , 14, 2024, TO GO OVER THE PROJECT WITH ANY PROSPECTIVE BIDDERS.

PROPOSALS FOR THESE PROJECTS WILL BE AVAILABLE AT THE DIVISION OF CONSTRUCTION PROCUREMENT WEBSITE.   CONTRACTORS MUST REGISTER FOR EACH PROJECT THEY INTEND TO BID.  THE BIDDER REGISTRATION FORM IS AVAILABLE ON THE WEBSITE.  THE DEPARTMENT WILL ONLY ACCEPT BID REGISTRATION FORMS FROM CONTRACTORS WHO ARE PREQUALIFIED IN THE WORK CATEGORIES OF THE PARTICULAR PROJECT.  REGISTRATION WILL BE CLOSED AT 3:00 PM ON THE DAY PRECEDING THE LETTING.

INTERNET:

THE DIVISION OF CONSTRUCTION PROCUREMENT HAS ESTABLISHED A WEB PAGE ON THE INTERNET.  BY USING THE FOLLOWING ADDRESS:  http://transportation.ky.gov/Construction-Procurement/Pages/default.aspx.  YOU MAY THEN VIEW AND/OR DOWNLOAD THE FOLLOWING FILES:

(1) BULLETINS.  (2)BID ITEM QUANTITY INDEX.  (3) ELIGIBLE BIDDERS LIST.  (4) NOTICE TO CONTRACTORS.  (5) BIDDER REGISTRATION FORM.  (6) UNIT BID TABULATIONS.  (7) PROPOSALS.  (8) QUESTIONS AND ANSWERS.  (9) LETTING RESULTS.  (10) DESIGN BUILD PROJECTS.  (11) ELECTRONIC PLANROOM.  (12) WORK ITEMS LISTING.  (13) PREQUALIFIED CONTRACTORS LIST.    (14) E-FORMS LIBRARY.  (15) AVERAGE UNIT BID PRICES.  (16) ASPHALT PRICE INDEX.  (17) DBE PARTICIPATION PLAN.  (18) DBE DIRECTORIES.  (19) ADDENDUM HISTORY.  (20) QUALIFICATIONS FOR BIDDERS.  (21) LETTING SPECIFIC BULLETINS.

REQUEST FOR PLANS (NON REFUNDABLE) SHOULD BE MADE  TO:
HTTPS://WWW.KYTCPLANROOM.COM/