IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

MID-AMERICA MILLING COMPANY,
LLC, *et al.*,

      Plaintiffs,

v.   Case No. 3:23-cv-00072-GFVT

UNITED STATES DEPARTMENT
OF TRANSPORTATION, *et al.*,

      Defendants.

### SECOND DECLARATION OF KRAMER KOETTER

Pursuant to 28 U.S.C. § 1746, I, Kramer Koetter, declare as follows:

1. I am the President for Mid-America Milling Company, LLC ("MAMCO"), one of the Plaintiffs in the above lawsuit. I make this declaration based upon my personal knowledge.

2. As my first declaration details, MAMCO regularly bids on roadbuilding contracts across the country. Many of these projects are funded by the United States Department of Transportation and impacted by the DBE Program.

3. To date, in implementing the Court's preliminary injunction order, MAMCO has specifically identified for submission to Defendants, various federal DBE contracts that MAMCO has bid, or plans to bid, through local transportation agencies in Indiana, Kentucky, West Virginia, Pennsylvania, and Illinois.

4. MAMCO expects to continue identifying specific federal contracting opportunities impacted by the DBE Program that it plans to bid in the various states in which MAMCO operates.

5. MAMCO actively monitors, on a daily and weekly basis, for federal contracting opportunities it plans to bid. From now, throughout the next couple of months, MAMCO will likely bid, or seek to bid, federal DBE contracts from state or local transportation departments in the states listed below. The estimated contract letting dates are indicated for each.

- **Missouri – October 18**
- **Mississippi – Oct. 22**
- **Iowa – Oct. 22**
- **Virginia – Oct. 23 & Nov. 20**
- **Ohio – Oct. 31, Nov. 14, Dec. 5, Dec 12, Dec 19**
- **New Jersey – Oct. 31, Nov. 7, Nov 14**
- **Tennessee – Nov. 1**
- **Arkansas – Nov. 6**
- **North Carolina – Nov. 6**
- **Illinois – Nov. 8**
- **West Virginia – Nov. 18 & Dec. 9**

6. Defendants' refusal to apply the preliminary injunction to federal DBE contracts MAMCO plans to bid outside of Kentucky and Indiana has already caused MAMCO to miss potential opportunities and the equal consideration MAMCO should have been afforded with respect to federal DBE contracts. Worse yet, MAMCO will continue to be disadvantaged as to those federal DBE contracts it would like to bid through other states, unless the Court again acts to protect MAMCO and Plaintiffs from the federal government's unconstitutional race and gender discrimination.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2024.

                                        Kramer Koetter