UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

---

MID-AMERICA MILLING COMPANY,
LLC, *et al.*,

      Plaintiffs,

      v.                                  Case No. 3:23-cv-00072-GFVT

UNITED STATES DEPARTMENT
OF TRANSPORTATION, *et al.*,

      Defendants.

---

### ORDER ON PLAINTIFFS' MOTION TO EXPEDITE CLARIFICATION ON SCOPE OF THE PRELIMINARY INJUNCTION

---

Plaintiffs' Motion to Clarify the Scope of the Preliminary Injunction for which they have requested expedited consideration, ECF __, is **GRANTED**.

The Court hereby restates, reaffirms, and clarifies that the scope of the preliminary injunction previously granted in favor of Plaintiffs, ECF 44, is to apply to the parties before the Court—the federal Defendants and the Plaintiffs. Preliminary relief is to extend to the Plaintiffs for those United States Department of Transportation contracts impacted by DBE goals upon which the Plaintiffs bid, regardless of where those federal contracts are offered. Defendants are **ENJOINED** from mandating the use of race- and gender-based rebuttable presumptions for United States Department of Transportation contracts impacted by DBE goals upon which the Plaintiffs bid, wherever Plaintiffs and Defendants are engaged in federal contracting subject to the federal DBE Program.