UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiff, | ) ) Civil No. 3:23-cv-00072-GFVT ) |
| v. | ) ) **ORDER** |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) |
| Defendants. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on its own Motion. Plaintiffs have now made a Motion to Clarify the Scope of the Preliminary Injunction previously issued in this case. [R. 46.] In order to ensure the matter has been adequately briefed and Plaintiffs' time-sensitive interests are protected, the Court will order expedited briefing on this issue. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Within **five (5) days** of the entry of this Order, the Defendants **SHALL** submit a filing responding to Plaintiffs' Motion to Clarify [R. 46] and explaining their position on the scope of the Court's Preliminary Injunction [R. 44]; and

2. The Plaintiff may reply within **three (3) days** of the filing of Defendant's briefing.

This the 11th day of October, 2024.

Gregory F. Van Tatenhove
United States District Judge