Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

MID-AMERICA MILLING COMPANY,
LLC, *et al.*,

   **Plaintiffs,**

  **v.**

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

   **Defendants.**

**Case No. 3:23-cv-00072-GFVT**

**DECLARATION OF MICHAEL HARKINS**

I, MICHAEL HARKINS, hereby state and declare, pursuant to 28 U.S.C. § 1746:

1. I am the Assistant Chief Counsel for Program Legal Services at the Federal Highway Administration ("FHWA"), an operating administration of the United States Department of Transportation ("DOT"). I submit this declaration based upon my personal knowledge and information available to me in my official capacity.

2. I have reviewed the Order, entered in this matter on September 23, 2024, regarding a preliminary injunction relating to the Disadvantaged Business Enterprises ("DBE") program (ECF No. 44), which states that "the scope of the preliminary injunction shall apply to the Plaintiffs in the states within which they operate, Kentucky and Indiana" and that DOT is "ENJOINED from mandating the use of race- and gender-based rebuttable presumptions for United States Department of Transportation contracts impacted by DBE goals upon which Plaintiffs bid." ECF No. 44 at 27. Thus, DOT understands the scope of the Order to apply to contracts on which Plaintiff Mid-America Milling Company

1

("MAMCO") or Plaintiff Bagshaw Trucking bid in Indiana and Kentucky.

3. DOT has fully complied with the Order by ensuring that the relevant agencies in Kentucky and Indiana remove DBE goals from any contract in which Plaintiffs claim an interest in bidding.

4. On Friday, September 25, 2024, MAMCO claimed an interest in bidding on certain contracts that were scheduled to be let by the Indiana Department of Transportation ("INDOT") on October 9, 2024, including 29 federally funded contracts with non-zero DBE goals. On Wednesday, October 2, 2024, DOT issued guidance providing that INDOT would remove DBE goals from those 29 contracts. A copy of that guidance is annexed hereto as Attachment A. On Thursday, October 3, 2024, INDOT issued revisions removing the DBE goals from the 29 contracts identified in DOT's guidance. INDOT posted the revisions on its website and notified prime contractors via an email listserv.

5. On Friday, October 4, 2024, Plaintiffs claimed an interest in bidding on certain contracts that were scheduled to be let by the Kentucky Transportation Cabinet ("KYTC") on October 24, 2024, including 5 federally funded contracts with non-zero DBE goals. On Tuesday, October 8, 2024, DOT issued guidance providing that KYTC would remove DBE goals from those 5 contracts. A copy of that guidance is annexed hereto as Attachment B. On Wednesday, October 9, 2024, KYTC removed the DBE goals from the 5 contracts identified in DOT's guidance. KYTC posted DOT's guidance on its website, along with a revised notice showing the removal of the DBE goals from the 5 contracts.

6. If Plaintiffs claim an interest in bidding on additional contracts in Kentucky and Indiana,

DOT will take similar steps. I understand that DOT's attorneys and Plaintiffs' attorneys are discussing the details of the process moving forward.

7.  While implementing the injunction in Kentucky and Indiana has been burdensome for DOT, KYTC, and INDOT, it has been manageable. If, however, the injunction were expanded to apply to any contract on which Plaintiffs bid in any state—not just Kentucky and Indiana—that would impose greater burdens. DOT would be required to issue guidance to potentially dozens of different state agencies, all of whom have different processes and timetables for advertising, revising, and letting contracts. This process would continually need to occur on an expedited basis, since lettings are posted on a fixed timeline that provides little time for state agencies and DOT to coordinate to remove DBE goals. None of the state agencies are parties to this lawsuit, moreover, and some of them may raise questions about whether the preliminary injunction is binding on them. The process would also affect all other bidders on those projects, who would be required to adjust their bids after receiving revised notices of letting, again on short timeframes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2024
Washington, District of Columbia

MICHAEL WILBURN HARKINS

Digitally signed by MICHAEL WILBURN HARKINS
Date: 2024.10.16 15:54:07 -04'00'

_____
Michael Harkins
Assistant Chief Counsel for Program Legal Services
Federal Highway Administration
United States Department of Transportation

Attachment A



U.S. Department
of Transportation
**Federal Highway
Administration**

# Memorandum

---

Subject: __ACTION:__ Preliminary Injunction
Affecting Disadvantaged Business
Program

Date: October 2, 2024

From: Irene Rico
Associate Administrator
Office of Civil Rights

Irene Rico
Digitally signed by Irene Rico
Date: 2024.10.02 12:48:24
-04'00'

In Reply Refer To:
HCR - 1

To: Jermaine Hannon
Division Administrator
Michelle Herrell
Deputy Division Administrators

On September 23, 2024, the U.S. District Court for the Eastern District of Kentucky
issued a preliminary injunction against the U.S. Department of Transportation
("USDOT") in Indiana and Kentucky with regard to the Disadvantaged Business
Enterprise ("DBE") program. The decision was issued in a lawsuit brought by two non-
DBE firms: Mid-America Milling Company ("MAMCO") and Bagshaw Trucking
("Bagshaw") (collectively, the "Plaintiffs").

