# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> Plaintiffs, <br><br><br> CENTRAL SEAL COMPANY and CHARBON CONTRACTING, LLC <br><br> Intervenor Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, PETER P. BUTTIGIEG, SHAILEN BHATT, & TODD JETER, <br><br> Defendants. | Case No. 3:23-cv-00072-GFVT |

## PROPOSED ORDER

This matter having come before the Court upon Proposed Intervenor Plaintiffs Central Seal Company and Charbon Contracting, LLC's motion to intervene and modify the Court's October 31, 2024 injunctive order (DN 50), and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Intervenor Plaintiffs' Motion is **GRANTED**;

2. The Clerk of Court shall file Intervenor Plaintiffs' tendered Complaint in the record of this matter.

3. **IT IS FURTHER ORDERED** that the Court's preliminary injunction entered in this case shall be modified to include the following: The United States Department of Transportation, Peter Buttigieg, Shailen Bhatt, Todd Jeter, and any successors in office, are **ENJOINED** from mandating the use of race- and gender-based rebuttable presumptions for the United States Department of Transportation contracts impacted by DBE goals upon which Plaintiffs or Intervenor Plaintiffs bid, to be effective in any state in which Plaintiffs or Intervenor Plaintiffs operate or bid on such contracts.

This the _____ day of _____, 2025.