IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> Plaintiffs, | Case No. 3:23-cv-00072-GFVT |
| CENTRAL SEAL COMPANY and CHARBON CONTRACTING, LLC <br><br> Intervenor Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, PETER P. BUTTIGIEG, SHAILEN BHATT, & TODD JETER, <br><br> Defendants. | |

**RULE 7.1(a)(1) CORPORATE DISCLOSURE STATEMENT**

In compliance with Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Intervenor Plaintiffs, Central Seal Company ("Central Seal") and Charbon Contracting, LLC ("Charbon"), hereby declare as follows:

    1.    RCSS Holdings, Inc. is the parent corporation of Central Seal and Charbon.

    2.    No publicly held corporation owns 10% or more of Central Seal or Charbon.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted on January 1, 2025.

/s/ Frederick R. Bentley III
David B. Owsley II
Frederick R. Bentley III
Kyle S. Schroader
**STITES & HARBISON PLLC**
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 587-3400
dowsley@stites.com
rbentley@stites.com
kschroader@stites.com

*Counsel for Central Seal and Charbon*

## **CERTIFICATE OF SERVICE**

      This is to certify that the foregoing was served on all following counsel of record via the Court's electronic filing system on this 1st day of January, 2025.

                                    */s/ Frederick R. Bentley III*
                                    Frederick R. Bentley III