UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00072-GFVT-EBA |

## DEFENDANTS' RESPONSE TO PUTATIVE INTERVENOR PLAINTIFFS' MOTION TO INTERVENE AND TO MODIFY PRELIMINARY INJUNCTION

Defendants do not take a position on the Motion to Intervene and to Modify Preliminary Injunction, ECF No. 53, filed by Putative Intervenor Plaintiffs Central Seal Company and Charbon Contracting, LLC.

Dated: January 22, 2025

Respectfully submitted,

Kathleen Wolfe
Deputy Assistant Attorney General
Civil Rights Division
United States Department of Justice

KAREN D. WOODARD
Chief
Employment Litigation Section
Civil Rights Division

/s/ Andrew Braniff
ANDREW BRANIFF
(IN Bar No. 23430-71)

Deputy Chief
ROBERT RICH
(DC Bar No. 1016908)
JILLIAN MOO-YOUNG
(DC Bar No. 1045088)
DAVID REESE
(AL Bar No. ASB-0887-167R)
Trial Attorneys
Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 598-9898
Robert.Rich@usdoj.gov

*Counsel for Defendants*