# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | **Case No. 3:23-cv-00072-GFVT-EBA** ) ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) |
| Defendants. | ) |

## DECLARATION OF WENDELL R. STEMLEY

I, Wendell R. Stemley, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, that the following is true and correct:

1. I am the National President of the National Association of Minority Contractors (NAMC), one of the organizations seeking to intervene in this case. NAMC is a nonprofit trade association. Our main function is to train minority contractors on how to pursue government contracting and advocate for their access to these business opportunities.
2. NAMC has approximately 3,500 members nationwide, including members in approximately 20 states. NAMC has 22 chapters around the country. Members of the chapters are also members of the national organization.
3. I am also the President of Black IPO, Inc. Black IPO is a C-Corp in construction, construction management, and utility project management. We help manage projects such as a water meter replacement in Philadelphia.
4. This declaration is based on my personal knowledge, gathered through my own experiences and my conversations with NAMC's members.

*NAMC Structure, Background, and Information*

5. We were founded in 1964 and incorporated in DC in 1969. NAMC worked with Parren Mitchell, Richard Nixon and Ronald Reagan to found the Minority Business Development Agency and various minority business programs, including the DBE program. No black or brown person had received an SBA loan before 1969.

6. We work mostly with large companies in the public works arena (funded by public dollars and controlled by government agencies like the Department of Energy, the Department of Transportation, and the Federal Aviation Administration) and, less often, on private projects with large companies (like Kaiser Permanente, Google, and Amazon).
7. NAMC's Board of Directors runs the organization. The general membership elects the Board each year. The Board elects the Executive Committee. As a member of the Executive Committee, I am elected by the Board.
8. Seventy percent of our members are contractors in construction. Similarly, 70% of our board and 70% of our executive offices are held by contractors in construction.
9. As the President, I am empowered to represent NAMC's members on a day-to-day basis. It is crucial that I know my membership so I can communicate on their behalf.
10. I know most of the members and the chapters personally, and over the years, I have learned about their grievances and concerns. I conduct frequent calls with our chapters and I always ask what problems people are having – 99% of the time, discrimination is one of those problems. We have monthly Board Meetings, which include the chapter presidents. After each board meeting, I follow up with individual chapters. Discrimination comes up almost every time I talk to a NAMC chapter or individual member.

*Discrimination Experienced by NAMC Members*

11. I hear about discrimination all the time from NAMC's membership. Explicit racism is tolerated in the construction industry. There is a "good old boys" network of racial discrimination that includes big companies, big prime contractors, banks, and other similar companies. It's pervasive.
12. Because of the "good old boys" network, there is a lot of pressure to have good relationships with prime contractors. Those relationships are important to getting jobs.
13. It's very commonplace in the construction industry for major prime contractors to mostly use white owned male firms and relax the standards for the white-owned firms, but not for Black-owned firms. This is a historical mindset that is rampant throughout the construction industry. The "good old boys" network does not want to give up exclusivity or control.
14. Another example is that there is a practice of bonding companies providing a "Good Guy Letter" to vouch for a favored or multi-generational subcontractor. These letters allow certain subcontractors to have their bond requirements waived or give them an advantage in getting their bonding approved. Big prime contractors generally do not request these letters for their minority-owned subcontractors.
15. Discrimination is so pervasive in construction that many minority-owned firms face explicit discrimination on job sites. I was interviewed for a Washington Post article on

discrimination in the industry. The article that was eventually published[1] reported that 55 nooses were found at 40 different construction sites between 2015 and 2021. In most cases, nothing was done. The article gave an accurate picture of the types of settings that NAMC members experience on job sites. It gave a really good sense of how bad things are.

16. And it's not just the prime contractors: I hear from NAMC members about their experiences where banks are guilty of redlining, insurance companies are relying on Good Guy Letters, two companies are submitting a $100,000 bond and the minority-owned firm being disregarded while the white-owned firm gets the bond, along with other types of discrimination that minority-owned businesses face.

17. Often the government is so protective of its big prime contractors that they don't want to even hear when those prime contractors do something wrong. The government is part of the "good old boys network." Minority owned firms are at the mercy of big firms and their relationship with the government agencies.

