# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT FRANKFORT

| | | |
|---|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Case No. 3:23-cv-00072-GFVT-EBA** |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## <u>DECLARATION OF JOANN PAYNE</u>

I, Joann Payne, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the President of Women First National Legislative Committee, one of the organizations seeking to intervene in this case.
2. Women First is a nonpartisan grassroots organization advocating for women-owned small businesses that are certified through the U.S. Department of Transportation's Disadvantaged Business Enterprise Program.
3. Women First has 15 leaders who we call "Trustee Board" members. In addition to their work with Women First, these women also own DBE-certified businesses whose companies range in size from a dozen employees to over a hundred. Each of these leaders is responsible for following what is happening on DBE-related issues in the states where they are certified.
4. We also have other members who are less involved but still want to contribute to the work. These members can be certified DBEs, associations, corporate sponsorships, and other organizations.
5. Members pay a membership fee, which supports the organization and makes our work possible. Without the membership fees, Women First would not be able to operate.
6. Women First members have access to lobbying services, networking events, newsletters with key updates, and strategic advice. I go to the Hill to talk to Congressional committees and staff members on their behalf. I loop them in about my lobbying efforts. I

1

Docusign Envelope ID: 99DFB69E-8553-4189-B87E-38663826038F

arrange opportunities, like testifying before Congress. I also update them about important news relevant to women in the transportation construction industries.

7. Through Women First, I also provide strategic consulting services. If one of my members has a problem with re-certification, if they've become de-certified, or they're graduating the program, I help them. I call the state DOTs on their behalf and use my connections and experience to make sure they're implementing the rules properly.

*Women First and the DBE Program*

8. I began advocating on behalf of women-owned businesses in 1985. I formally founded and incorporated Women First in 1992. The work I did during the intervening time was a big part of the reason that women business owners were included in the DBE program in 1987.

9. The primary mission of Women First is to protect the DBE program and DBE status for thousands of women-owned businesses across the country. Women First does this by sharing information with our members and the public about the importance of the program, and by advocating in Congress and the executive branch for programs that address the wide-spread discrimination that women endure and the policies that can assist them.

10. Throughout our history, Women First has been involved in advocating for women in the transportation construction industries in a variety of ways, including spearheading the inclusion of women in federal contracting goals for civil and military agencies, advocating for the prompt payment clause in the DBE rules, and providing support for women in their certification efforts.

11. As part of Women First, I also provide technical assistance to women-owned small businesses who are having problems getting their DBE certifications. We do not charge an additional fee for these services – our membership fees support this work.

12. I do not keep track of exactly how many women I have helped navigate the certification process. On average, I get approximately 10-20 calls every year from women trying to navigate certification issues. Over the last 30 years, I've had hundreds of such calls.

13. Now, addressing certification problems can take about 6 months. But this is a pretty recent change, and partially because of the work Women First has done to improve the certification process. We have worked and lobbied to shorten wait times to address certification problems with the new regulations issued in April of 2024. We pushed DOT for 6-7 years before they made changes to streamline the process for dealing with certification issues. Prior to this, it could take up to 3 years to address a single certification problem because of DOT's backlog.

14. Most of the time, I am able to resolve certification problems by helping women business owners better understand the certification rules and the various requirements of the certification process. Sometimes I also advocate for women with certification problems directly with state and local agencies or with the U.S. Department of Transportation. I do

everything I can: I talk to the women, listen to their problems, review their documents, and call either the federal or state DOT. If it's a simple problem, I might point them to a resource on the website. Other times, though, I call the government on their behalf, especially when it's a more complicated issue or the DOT has made a mistake on their end.

15. In more than 35 years of helping women-owned businesses with DBE certifications, Women First has successfully resolved every certification problem that we have worked on.

*Importance of the DBE Program*

16.  The DBE program is a literal lifeline to countless women business owners. Over and over again, I have heard women say that without this program, they would never get a chance and their businesses would fail. The discrimination that women owned businesses face is that strong.

17. There is so much discrimination against the women in Women First and other women business owners. There is of course sexual harassment: telling women owners "boy you look pretty," or touching their buttocks. There is also a general lack of respect and being talked down to. Women will go on a job and people just won't talk to them. They'll talk to male employees, instead of the actual women owners.

18. A lot of discrimination comes from the DOT engineers, who can make your life hell. It's similar to being a minority contractor: if they don't like you because you're Black or Latino, your life will be hell.

19. There are women owners of DBEs who will submit a bid on a contract that doesn't have a goal. These women are explicitly told that they don't need to submit a bid because there's no DBE goal on the project. The primes' message is clear: they won't hire women-owned subs unless they are forced to through the DBE program.

20. Statistically, when a DBE graduates or loses their certification, they often lose 50% of their business in the first year. That's just the first year. After that year, most of them are out of business. Once DBEs are out of these programs, primes and other contractors just don't use the former DBEs.

21. Women-owned firms are presumed to be fronts and frauds. No matter how much experience they have, that's the presumption.

22. I know from Women First's decades of experience in this work that women-owned businesses depend on the DBE program. Without this program, disadvantaged business owners all over this country will end up closing down. That won't just be a tragedy for those companies and their employees, it will be a tragedy for our country.

23. Losing the DBE program in our country would be devastating to many rural communities because many DBE businesses are located in rural America, and these companies are among the largest employers.

Docusign Envelope ID: 99DFB69E-8EB3-4189-B87F-38663826038F

24. Disadvantaged businesses represent the future of our economy. They represent innovation and competition.

25. Without them, our nation will be less competitive and less prosperous. Women-owned DBEs want to contribute to our nation. They want to be good citizens. They want to have the opportunity to serve their country, but through their choice and their way.

26. Without this program, you would go right back to that system 40 years ago, where women are completely locked out.

***

27. I know from the work that I do every single day that there is an urgent need for the DBE program – and for Women First.  Our country cannot afford to lose either in its quest to remain a world leader and globally competitive.

28. Without the DBE program, Women First would disappear. I would lose all my resources.

29. Even if my organization somehow survived, I would lose a lot of my revenue. I would have to spend enormous amounts of time to find other clients on other issues. And I would have to develop a new expertise and build new relationships. It would impact Women First, and me, tremendously. And it would impact the DBEs the same way.

30. Women First has been my lifelong work, and the DBE program is Women First's lifelong mission. I am speaking out because I don't know what else to do: if the DBE program goes away, so does Women First.

Colonial Beach, Virginia

Dated: 1/21/2025

DocuSigned by:

*Joann Payne*
E5B216390040D4B4...

Joann Payne

4