# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | Case No. 3:23-cv-00072-GFVT-EBA ) ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) |
| Defendants. | ) |

## DECLARATION OF DARRYL H. DANIELS

I, Darryl H. Daniels, declare under penalty of perjury, under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the CEO of Jacobsen/Daniels, Associates, LLC. We are a full-service airport planning, development and operations company.
2. I have been a member of AMAC for 30 years and was Chairman of AMAC's Board of Directors from 2010 to 2014. I am submitting this declaration in support of their participation in this case.
3. I founded the firm in 2001 with my partner Brad Jacobsen. I am the CEO and my partner is the COO of the company.
4. The company is 51% minority owned by me. I am an African-American man.
5. Our company has approximately 220 employees. We usually do about $20 million dollars in business a year.
6. We are headquartered in Ypsilanti, Michigan, and we have offices in California, Missouri, Illinois, Louisiana, Texas, and Florida.
7. Jacobsen/Daniels is currently certified as a DBE in California, Missouri, Illinois, Louisiana, Texas, Kentucky, Florida, and approximately 15 additional states.

*The DBE Program and Regulations*

8. I know from experience that the DBE laws and regulations which facilitate the DBE program are hugely important to support and encourage minority owned businesses to succeed in the face of current discrimination and the effects of past discrimination.

1

9. The DBE program is effective, precisely because it has the force of law. It recognizes that illegal discrimination has posed a formidable barrier to the development of minority- and women-owned businesses. The effort to redress that discrimination cannot be optional. It cannot depend on people in power, hopefully, just doing the right thing. First of all, people in power have a long history of *not* doing the right thing. Secondly, too many lives and livelihoods are at stake.

10. I have seen again and again that where there are no DBE goals, there is no participation. The reality is that primes feel no need to involve minority- and women-owned firms in the absence of strong programs, based in law, like the DBE program.

11. As a firm, we've been able to benefit from the program, but we also have helped other emerging small businesses and start-up minority-owned firms to leverage their certification and connect to primes. Indeed, we are now doing more and more business as a prime. The DBE program has made that possible.

12. I'm proud of our work as a prime, but I also recognize that it comes with real responsibility. As a minority-owned prime, I face even more scrutiny than most primes. At the same time, I know from decades working as a sub that the behavior of primes and the relationships they build matter immensely. Typically, minority-owned businesses don't start with strong business relationships, which might go back through families for generations, so they don't get the contracts. By definition, minority- and women-owned firms are newcomers. So now that I am taking on work as a prime, I know how important it is to do what I can to make sure other DBEs genuinely get a fair chance to perform and succeed.

13. I have participated in advocacy in favor of the DBE program as a business owner and also as part of various organizations and affinity groups including AMAC, NAMC and various other associations supporting women- and minority-owned businesses. I strongly believe that when we come together in groups like these, we can have a more profound impact on policy and public perception than on our own. These groups are invaluable in that role.

14. Groups like AMAC are also really important for information exchange, networking, training and education. I myself have participated in events put on by AMAC as a way of sharing the experiences and lessons learned from my own career and the experience of Jacobsen/Daniels. This has mostly been in the context of airport-sponsored events.

*Discrimination in my Early Life*

15. I have faced discrimination my whole life.

16. I grew up in rural Arkansas, attending completely segregated schools until about the 3rd or 4th grade. Those early days I also lived in segregated neighborhoods. I guess that is my origin story.

17. Even once our schools were integrated, teachers and school officials would often make life extremely difficult for me. Fortunately, I had parents who supported and protected

me. I remember one time when the school wanted the African-American students to be part of a theater performance about a plantation where we would be expected to play the roles of slaves. My parents drew the line and made the school change the play. The next play the school chose was Hiawatha.

18. It did not stop there. Even when I went to an elite college, I confronted discrimination. I was searching for off-campus housing and a landlord directly told me that she "didn't rent to niggers." I had to get help from a white classmate to rent an apartment off campus.

19. That type of treatment is impossible to just "get over." One of the things that stays with you is how powerful white privilege is and how it really seems like sometimes the only way you can overcome barriers is with white help. That is a horrible and demeaning lesson that I learned early on. Just the presence of a white colleague or white friend will open doors that would otherwise be closed. That is profoundly wrong. It's also repeatedly been my experience since my earliest days.

*Discrimination in Employment*

20. After college, I had a job with the government where I was constantly reminded that I was the only Black professional in the government setting. It was a huge part of my reality. The most challenging aspect of that experience was just the recurring experience of not being viewed as a competent professional.

21. When I would show up on a job site, I was often mistaken as a lower-level employee or, at the very least, not as someone in any position of authority.

22. That was my experience when I worked on Navy bases as an intern architect negotiating with contractors. I spent about 10 years (from 1986-1996) working as a civilian employee of the Navy.

