# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

MID-AMERICA MILLING COMPANY, )
LLC, et al., )
)
    Plaintiffs, )
) Case No. 3:23-cv-00072-GFVT-EBA
    v. )
)
UNITED STATES DEPARTMENT OF )
TRANSPORTATION, et al., )
)
    Defendants. )

## DECLARATION OF MARY KAY MINAGHAN

I, Mary Kay Minaghan, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the local lobbyist for the Illinois Chapter of Women Construction Owners and Executives ("WCOE").
2. WCOE is a 501(c)(6) trade association. We were founded in 1983.
3. Our main function is to advocate for women-owned construction companies. We focus on policy and advocacy to make sure that the programs intended to help women- and minority-owned businesses deal with discrimination are effective. Most of our members are pretty experienced. There's a lot of sharing of very valuable interactions, information, and learning that happens at meetings.
4. We have approximately 40 members in Illinois, about 70% who are located in the Chicago area and the other 30% are elsewhere in the state.
5. I am also the President and 100% owner of MKM Services, a legislative services firm.
6. This declaration is based on my personal knowledge, gathered through my own experiences, observations, and interactions with WCOE's Illinois Chapter members.

*Discrimination Against WCOE Members*

7. The discrimination women confront in the construction industry is everywhere and it is really serious. It comes out in lots of different ways and through lots of different actors.

1

8. Once our president, Theresa Kern, was interested in bidding on a private contract and asked me to find out about it. I called the prime contractor on the project and he told me that there were no DBE goals on the project and he had no intention of giving the plans to a woman-owned company. This was probably 1996. I knew the developer who had hired the prime and called them. They told the prime to release the plans to me. After hearing from the developer, the prime called me a "little bitch" and asked me "who the fuck do you think you are?" That pretty much sums up what we deal with across the board.

9. In the universe of the upper echelons of the big general contractors, everything seems pretty civilized – even if you know you're not really welcome. But when you get down into the construction trades it gets really ugly. I have six brothers, so it takes a lot to shock me, but even I am shocked by some of what I hear.

10. For the most part, it's all about intimidation. I got a call a couple of months back from a woman subcontractor with a big prime. They were jerking her around about money. When she went to them to demand that they pay her for the work she had done, they told her she better "toughen up" because she was "weak." This is about getting *paid*. It's not weak to ask for the payment that you are due. We have increasingly noticed that bigger companies are using payment delays as a way to break the backs of DBE firms.

11. A lot of what they do is just intended to bully and intimidate. The language they use is obscene in order to intimidate and assert power. They use the F word constantly. I don't intimidate easily but the constant nature of it even gets to me – even though I realize that the purpose of the coarse language is to undermine and demean women-owned businesses.

12. The sexual harassment stuff I haven't seen up close, but I know it happens. I remember that, for instance, in the 1990s the local chapter of the National Electrical Contractors Association ("NECA") had their Chicago delegation meeting at a topless venue. I think it was in Florida. Think about that: this Chicago organization had two women on their board and NECA's incoming president was a woman, but they still felt empowered to have their meeting at a topless venue. That sort of sexism and disdain for women does not just disappear overnight. It has an enduring impact.

13. Sometimes the discrimination on jobs is just so obvious. When the U.S. Post Service contracted for building a new central facility in the early 1990s, the women's wash room/portalet was two blocks away while the men's facilities were right on the job site. Women trade workers were often penalized for returning late from a bathroom break. Again, a lot of this is about sending a message that women just don't belong in the construction industry.

14. On access to capital, women's ability to access capital is constrained by their gender. It's even harder for minority women. They are often required to put their home up as collateral when white men are very rarely, if ever, asked to do that. And unlike men, women get a lot of questions about their husband's assets and what their husbands do for

2

a living. No small business can survive without capital – especially when governments and big primes are slow to pay the bills.

15. The other side of this is the discrimination we as women face from the building trades/construction unions. It's very hard to get even basic race and gender information from the unions. Many people come up through the trades to become a construction company owner. But there is discrimination in joining—and advancing in—some of the unions too. When women are discriminated in the unions, they cannot make that same jump to owner as many men do. Discrimination in the construction trade unions is pervasive, just consider the noose found hanging on the Obama Center project two years ago.[1]

16. Some things have gotten worse in the last 7-8 years. When I was participating in the BAGC case on behalf of the Federation of Women Contractors,[2] the city stood up to the big companies AND the big companies didn't want to be seen as racist and sexist. Now it's different. They don't mind being explicitly racist and sexist and being seen that way. When I reach out to them to find out more about projects, the primes slam the door right in my face.

17. And payment is huge. No business can survive when payment is withheld, and small businesses fall harder and faster when payment is consistently delayed. Primes manufacture work performance issues, but have nothing to back up such claims. That's one of the reasons we are so sure that non-payment and late payment are being used intentionally to shut down women- and minority-owned firms.

18. Minority and women-owned businesses have less access to credit and so the impact of not getting paid is much worse. Because of the history of discrimination and lack of access to capital, these companies have less ability to withstand slow payment.

