# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) ) |
| Defendants. | ) |

Case No. 3:23-cv-00072-GFVT-EBA

### **DECLARATION OF THERESA KERN**

I, Theresa Kern, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the President of MA Rebar Services, Inc. I am the sole owner and shareholder.
2. I am also the Chair of the Board of Women Construction Owners and Executives ("WCOE"), Illinois Chapter, and involved in Women First. I am submitting this declaration in support of the request of both organizations to engage in this case.
3. MA Rebar specializes in all facets of reinforcing steel placement for the commercial, industrial, heavy and high-rise construction markets.
4. We are headquartered in Chicago, Illinois, and do most of our work in Illinois. MA Rebar has anywhere between 60-80 ironworker employees at a given time.
5. MA Rebar is DBE certified in Illinois, Indiana, Michigan, Wisconsin, and Iowa.
6. I have been in the construction business for around 40 years now. I first began working at MA Rebar in about 1980. The company was in financial trouble, and I slowly bought shares until I became full owner in 1984. To keep the company afloat, I had to use my credit card to cover payroll while I turned the company around. In 4 years, I successfully paid off the $214,000 loan on the business.

*Discrimination in Contracting*

7. Discrimination in the construction industry has kept women from succeeding for a long time, and that continues. We don't have a critical mass of women yet. I am sharing some stories of the discrimination I, personally, have faced, but these are just a few.

8. From the very beginning, I faced substantial challenges in getting access to financial capital. Getting credit was very hard. Creditors—private banks or commercial lenders—would ask for me to have my husband co-sign for loans. This made no sense. Before I was married, I had my own established credit. After the divorce, I couldn't even get loans from normal banks, until Marquette Bank gave me my first loan in 1987. Without a loan, it was almost impossible to fund my business.
9. Throughout my career, I have dealt with unwanted sexual advances and threats.
10. For instance, once, in the early 1990s, a prime contractor had delayed my payment, which I needed to support the company. He asked me to come to his office in Hillside, Illinois to pick up my check. When I arrived, he asked his secretary to tell me to come upstairs to his office. I sat there waiting while he talked to someone else on the phone in a bombastic and macho way. While he was on the phone, the secretary left. He and I were the only ones left in the building. After he hung up the call, he began getting physically close to me while I was sitting on the chair. He reminded me that he had my money, which was the whole reason I was there. He suggested that I become physically intimate with him right then and there. He made it seem like if I wanted my money, I had no choice. He kept coming closer and became aggressive. I told him to leave me alone and that I would call the police. He replied, "You can't call the police. I own them." At that point, I told him to keep the check and rushed out of the building. It was demeaning and frightening. I had believed he saw me as a real person, not as a sexual object. I felt like a stupid fool.
11. I remind other women to be careful, that there are male businessmen who will only pretend to be your friends but may have a different motivation. Too many of the women owners I know have had men they trusted turn out to try to take advantage of them. I always tell other women, especially younger women, to make sure to "have their antlers up."
12. There are so many other forms of discrimination for women in the industry, too. Some men try to play it off like they are being friendly, but it's really about excluding the woman. For example, around 2010, I was the first woman to lead the union negotiations on behalf of management, an extremely important task. The lead negotiator for the ironworkers union invited the biggest contractor in the room into the men's room, apparently to make a deal. I knew what they were doing, they were trying to cut me out of the negotiations. I offered to join them in the men's room. They did not proceed.
13. It's well-known that minority and women-owned businesses get no opportunities in the private contractor space, where there are no DBE goals. I face the same problem, despite being well-established. In 2023, I called in to give prices to a company in Chicago for two different jobs: one government and one private. The woman on the other line told me that she only needed us on the government job as they had a DBE goal and not on the other job with no goals. Her clear implication was that the private job would not be hiring women contractors who were not needed because there were no DBE goals.

14. I am continually denied work with private contractors. When I ask for a reason, I am told "I am too high," despite the fact that I know the subcontractors owned by men set similar prices to mine. As a woman-owned DBE, there is an assumption that you are a square peg in a round hole that doesn't belong, and they never let you forget that.
15. There is government discrimination against women in the industry as well. There is this underlying assumption that I couldn't possibly be running a business on my own because I am a woman. When I was seeking certification by the Chicago Transit Authority, the agency told me that this was "not the type of job for a woman." They asked what my husband did for a living. When I explained I had no husband, they were at a loss for words.
16. In the mid-1990s, I went to Washington, D.C. as part of a lobbying effort to meet with department heads and connect them to women-owned businesses. I was traveling with a group of other women-owned businesses. We met a senior official in the Department of Defense, who gave a presentation on ways the Department and women-owned businesses could work together. At the end, he called out to "you little ladies," referring to our group. He told us if we were smart and would "really want to make money," we should go back home and convince our husbands to put their business in our names. He told us we "would make a fortune."
17. Discrimination against women is so pervasive that it influences even the views of other women and minorities. In the early 2000s, I testified before the City Council of Chicago about pending litigation against the minority- and women-owned business DBE programs. The Black female alderwomen implied that I didn't really control my company. In front of the whole city council and others in the audience, she asked what my husband did. It was a degrading attempt to prove that I wasn't really running my company. To this day, there is this constant assumption that I work for my father, husband or brother, and that women are not qualified to run businesses.

*Membership in WCOE and Women First*

18. I have been a member of WCOE, Illinois for around 30 years, and Women First for at least 15. I have worked hard to get more women involved in construction, including lobbying on the Hill with Women First and advocacy in Springfield with WCOE. I would do anything to help more women succeed in this industry.
19. I have remained involved in WCOE, Illinois for many reasons: networking, access to information, friendships, like-minded women, women that are in the "same boat," will always share their experiences, survival stories, and never lie. Many times we need that pick-me-up to keep going. Information is power. We don't get the information from other places so we have to find it ourselves. WCOE is our information highway – it's through WCOE meetings that I learn a lot of information that would not otherwise be available to me. We need to have a network and an information source because we are cut out of so many of the others.

20. As a part of Women First, which has been there from the beginning, the amount of exposure and access cannot be quantified. Women First is "boots on the ground," always looking out for our best interests and knowing what buttons to push and phones to call.
21. Through my participation in WCOE and Women First, I regularly talk to other women construction owners. I know my experiences are not unique – every woman construction owner I know has faced discrimination similar to what I have faced. It's everywhere.

*Impact of the DBE Program*

22. There is a unique mentorship pipeline that minority- and women-owned businesses build that would be lost if the DBE program was gone. Studies show that women- and minority-owned businesses take better care of their employees, and society as a whole would suffer with fewer such businesses.
23. If the DBE program disappears, it would be devastating for me and so many other women owners I know. Just the idea keeps me up at night. Other women-owned businesses I know say the same thing – that they are up at night worrying about what happens if the DBE program disappears. There is general fear and anxiety, and women-owned businesses don't know if they'll be able to survive.

Chicago, Illinois  
Dated: 1/22/25

_____  
Theresa Kern

4