# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 3:23-cv-00072-GFVT-EBA |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## DECLARATION OF LAUREN CHMIELOWIEC

I, Lauren Chmielowiec, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the President and primary owner of Upstate Steel, Inc., one of the companies seeking to intervene in this case.
2. Upstate Steel was started by my parents and I grew up working at the company. I have worked at the company for decades.
3. The company now has about 40 employees.
4. I first took an ownership stake in Upstate Steel in 2012 and have been the majority owner since 2021. I now own 60% of the company shares.
5. Upstate Steel sells and distributes steel. We fabricate different types of metal for roads and bridges, really fabricating metal for any type of structural application. We've even competed for and won work on the Buffalo Bills Stadium.
6. Because we are a woman-owned small business, and meet the economic requirements of the program, Upstate Steel is eligible to be certified as a Disadvantaged Business Enterprise. We are DBE certified in New York, Pennsylvania, New Jersey, Maryland, and Massachusetts.
7. We will sell anywhere in the country, but most of our business is in New York, although we have done business in other states, including New Jersey, Massachusetts, and Washington.

1

8. I am a member of Women First, one of the organizations seeking to engage in this case. Women First was responsible for women's inclusion in the DBE program - being a part of the organization is the responsible thing for me to do as a women-owned business. I joined in 2018. I met a member of Women First and after 15 minutes of talking to her, my overwhelming feeling was "where have you been all my life?" I had to navigate being a woman-owned business all alone, but since joining Women First, I feel like I have a network, support, camaraderie, and people who I can relate to. I had never been part of a group of actual legitimate women business owners in construction prior to joining Women First. I feel fortunate to be a part of it – by advocating for this program, these women supported me before they even knew me. And now that they know me, they continue to support me every day. It's extremely empowering. It's so important not to feel like I'm on an island.

*Discrimination I have faced*

9. Discrimination, including sexism, is a regular occurrence in the steel industry. I grew up in the steel business. It has been a "boys club" my whole life. Even though I know the industry like the back of my hand, I cannot be part of the "club."
10. Sexism is accepted in the industry—it is commonly known and widely accepted. As a woman owner, I often face the impossible choice between accepting the sexism and harassment to maintain business relationships and standing up for myself but having my business suffer as a result. I have spent decades navigating that landscape. This is a regular part of working in the industry, so it is impossible to share all of my experiences.
11. For example, when I was 23, I was at a trade show with my boss, who was a manager at Upstate Steel. At that time, I was an employee, and my parents still owned the company. My boss was married with a family, and I trusted him. One night, he offered to walk me back to my room after we were out with customers for dinner. Instead of leaving me at the door, he forced his way into my room. He then proceeded to push me down on the bed and tried to make something happen. I was able to force him to get off of me. I could tell that he knew he crossed the line. I did not feel like I could say something because technically "nothing happened." Except it did. I was scared and unsure of myself. I had to drive back to Buffalo with him the next morning, and he never apologized or spoke about what he had done. Many years later, I told my parents what had happened. My mom cried, but my father's response was "there are two sides to every story."
12. Beginning in 2012, my dad began to give my brother and me equal shares of the company. At the same time, we were still salaried. I found out that I was being paid only half of what my brother was paid, even though I ran the majority of the business, and the success or failure of the business would impact my assets. I confronted my parents and my brother and demanded to be paid equally. They told me that they could not afford to pay me as much, and that my brother needed the additional money because he had a family. I gave them a week to figure out whether they wanted to value us equally or

2

whether I should leave the company and start my own business. They eventually gave me a raise, but I suffered in other ways. Being forced to stand up for myself destroyed my relationship with my family. This is just another example of how ingrained discrimination against women is in the construction industry; it even happens in your own family's construction business.

13. Once I began taking on a larger role in the business, some of my steel distributors began to treat me, and the company, differently. These were people I knew for years, but once I had power, they suddenly treated me differently. The owner of one of the largest steel distributors in the country emailed me that his company never had a problem working with Upstate Steel until I took over. We got on a call to discuss our longstanding business relationship, but I couldn't even get a word in because he just berated me, demanding that I "just admit" that I was difficult; to "just say the words" and "he wouldn't tell anyone" if I did. His comments were so derogatory that I struggled to keep my composure. Afterwards, I did not buy steel from that supplier for years because the way I was treated was unacceptable. This was a difficult business decision because, as such a large distributor, that supplier was able to offer the most competitive prices.

