# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 3:23-cv-00072-GFVT-EBA |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for proposed intervenors, National Association of Minority Contractors ("NAMC"); Women First National Legislative Committee; Airport Minority Advisory Council ("AMAC"); Women Construction Owners & Executives, Illinois Chapter ("WCOE"); Atlantic Meridian Contracting Corp. ("AMC-Civil"); and Upstate Steel, Inc., which are private non-governmental parties, certify the following:

1. NAMC is a nonprofit trade association that does not have a parent corporation. No publicly held corporation owns 10 percent or more of any stake of NAMC.

2. Women First is a grassroots organization that does not have a parent corporation. No publicly held corporation owns 10 percent or more of any stake of Women First.

3. AMAC is a 501(c)(6) trade membership organization that does not have a parent corporation. No publicly held corporation owns 10 percent or more of any stake of AMAC.

4. WCOE is a trade association that does not have a parent corporation. No publicly held corporation owns 10 percent or more of any stake of WCOE.

5. AMC-Civil is a for-profit corporation that does not have a parent corporation. No publicly held corporation owns 10 percent or more of any stake of AMC-Civil.

6. Upstate Steel is a for-profit corporation that does not have a parent corporation. No publicly held corporation owns 10 percent or more of any stake of Upstate Steel.

Dated: January 24, 2025

Brooke Menschel*
DC Bar No. 9000389
Adnan Perwez*
DC Bar No. 90027532
Jessica Anne Morton*
DC Bar No. 1032316
Audrey Wiggins*
DC Bar No. 482877
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 Ext. 1011
bmenschel@democracyforward.org
aperwez@democracyforward.org
jmorton@democracyforward.org
awiggins@democracyforward.org

Respectfully submitted,

 /s/ *Douglas L. McSwain*
Douglas L. McSwain
KY Bar No. 46895
Wyatt, Tarrant & Combs LLP
250 West Main Street
Suite 1600
Lexington, KY 40507
(859) 288-7415
dmcswain@wyattfirm.com

Sarah von der Lippe*
DC Bar No. 454585
Minority Business Enterprise Legal Defense
and Education Fund, Inc.
1104 East Capitol St. NE
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Proposed Intervenor DBEs*

**Pro Hac Vice Forthcoming*

2

      Pursuant to Federal Rule of Civil Procedure 5(d)(1)(B), service of the foregoing is made on all parties of record through the Court's electronic service system.

Dated: January 24, 2025                      _/s/ *Douglas L. McSwain*_  
                                                             Douglas L. McSwain