The Court enjoined USDOT from "mandating the use of race- and gender-based
presumptions for United States Department of Transportation contracts impacted by
DBE goals upon which the Plaintiffs bid." The court's decision also states that "the
scope of the preliminary injunction shall apply to the Plaintiffs in the states within
which they operate, Kentucky and Indiana."

1. USDOT is analyzing the preliminary injunction in consultation with the U.S.
Department of Justice ("DOJ"). I am writing to provide immediate, interim guidance for
Federal-aid projects that are obligated by the Indiana Department of Transportation
("INDOT"). FHWA, after consultation with the USDOT Acting General Counsel and
DOJ, is issuing this guidance to comply with the court's preliminary injunction.
Plaintiff MAMCO has provided a written list that highlights INDOT contracts on which it
plans to bid that are scheduled for letting on October 9, 2024. These contracts are listed in
Appendix A.

2. Notwithstanding 49 CFR Part 26, USDOT will not mandate that INDOT include DBE
contract goals on any of the contracts identified in Appendix A that are federally funded.
In addition, FHWA will not concur in the award of a contract listed in Appendix A that
has a DBE goal

(including contracts for which the FHWA's concurrence responsibility has been assumed by INDOT under the FHWA/State Stewardship and Oversight Agreement).

3.  INDOT, in turn, will issue a revision eliminating DBE contract goals for the contracts identified in Appendix A prior to the letting.

4.  Plaintiffs MAMCO and Bagshaw have indicated that they may identify additional USDOT-funded INDOT contracts, scheduled for letting after October 9, 2024, on which they intend to bid. USDOT will consult with INDOT about any actions that are necessary to ensure compliance with the preliminary injunction with respect to such contracts.

5.  Other than the limitations set forth in this guidance, INDOT may continue to fully implement the DOT DBE program, including setting DBE contract goals on contracts that are not identified in Appendix A.

USDOT will provide additional written guidance in the near future. Please share this guidance with your State department of transportation.

This memo updates and replaces the October 1, 2024, memo. Please share this guidance with your State department of transportation.

cc:     Ayanna Butler, Chief Counsel
        Mayela Sosa, DFS Mid-America

**Appendix A**



**Call 150**
Fort Wayne District

**Contract** R -42384-A    ASPHALT RESURFACE AND SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1800161 | 1800161 | ASPHALT RESURFACE |
| | | WELLS COUNTY - ON SR 124 FROM SR 3 TO SR 116N (RP 037+0018 TO 047+0030) |
| 1900085 | 1900085 | SMALL STRUCTURE REPLACEMENT CV 124-090-45.68 CULVERT |
| | | WELLS COUNTY - ON SR 124 OVER UNT TO HALLS CREEK, 8.39 MILES EAST OF SR 3 (RP 045+0058 TO 045+0078) |
| 2002241 | 2002241 | SMALL STRUCTURE PIPE LINING CV 124-090-44.09 CULVERT |
| | | WELLS COUNTY - ON SR 124 OVER HALLS CREEK, 6.90 MILES EAST OF SR 3 (RP 044+0009) |

Completion Date   October 04, 2025    DBE Goal: 11.00

Qualifications:   B(A)    C(B)

---

**Call 160**
Fort Wayne District

Contract    R -42585-A    PAVEMENT REPLACEMENT AND ADA SIDEWALK RAMP CONSTRUCTION

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902645 | 1902645 | PAVEMENT REPLACEMENT |
| | | ELKHART COUNTY - ON SR 120 FROM 0.86 MILE W OF SR 15 TO 0.41 MILE E OF SR 15 (RP 008+0000 TO 091+0000) |
| 1902646 | 1902646 | PAVEMENT REPLACEMENT |
| | | ELKHART COUNTY - ON SR 15 FROM 0.28 MILE SOUTH OF SR 120 TO SR 120 (RP 008+0000 TO 091+0000) |
| 2400102 | 2400102 | ADA SIDEWALK RAMP CONSTRUCTION |
| | | ELKHART COUNTY - ALONG SR 120 AND SR 15 (RP 006+0097 TO 008+0040) |

Completion Date   November 12, 2027    DBE Goal: 12.00

Qualifications:   B(A)    C(B)

---

**Call 180**
Greenfield District

Contract    R -43095-A    ASPHALT RESURFACE

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2000602 | 2000602 | ASPHALT RESURFACE |
| | | HAMILTON COUNTY - ON SR 32 FROM 1.83 MILES WEST OF US 31 TO US 31 (RP 076+0065 TO 078+0045) |

Completion Date   June   30, 2025    DBE Goal: 12.00

Qualifications:   B(A)