18. In many cases, the government can see the discrimination but does nothing about it. They just ignore the problems; either because they just want to get their projects completed or because they don't actually care about the discrimination. In my experience, government agencies know that discrimination is widespread but they don't often use the tools they have to stop it.

19. In the public sector you have a project manager working with the federal government who turns a deaf ear or a blind eye to the problems that minority owned firms confront – especially if those problems involve a favored large prime contractor. Minority firms can feel like, when they're actually on those jobs, they have no rights.

*Black IPO*

20. Outside of my role with NAMC, I am the President of Black IPO, Inc. I have been the President since 2000, when the company was founded.
21. We named the company IPO for "initial public offering" because we were bringing something new and unique to the market. I am one of the few small businesses that understands bond financing and that is critical in our work.
22. I own more than 90% of the stock of Black IPO.
23. We have about 20 employees based out of offices in Philadelphia, Atlanta, Los Angeles, and San Diego.
24. The firm works in California, Georgia, Nevada, and Pennsylvania.
25. Black IPO is a certified disadvantaged business enterprise ("DBE") We were first certified as DBE at least 20 years ago, originally in California through the California

---

[1] Taylor Telford, *Dozens of nooses have shown up on U.S. construction sites. The culprits rarely face consequences.*, Wash. Post, July 22, 2021, https://www.washingtonpost.com/business/2021/07/22/noose-construction-industry-racism/.

3

Department of Transportation ("CalTrans"). We later received our federal DBE certification.

26. I started the company. Before starting the company, I was an engineer for Boeing, General Dynamics and for TRW, Inc. in the Space and Defense Division at Norton Air Force Base in San Bernardino, California.

*Discrimination I Have Experienced*

27. The fact is that discrimination has been common in the construction industry for a long time, and is still really, really common today. It's everywhere. I'm sharing just a few examples of the types of things I have experienced.

28. Prior to starting Black IPO, I faced racial discrimination while I was an employee at General Dynamics in approximately 1985. I was working as a senior engineer on the General Dynamics NATO Support Group for the Land/Sea/Air Attack cruise missile program, and was flying to Brussels for a project with NATO. One of the managers seemed to have real difficulty with the idea of a senior Black engineer. He got upset that I was traveling and said, in front of management, "We need to call a spade a spade and a nigger a nigger." Even though he was the one who called me an offensive racial slur, I was sent to counseling. This type of thing happens all the time – it only takes one bad apple in management to derail a person's career or make them suffer consequences.

29. Salary disparities between white employees and non-white employees was also a problem at General Dynamics. When I finally left, I received an almost 30% raise because my salary was so far below market for an engineer with my experience.

30. On a number of occasions, I have faced discrimination during the bid process. For example, the Associated General Contractors of America has a "Federal & Heavy Division." The contractors from that group control the work on all highway projects in California, so they are very lucrative contracts. During the mid-2000s, I submitted a number of bids for work on these types of contracts in the San Diego area, but I never heard anything. I was never provided with an explanation, any sort of communication, or told why I was not selected. By looking at who got the contracts and knowing what I knew about the industry, I knew the reason: the big prime contractors simply did not use Black firms.

31. Something similar happened with the City of San Diego in approximately the late 2000s through the mid-2010s. A number of Black City Councilmembers asked me to bid for the City's pipeline replacement. I never got the contract, but I also never even got a response to my bid or follow up about who got the contract. This type of communication is normally provided in the industry but it was not provided to me and is seldom provided to minorities.

32. On another occasion, I tried bidding a big federal job at Camp Pendleton in California building a billion-dollar hospital in roughly 2015. Initially I bid as a subcontractor to manage and install the concrete. When I did not get that whole job, I approached the

4

white-owned firm that got the subcontract for concrete and asked to bid to do part of the work. The white contractor told me "I don't believe in that; I give all my work to my brother-in-law." I understood that he was saying he did not believe in giving work to non-white contractors. I was shocked.