23. The persistent feeling I had was that, at least initially, they just didn't want to deal with me. I could often eventually win them over through the excellence of my work, but that was exhausting and put me at a disadvantage right from the start. I never had the benefit of the doubt and was always having to overcome the distrust and the default position among most people that I was not competent. I never saw the other architects or other professionals in similar roles, who were all white, having to face the same type of distrust based on the color of their skin.

24. This is very typical in the construction field. I have been on lots of sites with colleagues who were white but had less skill and authority than I did and yet various officials would defer to them and not me. Sometimes these were private firm employees or contractors, but often enough they were government officials.

25. I remember being on a Naval base with a white college intern who was very junior to me although he was clearly an adult. The personnel on the base—mostly contractors and enlisted personnel–even deferred to him over me.

26. In 1995 or 1996, I went to work in the private sector in firms in the aviation field. That's where I came to learn about the DBE program and to see minority-owned firms in aviation.
27. Working as a consultant at the New Orleans International Airport, I saw African American professionals and consultants – architects, engineers, IT professionals. And I saw that, because of the DBE programs, there really was an avenue for me to start my own business.
28. The program demonstrated that there was a path to business success as a consultant, and not just as an employee of the firm or employee of the airport. I think I knew even then that it wouldn't be an easy path, but there was a clear way forward and I was building a network.

*Discrimination as a Business Owner*

29. In starting my firm in 2001, the initial challenge was access to capital. Convincing bankers to provide a line of credit or some resource to help kick start the company turned out to be a formidable task. Initially, I went on my own to banks and was turned down. But when I went with my white business partner, Brad, it all changed.
30. Again, I had to face the realization that there was a certain amount of privilege in bringing a white person to the table. It was as if having a white person there validated me in the eyes of other white people. Keep in mind, I'm the one with a professional license as an architect. Certainly, Brad had impressive professional skills too.
31. Part of my history and background has been shaped by the fact that I have to keep confronting that a certain amount of discrimination is just a fact of life and that puts you at risk when you are relying on third parties, like banks. And it means that it is harder and takes longer to succeed.
32. When it comes to dealing with primes, especially when you're the minority firm, often you are viewed as necessary to win a project, but you're also subject to potentially not getting any real work on the project. That happened to me several times, especially early on in developing my business.
33. I guess those primes may have been acting in good faith in putting us on the team, but it was demoralizing not to be given any work at all. In one particular instance I remember an engineer for a prime telling me that he "just didn't trust" my work. Just this week that engineer applied for a job at our firm. We didn't hire him.
34. That just shows such a double standard that that engineer would assume that I would just overlook the way he had demeaned me in the past. I think again that there's a heavy dose of privilege involved.
35. I remember another time when a prime reached out to us and asked for all of our information and qualifications but then turned around and represented to the airport that they found NO firm that was qualified to be a DBE sub on the project. We were definitely

4

qualified and yet the airport let them get away with it. Ten years later, that same airport awarded us our own prime contract.

36. Those ten years are really important. They mean not being able to represent work from that large-hub airport for that entire decade. Gaining a national footprint allows so much more reach, even as a sub, but to be denied opportunity for an entire decade means you're constantly re-tooling and rethinking and waiting so much longer to make it to the next level.

*Enduring Importance of the DBE Program*

37. Still, this program ultimately does offer the opportunity to eventually make the leap. It has provided us with extraordinary opportunities. It has made an enormous difference in our journey to relative success.
38. We've had to navigate all the obstacles that are placed in the path of minority- and woman-owned small businesses when we're having to compete with really enormous majority companies, especially in the airport context. And that has been brutally hard. But at least we've had the opportunity to try, and that opportunity has come through the DBE goals set on AIP-funded contracts. Where there were no goals, there were often no opportunities.
39. In the end, all of this matters to me because we have to recognize that those experiences of discrimination that we endure really shape our understanding and the context of how we maneuver in society. It's not just discrimination, it's all our experiences, learning to be a team player in little league football, or learning about commerce from selling Girl Scout cookies. All of these experiences inform and shape how we manage our lives as adults. They become part of how we operate with each other.
40. When I really reflect on it all, these experiences give me insight into how I can be an ally to others. That has been true for my partner Brad as well. He has seen so much working with me that he has come to care deeply about these issues and the people and communities that benefit when programs like the DBE program give more people a chance.
41. All of this has taught me so much and has also been impactful for people in our firm. Our firm's mission includes a part that talks about supporting minorities and women in aviation, but also supporting allies (white men) who work with, and advocate for, us.
42. This program has the opportunity to change the lives of not just minorities and women, but everyone. And that has certainly been the case at our firm, Jacobsen/Daniels.

Date: 1/21/2025

Signed by: *Darryl H Daniels*
95506347A71B4B8...
Darryl Daniels

5