19. Our local Women Business Development Center has two different loan funds. Just the existence of those funds is an example of how hard it is for women to access capital through traditional means. If they had fair access, they wouldn't need the additional loan funds. And of course, these small loan funds cannot make up for our lack of access to conventional business loans.

20. My credit rating is impeccable and I have a decent income, but all of my brothers can get loans quicker and better than I can. The only possible reason for that is that I am a woman.

21. In the 2010-2012 period, I watched a big, male-owned General Contractor essentially destroy a DBE by slowing payments – or not paying – on a city job. The woman-owned DBE tried hard to collect the money they owed her. But she wasn't able to make them pay her. The union began giving her a tough time for not being able to make payroll. But

---

[1] Amir Vera, *Noose found at Obama Presidential Center construction site, officials say*, CNN, Nov. 11, 2022, https://www.cnn.com/2022/11/10/us/noose-obama-presidential-center-reaj/index.html.
[2] *Builders Assoc. of Greater Chicago v. City of Chicago*, 298 F. Supp. 2d 725 (2003).

that's happened to the big male-owned businesses, and they don't treat them like the way they did her. She got to the point where she was so financially desperate, with a disabled brother for whom she cared for at home, that she agreed to be a front/pass through on another job. She went to jail and was debarred for life immediately following charges being filed. The GC paid fines totaling less than 2% of their revenues for that year, and he was not debarred nor did the owner go to jail. This GC continues to work on public and private projects to this day. I'm not saying what she did was right. But she was the one who went to jail, not the GC. We need to understand the impossible positions that discrimination puts minority and women contractors in. When I found out, I was livid at her for doing it, but I understood the desperation she felt in the face of relentless discrimination.

22. In the end, discrimination slows the ability of women to grow their businesses and accumulate capital. That includes me. In my own case, eventually, I got a loan because my boss arranged it. During the pandemic, some of my home equity lines of credit were canceled. One of the male bankers told me that the reason I was not getting the loan in 2020 was because I was single. I'm pretty sure they do not penalize businesses owned by men for their owners being single.

23. If we cannot accumulate capital, no matter how hard we work, how many times we do the best job, and how many times we are the low bid, then there is no way for us to ever catch up. We just stay small. That's what the big guys want, but it is bad for us and bad for the nation as a whole.

## DOT DBE Program

24. The DBE program actually helps to level the playing field. Firms that otherwise would never be invited to submit a bid, submit bids. We still have to submit competitive bids, but we have a fighting chance. Without the program, DBEs would never be able to even get our foot in the door.

25. It's important to note that primes almost never go above stated goals, thus denying DBE firms access to 100% of the project value. They are only willing to do what they are required to do.

26. I am certain that if we lose this case, women won't be working on transportation contracts. And frankly, we don't work on private contracts, unless there are minority or women business participation goals, because the discrimination is too strong. But in Chicago, the number of programs to address discrimination in the private construction context is miniscule.

27. The big primes just don't call you at all on private jobs. If there are no goals, they don't call. In 2017, Mayor Emmanuel issued an EO that required private projects that require plan commission approval to report their women and minority participation in the project. Just to report it, not to set goals or anything like that. In the end, of roughly 350 projects, 11-12 projects had any participation at all.

28. The general contractors were also required to do basic outreach, but when anyone called in response to their outreach they would say "Why are you calling me? There are no goals."
29. Without the DBE program and other programs like it, women-owned businesses will be crushed out of existence.

***

30. We are already feeling the impact of this case. The Illinois DOT Secretary reported that DBEs lost 11 million dollars of opportunity in Illinois federally assisted transportation projects just in December because of the current court order.
31. DBE's rarely have access to more than the goal allows even if it's a low goal. Taking that away will leave them with no access to these opportunities, resulting in devastating harm.

*More Successful Women-Owned Businesses Would Benefit Everyone*

32. First of all, WBEs and MBEs hire more women and minorities. When we are hurt, the employees are hurt. But discrimination against WBEs and MBEs touches everyone. WBEs and MBEs also hire white male union workers (who are heavily represented in the construction trades), and if their employers are out of work, so are they.
33. If we take W/MBEs out, it also raises prices because we're taking quality firms out of the mix and reducing competition.
34. I think it's really important to end the ridiculous efforts to exclude women from business ownership. In my experience, women care about things that are important for everyone, for our whole society. When issues come up that impact their bottom line, we always care about our employees. I don't hear that concern as much from men. At the end of the day, women business owners care about the employees and families who depend on them.
35. Of course, we women business owners want to make money and earn a profit. And we're great at that. But we also want to make sure that our employees, communities and nation benefit as well. We need more business owners who think like that.
36. The country has been run by men for more than two centuries – and before that. We're not doing so hot. Maybe we should stop working so hard to exclude women and do more to bring their skills and approach to the job. Job sites where women are involved are just better and more productive for everyone.

Chicago, Illinois
Dated:                                    _____ 01/21/25
                                          Mary Kay Minaghan

5