14. A key way to build relationships in the industry is through networking at business dinners or trade shows. As a woman, it's very difficult, and even dangerous, to take advantage of these opportunities. Many of the men do business at bars and restaurants over drinks. But that's also when it is most likely that I will face unwanted sexual advances. And if any of the men cross the line, I cannot stand up for myself because I cannot afford to lose these business relationships. We are a small fish in a big pond, and doing so could really hurt us. So, for the most part, I don't go to dinners or drinks.

15. The few times I do go to dinner or drinks, I make it a point to never go alone. If I am going to be in that environment, I need to have a wingman. I always bring my CFO or another male co-worker. I do not have the same opportunity to build one-on-one relationships with other owners, suppliers, or customers as men do in this industry.

16. Every time I am at a trade show, some guy insists on walking me back to my room. If I refuse the walk, I lose business. But if I accept the walk, I am also putting myself in a position I do not want to be in.

17. Even as the owner of a well-respected and successful company, I am regularly harassed or facing unwanted sexual advances. For example, one of my mill suppliers openly flirted with me in front of my CFO during a business dinner just two months ago. He kept asking me to get a drink. Even though I declined, he was so insistent that my male co-workers commented that he "couldn't have been more obvious." I could not be too direct because I did not want to lose the business.

18. I have another customer who insists on grabbing my hand and pulling me towards him for a kiss every time he sees me. I don't know any male customers in this industry who would grab the hand of another male supplier as a greeting.

3

19. These same attitudes persist on the supplier side. The owner of one steel plate supplier I use is always bcc'd on his team's emails with me. Whenever I complete a purchase order, he responds with a kissy face emoji. Sadly, even though I bought over $2 million of steel plate from the company, he does not think of me as a business owner – he only thinks of me sexually.
20. Another plate supplier texts me "you looked hot today" whenever he comes into town. I can't stick up for myself or flatly reject the unwanted advances without harming the business relationship. I want to tell him that it's inappropriate and insulting to talk to a customer that way, but I cannot afford to risk burning a bridge — I need them as a supplier.
21. Even after working so hard to build my name and reputation in this business for decades, people still doubt that a woman can do the job. I face doubt every day and often enough it hurts my business.
22. In my experience, some men think they can more easily cheat women in business and, honestly, sometimes they do. I worked incredibly hard to come up with a great innovation for a project involving an extension of the Green Line (the train) in Boston, MA. The specs called for something called a deflection test. I had never heard of such a test and so I researched and called everyone I could think of. I even called one of the project leads for the prime, who helpfully responded "I don't know, Blondie, but you gotta figure it out." In the end, I *did* figure it out and submitted it with my bid. The company only gave me a small part of the work, about a quarter of what I had bid, though I was still glad to get the business. Later I found out that they had taken my idea about how to do the deflection test and gave it to the guy who won the larger part of the contract. It's infuriating.
23. The doubt and discrimination does not only come from private companies – it comes from the government directly too. For example, in February 2022, the New York State ESD denied me of my women-owned business designation. They claimed, without ever checking, that the plant manager and estimators were doing my job. There was this underlying assumption that a woman could not truly run the business. I immediately questioned the decision and told the truth: that I am the majority owner, know everything about the business, and run the daily operations. It took me 2 years to fight to get it back. When I tried to go through the WBE appeal process itself, I made no progress. I only eventually got my certification back when I went to the news media. Losing my certification for those 2 years cost Upstate Steel more than $3 million per year in contracts.

\*\*\*

24. The brutal truth is that I love selling steel. I enjoy going to trade shows. No one can speak better about my business than I can. But because I'm a woman, I have to balance my

4

privacy and comfort against advancing my business. But if you are not willing or have the confidence to go toe to toe with men in the industry, you're going to get run over.

25. There's this underlying presumption in the construction industry that a woman can't run her own company. I've battled to get to where I am and I'm proud of that. I was never "supposed to" run a steel fabrication business.
26. I have grown up being treated like this and now I have general distrust and expectation that this is how guys are in the industry. But for any young woman to have to deal with this is just sad. And unacceptable. Every little girl should have the exact same opportunities as a boy in this field. As a kid, I was not given books about construction and steel mills – I was given a book about how to be a mommy. I was given a doll, not a dump truck. I had to find that on my own. I tell people all the time that if your son and your daughter walk into a bank, your daughter isn't getting a construction loan, but your son is. That's just wrong.
27. If women are going to continue to be devalued based on their gender, how are young women ever going to be able to ask for a raise or a promotion or better yet start their own business? The DBE program helps balance this unfair playing field.
28. I know that speaking up about my experiences may impact my business. But just like no one can speak better about my business than I can, no one can speak better about the discrimination I have faced than me.

Buffalo, New York
Dated: 1/21/25

Lauren Chmielowiec