Call 190

Fort Wayne District

Contract  R -43274-A   SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002240 | 2002240 | SMALL STRUCTURE REPLACEMENT CV 013-027-50.46 CULVERT GRANT COUNTY - ON SR 13 OVER UNT TO TENMILE CREEK, 4.00 MILES N OF SR 18 (RP 050+0045) |
| 2002242 | 2002242 | SMALL STRUCTURE REPLACEMENT CV 218-035-47.19 CULVERT HUNTINGTON COUNTY - ON SR 218 OVER UNT TO RICHLAND CREEK, 0.27 MILE E OF SR 105 (RP 047+0019) |
| 2002256 | 2002256 | SMALL STRUCTURE REPLACEMENT CV 218-085-42.99 CULVERT WABASH COUNTY - ON SR 218 OVER UNT TO BADGER CREEK, 1.37 MILES E OF SR 15 (RP 047+0019) |
| 2002259 | 2002259 | SMALL STRUCTURE REPLACEMENT CV 218-085-44.89 CULVERT WABASH COUNTY - ON SR 218 OVER UNT TO METOCINAH CREEK, 3.26 MILES E OF SR 15 (RP 044+0089) |
| 2002354 | 2002354 | SMALL STRUCTURE REPLACEMENT CV 218-035-49.17 CULVERT HUNTINGTON COUNTY - ON SR 218 OVER UNT TO RICHLAND CREEK, 1.90 MILES E OF SR 9 (RP 049+0017) |

Completion Date   October  11, 2025          DBE Goal: 10.00

Qualifications:   C(B)    E(E)


Call 200

Fort Wayne District

Contract  R -43289-A   SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002252 | 2002252 | SMALL STRUCTURE REPLACEMENT CV 006-017-136.42 CULVERT DEKALB COUNTY - ON US 6 OVER UNT TO CEDAR CREEK, 0.13 MILE EAST OF I-69 (RP 136+0042) |
| 2002255 | 2002255 | SMALL STRUCTURE, PIPE LINER CV 006-017-133.53 CULVERT DEKALB COUNTY - ON US 6 OVER UNT TO CEDAR CREEK, 2.12 MILES EAST OF SR 327 (RP 133+0053) |
| 2002258 | 2002258 | SMALL STRUCTURE REPLACEMENT CV 006-0170137.02 CULVERT DEKALB COUNTY - ON US 6 OVER UNT TO CEDAR CREEK, 0.75 MILE EAST OF I-69 (RP 136+0001) |
| 2002268 | 2002268 | SMALL STRUCTURE REPLACEMENT CV 006-017-148.93 REINFORCED CONCRETE BOX DEKALB COUNTY - ON US 6 OVER AYFORD DITCH, 3.10 MILES EAST OF SR 1 (RP 148+0086) |

Completion Date   August  01, 2025          DBE Goal: 8.00

Qualifications:   C(B)    E(E)    0290

Call 210                                                                  Fort Wayne District
Contract  R -43324-A   SMALL STRUCTURE REPLACEMENT AND PIPE LINING

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002211 | 2002211 | SMALL STRUCTURE REPLACEMENT CV 001-090-122.38 REINFORCED CONCRETE BOX |
| | | WELLS COUNTY - ON SR 1 OVER CRAVEN DITCH, 3.5 MILES NORTH OF SR 218 (RP 122+0038) |
| 2002213 | 2002213 | SMALL STRUCTURE PIPE LINING CV 001-090-121.05 CULVERT |
| | | WELLS COUNTY - ON SR 1 OVER POPE JOY DITCH, 2.18 MILES NORTH OF SR 218 (RP 121+0005) |
| 2002219 | 2002219 | SMALL STRUCTURE REPLACEMENT CV 003-005-155.10 REINFORCED CONCRETE BOX |
| | | BLACKFORD COUNTY - ON SR 3 OVER HAAG DITCH, 2.86 MILES NORTH OF SR 26 (RP 155+0010) |

Completion Date   September 13, 2025          DBE Goal: 7.00

Qualifications:   C(B)      E(E)      0290

---

Call 320                                                                  LaPorte District
Contract  R -45022-A   ASPHALT RESURFACE

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1173430 | 1173430 | ASPHALT RESURFACE |
| | | PORTER COUNTY - ON CENTRAL AVE FROM BRANDT ST TO PEACH ST (RP 245+0066 TO 273+0029) |

Completion Date   June   05, 2026          DBE Goal: 12.00

Qualifications:   B(A)      E(E)

---

Call 330                                                                  LaPorte District
Contract  R -45225-A   SURFACE TREATMENT, ULTRATHIN BONDED WEARING COURSE

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1800061 | 1800061 | SURFACE TREATMENT, ULTRATHIN BONDED WEARING COURSE |
| | | JASPER COUNTY - ON I-65 FROM 2.44 MILES N OF SR 114 TO 2.91 MILES N OF SR 14 (RP 217+0008 TO 223+0030) |