33. I kept trying to get work on the Camp Pendleton hospital. I tried to land a position as a consultant to Clark but never heard back. I also tried to just get hired as an engineer as an employee, but again I was rejected. It felt like a coordinated campaign to keep me from working on the hospital. Eventually I filed a complaint with the government. Initially they did an audit but suddenly stopped. I never learned an official reason why the investigation stopped, but I believe the agency was told to stand down. My experience is that this is how big prime contractors collude with government agencies in a good old boy network to the fullest; the agencies turn a blind eye.

34. I have also faced retaliation for sharing my experiences with discrimination, my belief that the larger companies and government agencies sometimes work together to exclude minority businesses in the bid competitions, and my defense of the continued existence of the DBE program. In 2009, I helped work on a lawsuit called *Associated General Contractors of America v. California Department of Transportation*, where AGC was seeking to abolish the California DBE program. Soon after I joined the case, I got a letter from CalTrans saying that they were putting my certification under review for the largest part of my business. Just a few months after the lawsuit, CalTrans removed my certification for certain types of work, which seriously impacted my business. There was no reason for them to review my certification other than because I joined the lawsuit. It took me years to correct it.

35. I have also experienced and heard about explicitly racist intimidation and bullying by white construction trade workers, both union and non-union. I believe that these efforts are intended to drive Black and other minority-owned businesses – and their employees – out of the construction business. The bottom line is that they just don't think we have a right to do this work and they will even use threats of violence to drive us out.

*DOT DBE Program*

36. My father was a home repair services provider and was a teacher in the South limited to less pay. In the 1950s, he and other Black owners did not have access to the Small Business Administration to help them grow their businesses. Because of discrimination, it was very difficult for minority-owned firms to get any work at all, and it was almost impossible for them to grow.

37. Even though it's been decades since people like my father were shut out of federal government agencies, it is still very difficult for me as a minority-owned firm to get access to these projects. The DBE program and other similar programs were created to help address this problem.

38. The DBE program is now the only point of entry into the transportation sector for minority-owned contractors. Because of the "good old boys network," there are no other points of entry – I have experienced this shut out personally and am aware that NAMC members in the transportation sector have comparable experiences.
39. Even with the DBE program, minority-owned firms still get a very small percentage of federal contracting dollars. Firms owned by white men still account for 90% of the dollars. To put that in perspective, minority- or women-owned firms only get 8-10 million out of a 100 million dollar contract. That's not very much.
40. The DBE program helps firms get a foot in the door, which has not been possible because of the decades of discrimination from prime contractors, banks, businesses, and the government. Even with the DBE program, these forms of discrimination are still happening regularly. The DBE program is just one small way that some minority- and women-owned firms can have access to the same contracting dollars that the white-owned firms can access.
41. I advocate for the DBE program both in my role as the President of NAMC and as the President of Black IPO. Both NAMC and Black IPO advocate for the continued existence of the DBE program, its application to new federal contracts, and the importance of ensuring that contractors comply with the program. I have briefed federal, state and local policymakers about how the DBE program works, the impact it has, and the importance of its continuation.
42. We also do a lot of training for Minority Business Enterprises about how to function in the DBE program, including training on how to become certified as a DBE, understanding the DBE rules, and other things small business owners need to know about the DBE program.

***

43. We are already feeling the impact of this case. DBEs are seeing a "slow down" in contracts and we think it is because of the order not to enforce DBE goals in certain contracts. One example of this was in Tennessee – airports were advertising the DBE program, but now their discussion of DBEs has really slowed to nothing. It's sort of like we have seen in some other contexts – it seems like agencies are anticipating what the court might do and are not enforcing the DBE program. And DBEs are suffering as a result.
44. The constant crush of discrimination from business, prime contractors, and government entities, which happens with the government's knowledge, has an enormous financial and personal impact on both the business and the business owner. It has had an enormous impact on me. It's severe. And it makes it impossible to ever catch up to the white-owned firms.
45. The United States needs 400,000 engineers each year. We are only graduating 83,000. We need every person in the country to work to their fullest capacity so that the United States

can compete in the global economy. We cannot afford to leave anyone behind. There is no way that this country can be great again without pulling in everyone.

Dated: 1/22/2025

*Wendell Stemley*
—6DD30E75D5224A9...
Wendell R. Stemley