Completion Date   October  15, 2025          DBE Goal: 10.00

Qualifications:   0194

Call 360                                                                    Fort Wayne District
Contract   B -41953-A   BRIDGE REPLACEMENT

    Project Control No.    Federal/State No.    Location
    1900465    1900465    BRIDGE REPLACEMENT 20-00312 PRESTRESSED CONCRETE BULB-T BEAM

ELKHART COUNTY - ON CR 142 OVER TURKEY CREEK, 0.10 MILE EAST OF CR 21

Completion Date   October  24, 2025    DBE Goal: 7.00

Qualifications:   D(A)

---

Call 370                                                                    Seymour District
Contract   B -42401-A   BRIDGE DECK REPLACEMENT

    Project Control No.    Federal/State No.    Location
    1383721    1383721    BRIDGE DECK REPLACEMENT 046-15-01987 STEEL THRU TRUSS

DEARBORN COUNTY - ON SR 46 OVER WHITEWATER RIVER, 0.44 MILE WEST OF US 52 (RP 153+0043)

    1900094    1900094    BRIDGE DECK REPLACEMENT 046-15-03054 CONTINUOUS STEEL BEAM

DEARBORN COUNTY - ON SR 46 OVER LOGAN CREEK, 0.95 MILE WEST OF US 52 (RP 152+0092)

Completion Date   July   09, 2027    DBE Goal: 12.00

Qualifications:   D(A)      E(M)

---

Call 410                                                                    Seymour District
Contract   B -42799-A   BRIDGE REPLACEMENT

    Project Control No.    Federal/State No.    Location
    1902773    1902773    BRIDGE REPLACEMENT 15-00033 CONTINUOUS PRESTRESSED CONCRETE I-BEAM

DEARBORN COUNTY - ON HOGAN RD OVR LITTLE HOGAN CRK, 0.1 MI W OF UNION RIDGE RD

Completion Date   September 13, 2025    DBE Goal: 8.00

Qualifications:   D(A)      0250

Call  430                                                                              LaPorte District

Contract    B -42828-A    BRIDGE REHABILITATION OR REPAIR

Project Control No.      Federal/State No.      Location

1902808                  1902808                BRIDGE REHABILITATION OR REPAIR 37-00148 REINFORCED
                                                CONCRETE SLAB

                                                JASPER COUNTY - ON KENTUCKY ST OVER CARPENTER CK, 0.03
                                                MI E OF HARRISON ST

Completion Date    October  01, 2025            DBE Goal: 8.00

                                                Qualifications:  D(A)      0260

Call  440                                                                              LaPorte District

Contract    B -42830-A    BRIDGE REPLACEMENT

Project Control No.      Federal/State No.      Location

1902813                  1902813                BRIDGE REPLACEMENT 64-00080 PRESTRESSED CONCRETE
                                                BULB-T BEAM

                                                PORTER COUNTY - ON CR 300W OVER CORNELL DITCH, 0.6 MILE
                                                NORTH OF CR 750S

Completion Date    August  29, 2025            DBE Goal: 6.00

                                                Qualifications:  D(A)      0250      0260

Call  450                                                                              LaPorte District

Contract    B -42833-A    BRIDGE REPLACEMENT

Project Control No.      Federal/State No.      Location

1902810                  1902810                BRIDGE REPLACEMENT 64-00110 CONTINUOUS REINFORCED
                                                CONCRETE SLAB

                                                PORTER COUNTY - ON CR 600E OVER CROOKED CREEK, 0.7 MILE
                                                NORTH OF CR 200N

Completion Date    August  29, 2025            DBE Goal: 8.00

                                                Qualifications:  D(A)      0250      0260

Call 470 — Fort Wayne District

Contract  B -42844-A    REPLACE SUPERSTRUCTURE

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902834 | 1902834 | REPLACE SUPERSTRUCTURE 02-00291 PRESTRESSED CONCRETE I-BEAM |
| | | ALLEN COUNTY - ON BLUFFTON ROAD OVER ST MARY'S RIVER |

Completion Date    June    19, 2026

DBE Goal: 9.00

Qualifications:   D(A)

---

Call 480 — Fort Wayne District

Contract  B -42845-A    BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1902837 | 1902837 | BRIDGE DECK OVERLAY 02-00046 CONTINUOUS REINFORCED CONCRETE SLAB |
| | | ALLEN COUNTY - ON KELL RD OVER WILLOW CRK, 0.40 MILE N OF CEDAR CANYONS RD |

Completion Date    August    01, 2025

DBE Goal: 8.00

Qualifications:   D(A)    E(C)

---

Call 490 — Seymour District

Contract  B -42903-A    BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2000362 | 2000362 | BRIDGE DECK OVERLAY 056-39-06769 CONTINUOUS PRESTRESSED CONCRETE I-BEAM |
| | | JEFFERSON COUNTY - ON SR 56 OVER BIG SPRING CREEK, 0.11 MILE EAST OF SR 62 (RP 132+0083) |

Completion Date    August    29, 2025

DBE Goal: 12.00

Qualifications:   D(A)    E(C)

---

Call 510 — LaPorte District

Contract  B -43349-A    BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002028 | 2002028 | BRIDGE DECK OVERLAY 041-56-07636 CONTINUOUS STEEL BEAM |
| | | NEWTON COUNTY - ON US 41N OVER KANKAKEE RIVER, 2.03 MILES NORTH OF SR 10 (RP 241+0015) |
| 2002029 | 2002029 | BRIDGE DECK OVERLAY 041-56-01489 CONTINUOUS STEEL BEAM |
| | | NEWTON COUNTY - ON US 41S OVER KANKAKEE RIVER, 2.03 MILES NORTH OF SR 10 (RP 241+0015) |

Completion Date    September 26, 2025

DBE Goal: 7.00

Qualifications:   E(C)

Call 520                                                                                    Seymour District

Contract    B-43362-A    BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002017 | 2002017 | BRIDGE DECK OVERLAY 031-41-07522 PRESTRESSED CONCRETE I-BEAM |
| | | JOHNSON COUNTY - ON US 31 OVER PLEASANT RUN CREEK, 6.56 MILES SOUTH OF I-465 (RP 100+0069) |
| 2002067 | 2002067 | BRIDGE DECK OVERLAY 135-41-07324 PRESTRESSED CONCRETE I-BEAM |
| | | JOHNSON COUNTY - ON SR 135 OVER PLEASANT RUN, 5.25 MILES SOUTH OF I-465 (RP 133+0046) |

Completion Date   November  14, 2025          DBE Goal: 12.00

                                              Qualifications:   D(A)      E(C)

Call 540                                                                                Crawfordsville District

Contract    B-43434-A    BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002032 | 2002032 | BRIDGE DECK OVERLAY 231-67-05057 COMPOSITE CONTINUOUS STEEL BEAM |
| | | PUTNAM COUNTY - ON US 231 OVER BIG RACCOON CREEK, 0.07 MILE NORTH OF SR 236 (RP 164+0869) |

Completion Date   October  03, 2025          DBE Goal: 7.00

                                             Qualifications:   E(C)

Call 550                                                                                Crawfordsville District

Contract    B-43436-A    REPLACE SUPERSTRUCTURE

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002082 | 2002082 | REPLACE SUPERSTRUCTURE 341-23-04026 REINFORCED CONCRETE SLAB |
| | | FOUNTAIN COUNTY - ON SR 341 OVER LITTLE SHAWNEE CREEK, 0.24 MILE N OF SR 55 (RP 017+0071) |

Completion Date   May    31, 2026          DBE Goal: 11.00

                                           Qualifications:   D(A)      0260

Call 560                                                                                           Greenfield District

Contract    B-43495-A    SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002278 | 2002278 | SMALL STRUCTURE REPLACEMENT CV 028-068-143.95 CULVERT RANDOLPH COUNTY - ON SR 28 OVER UNT TO MISSISSINEWA RIVER, 2.14 MI E OF US 27 (RP 143+0092) |
| 2002279 | 2002279 | SMALL STRUCTURE REPLACEMENT CV 028-068-144.67 CULVERT RANDOLPH COUNTY - ON SR 28 OVER UNT TO MISSISSINEWA RIVER, 2.88 MI E OF US 27 (RP 144+0058) |
| 2002280 | 2002280 | SMALL STRUCTURE REPLACEMENT CV 028-068-141.33 CULVERT RANDOLPH COUNTY - ON SR 28 OVER UNT TO MISSISSINEWA RIVER, 0.46 MI W OF US 27 (RP 141+0033) |
| 2002282 | 2002282 | SMALL STRUCTURE REPLACEMENT CV 028-068-140.69 CULVERT RANDOLPH COUNTY - ON SR 28 OVER UNT TO MISSISSINEWA RIVER, 1.09 MI W OF US 27 (RP 140+0069) |

Completion Date   October  10, 2025                DBE Goal: 12.00

Qualifications:   C(B)      E(E)

---

Call 580                                                                                           Greenfield District

Contract    B-43556-A    SMALL STRUCTURE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2002277 | 2002277 | SMALL STRUCTURE REPLACEMENT CV 038-033-084.29 CULVERT HENRY COUNTY - ON SR 38, 2.94 MILES EAST OF MADISON COUNTY LINE (RP 002+0094) |

Completion Date   August  29, 2025                DBE Goal: 10.00

Qualifications:   C(B)      E(E)

---

Call 590                                                                                           Seymour District

Contract    B-43667-A    BRIDGE REPLACEMENT

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 1600503 | 1600503 | BRIDGE REPLACEMENT 058-03-10186 CONTINUOUS PRESTRESSED CONCRETE BOX BEAMS BARTHOLOMEW COUNTY - ON SR 58 OVER E FORK TO WHITE CREEK, 3.35 MILES WEST OF I-65 (RP 118+0090) |

Completion Date   October  31, 2025                DBE Goal: 6.00

Qualifications:   D(A)

Call 620                                                                                    Vincennes District
Contract    B -44779-A    BRIDGE DECK OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2000691 | 2000961 | BRIDGE DECK OVERLAY 14-06716 REINFORCED CONCRETE SLAB DAVIESS COUNTY - ON OLD US 50 OVER COLBERT DITCH, 0.18 MILE WEST OF CR 200W (RP 018+0091) |

Completion Date    August    29, 2025                    DBE Goal: 12.00

Qualifications:    D(A)

---

Call 630                                                                                    Seymour District
Contract    B -44961-A    SUBSTRUCTURE REPAIR AND REHABILITATION

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2300238 | 2300238 | SUBSTRUCTURE REPAIR AND REHABILITATION 067-55-01562 STEEL BEAM |
| | | MORGAN COUNTY - ON SR 67 OVER BURKHART CREEK, 4.67 MILES SOUTH OF SR 39 (RP 077+0079) |
| 2300239 | 2300239 | REPAIR OR REPLACE JOINTS 067-55-01563 PRESTRESSED CONCRETE I-BEAM |
| | | MORGAN COUNTY - ON SR 67 OVER BRANCH BURKHART CREEK, 4.58 MILES S OF SR 39 (RP 077+0088) |

Completion Date    July    31, 2025                    DBE Goal: 12.00

Qualifications:    D(A)

---

Call 300                                                                                    Seymour District
Contract    R -44714-A    ADA SIDEWALK RAMP CONSTRUCTION

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2201203 | 2201203 | ADA SIDEWALK RAMP CONSTRUCTION |
| | | VARIOUS COUNTIES - ALONG SR 262 IN RISING SUN AND SR 46 IN BATESVILLE |

Completion Date    August    29, 2025                    DBE Goal: 14.00

Qualifications:    E(F)

Call  380

Contract  B -42727-A    BRIDGE THIN DECK OVERLAY

Vincennes District

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2000624 | 2000624 | BRIDGE THIN DECK OVERLAY I69-057-09500 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER UNT TO VEALE CREEK, 2.34 MILES S OF SR 257 (RP 057+0073) |
| 2000626 | 2000626 | BRIDGE THIN DECK OVERLAY I69-057-09503 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER UNT TO VEALE CREEK, 2.44 MILES S OF SR 257 (RP 057+0073) |
| 2000627 | 2000627 | BRIDGE THIN DECK OVERLAY I69-060-00511 PRESTRESSED CONCRETE I-BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER BRANCH HURRICANE CREEK, 0.14 MILE N OF SR 257 (RP 060+0028) |
| 2000629 | 2000629 | BRIDGE THIN DECK OVERLAY I69-060-00512 PRESTRESSED CONCRETE I-BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER BRANCH HURRICANE CREEK, 0.14 MILE N OF SR 257 (RP 060+0028) |
| 2000631 | 2000631 | BRIDGE THIN DECK OVERLAY I69-061-00525 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER US 50 UNT HURRICANE BR CK, 1.79 MI N OF SR 257 (RP 061+0092) |
| 2000632 | 2000632 | BRIDGE THIN DECK OVERLAY I69-061-00515 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER US 50 UNT HURRICANE BR CK, 1.79 MI N OF SR 257 (RP 061+0092) |
| 2000665 | 2000665 | BRIDGE THIN DECK OVERLAY I69-060-00509 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER SR 257, 1.79 MILES SOUTH OF US 50 (RP 060+0017) |
| 2000667 | 2000667 | BRIDGE THIN DECK OVERLAY I69-060-00510 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER SR 257, 1.79 MILES SOUTH OF US 50 (RP 060+0017) |
| 2000668 | 2000668 | BRIDGE THIN DECK OVERLAY I69-062-02795 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER CSX RR, 0.22 MILE NORTH OF US 50 (RP 062+0021) |
| 2000669 | 2000669 | BRIDGE THIN DECK OVERLAY I69-062-02796 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER CSX RR, 0.29 MILE NORTH OF US 50 (RP 062+0021) |
| 2000671 | 2000671 | BRIDGE THIN DECK OVERLAY I69-058-00571 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER UNT TO VEALE CREEK, 0.29 MILE SOUTH OF SR 257 (RP 058+0088) |
| 2000673 | 2000673 | BRIDGE THIN DECK OVERLAY I69-058-00572 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER UNT TO VEALE CREEK, 0.29 MILE SOUTH OF SR 257 (RP 058+0088) |
| 2000674 | 2000674 | BRIDGE THIN DECK OVERLAY I69-061-09527 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69 DRN OVER UNT TO HURRICANE BR CRK, 0.06 MI S OF US 50 (RP 023+0079) |
| 2000675 | 2000675 | BRIDGE THIN DECK OVERLAY I69-061-09528 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69 DRS OVER UNT TO HURRICANE BR CRK, 0.04 MI S OF US 50 (RP 023+0052) |
| 2000702 | 2000702 | BRIDGE THIN DECK OVERLAY I69-062-02793 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N ON RAMP OVER CSX RR, 0.22 MILE NORTH OF US 50 (RP 062+0022) |
| 2000704 | 2000704 | BRIDGE THIN DECK OVERLAY I69-062-02794 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OFF RAMP OVER CSX RR, 0.22 MILE NORTH OF US 50 (RP 062+0021) |
| 2002149 | 2002149 | BRIDGE THIN DECK OVERLAY I69-064-09401 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER UNT TO EAGAN DITCH, 2.47 MILES NORTH OF US 50 (RP 064+0048) |
| 2002150 | 2002150 | BRIDGE THIN DECK OVERLAY I69-064-00402 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER UNT TO EAGAN DITCH, 2.47 MILES NORTH OF US 50 (RP 064+0048) |
| 2002151 | 2002151 | BRIDGE THIN DECK OVERLAY I69-065-00405 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69N OVER EAGAN DITCH, 3.04 MILES NORTH OF US 50 (RP 065+0004) |
| 2002152 | 2002152 | BRIDGE THIN DECK OVERLAY I69-065-09406 PRESTRESSED CONCRETE BULB-T BEAM |
| | | DAVIESS COUNTY - ON I-69S OVER EAGAN DITCH, 3.04 MILES NORTH OF US 50 (RP 065+0003) |

Completion Date    October   24, 2025    DBE Goal: 12.00

Qualifications:   E(C)    0272

Call 610                                                                    LaPorte District

Contract    B -44730-A    BRIDGE DECK OVERLAY AND BRIDGE THIN DECK
                          OVERLAY

| Project Control No. | Federal/State No. | Location |
|---|---|---|
| 2200814 | 2200814 | BRIDGE DECK OVERLAY 055-45-06825 PRESTRESSED CONCRETE I-BEAM |
| | | LAKE COUNTY - ON SR 55 OVER TULLY DITCH, 6.01 MILES SOUTH OF SR 2 (RP 084+0076) |
| 2200987 | 2200987 | BRIDGE THIN DECK OVERLAY 055-45-09609 PRESTRESSED CONCRETE BULB-T BEAM |
| | | LAKE COUNTY - ON SR 55 OVER BROWN DITCH, 4.52 MILES SOUTH OF SR 2 (RP 086+0025) |

Completion Date    June    20, 2025                    DBE Goal: 7.00

                                        Qualifications:    E(C)        0272

Attachment B



U.S. Department
of Transportation

**Federal Highway
Administration**

# Memorandum

---

Subject: <u>**ACTION:**</u> Preliminary Injunction
Affecting Disadvantaged Business
Program

Date: October 8, 2024

From: Irene Rico
Associate Administrator
Office of Civil Rights

*Irene Rico* Digitally signed by Irene Rico
Date: 2024.10.08 19:28:55
-04'00'

In Reply Refer To:
HCR - 1

To: Shundreka Givan
Division Administrator
Boday Borres
Deputy Division Administrators

On September 23, 2024, the U.S. District Court for the Eastern District of Kentucky issued a preliminary injunction against the U.S. Department of Transportation ("USDOT") in Indiana and Kentucky with regard to the Disadvantaged Business Enterprise ("DBE") program. The decision was issued in a lawsuit brought by two non-DBE firms: Mid-America Milling Company ("MAMCO") and Bagshaw Trucking ("Bagshaw") (collectively, the "Plaintiffs").

The Court enjoined USDOT from "mandating the use of race- and gender-based presumptions for United States Department of Transportation contracts impacted by DBE goals upon which the Plaintiffs bid." The court's decision also states that "the scope of the preliminary injunction shall apply to the Plaintiffs in the states within which they operate, Kentucky and Indiana."

USDOT is continuing to analyze the preliminary injunction in consultation with the U.S. Department of Justice ("DOJ"). I am writing to provide immediate guidance for Federal-aid projects that are obligated by the Kentucky Transportation Cabinet ("KYTC"). FHWA, after consultation with the USDOT Acting General Counsel and DOJ, is issuing this guidance to comply with the court's preliminary injunction.

1. Plaintiffs have provided a written list that highlights KYTC contracts on which they wish to bid that are scheduled for letting on October 24, 2024. The federally funded contracts with DBE goals above 0% identified by Plaintiffs are listed in Appendix A.

2. Notwithstanding 49 CFR Part 26, USDOT will not mandate that KYTC include DBE contract goals on any of the contracts identified in Appendix A. Therefore, KYTC should set 0% DBE goals for the contracts identified in Appendix A. In addition, FHWA will not concur in the award of a contract listed in Appendix A that has a DBE goal higher than 0% (including contracts for which the FHWA's concurrence responsibility has been assumed by KYTC under the FHWA/State Stewardship and Oversight Agreement).

3. KYTC, in turn, will issue an addendum setting 0% DBE goals for the contracts identified in Appendix A prior to the letting.

4. Plaintiffs MAMCO and Bagshaw have indicated that they may identify additional USDOT-funded KYTC contracts, scheduled for letting after October 24, 2024, on which they intend to bid. USDOT will consult with INDOT about any actions that are necessary to ensure compliance with the preliminary injunction with respect to such contracts.

5. Other than the limitations set forth in this guidance, KYTC should continue to fully implement the DOT DBE program, including setting DBE contract goals on contracts that are not identified in Appendix A.

USDOT will provide updated written guidance as necessary. Please share this guidance with KYTC.

cc:    Ayanna Butler, Chief Counsel
       Karla Petty, Acting DFS South

**Appendix A**

**CALL 100**   **CONTRACT ID 245366**

HARLAN COUNTY
STP BRZ 9030 (484) : KY 72 (MP 13.313) ADDRESS DEFICIENCIES ON KY 72 OVER POOR FORK OF CUMBERLAND
RIVER (048B00138N) (MP 13.403), A DISTANCE OF 0.09 MILES. BRIDGE REPLACEMENT.
SYP NO. 11-10196.00. THE DBE PARTICIPATION GOAL IS 2.50%.

**CALL 101**   **CONTRACT ID 241318**

OHIO COUNTY
STP 5054 (006) : HARTFORD-SEBREE ROAD (KY 136) REPLACE BRIDGES OVER STILLHOUSE BRANCH (MP
0.0171), HANLEY CREEK (MP 1.07), BARNETT CREEK (MP 3.356), TOMS BRANCH (MP 5.425), LITTLE NO CREEK
(MP 5.668) AND NO CREEK (MP 5.998) GRADE, DRAIN & SURFACE WITH BRIDGE.
SYP NO. 02-08812.20. THE DBE PARTICIPATION GOAL IS 6.00%.

**CALL 111**   **CONTRACT ID 242957**

GRAYSON COUNTY
FPB 0403 (199) : BRANDENBURG ROAD (KY 259) BRIDGE 043B00001N OVER ROUGH CREEK BRIDGE REPAIRS.
SYP NO. 04-10047.00. THE DBE PARTICIPATION GOAL IS 8.50%.

**CALL 200**   **CONTRACT ID 241111**

HOPKINS COUNTY
054GR24D011
I-69
THE DBE PARTICIPATION GOAL IS 8.00%.

HOPKINS COUNTY
FE02 054 0069 B00066N : PENNYRILE PARKWAY (I-69) BRIDGE 054B00016N OVER I-69 AT MP 117.04 ASPHALT
PAVEMENT & ROADWAY REHAB.
HOPKINS COUNTY
NHPPIM 0691 (013) : I-69 PAVEMENT REHABILITATION, A DISTANCE OF 4.34 MILES. ASPHALT PAVEMENT &
ROADWAY REHAB.
SYP NO. 02-20029.00.

**CALL 201**   **CONTRACT ID 242353**

PERRY COUNTY
097GR24P049 - FD05, FD04, & HSIP
HYDEN - HAZARD - HINDMAN ROAD (KY 80)
THE DBE PARTICIPATION GOAL IS 6.00%.

PERRY COUNTY
FD04 097 0080 012-013 : HAZARD TO TALCUM ROAD (KY 80) (MP 12.700) FROM 930 FEET EAST OF KY 3351
EXTENDING EAST TO 500 FEET WEST OF ELK RUN/TAMETHA LEE DRIVE (MP 12.900), A DISTANCE OF 0.17
MILES. ASPHALT RESURFACING.
SYP NO. 10-04700.00.
PERRY COUNTY
FD05 097 0080 008-016 : HYDEN - HAZARD - HINDMAN ROAD (KY 80), (OMIT MP 14.513-15.053) (MP 8.330)
FROM 940 FEET WEST OF JUSTICE DRIVE, EXTENDING EAST TO KNOTT COUNTY LINE (MP 15.824), A
DISTANCE OF 7.49 MILES. ASPHALT RESURFACING.
PERRY COUNTY
HSIP 9010(544) : KY HIGHWAY 80 (KY 80) (MP 15.60) 0.192 MILES WEST OF PHOENIX PLACE BOULEVARD TO
THE PERRY/KNOTT COUNTY LINE (MP 15.824), A DISTANCE OF 0.22 MILES. ASPHALT RESURFACING.
SYP NO. 10-00942.00.