# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **Case No. 3:23-cv-00072-GFVT-EBA** |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MOTION FOR PRO HAC VICE ADMISSION OF ADNAN PERWEZ

Pursuant to Joint Local Rule of Civil Practice 83.2, Movant Douglas L. McSwain, an active and sponsoring member of the Bar of this Court, respectfully moves this Court for permission for Adnan Perwez to appear *pro hac vice* as counsel for Proposed Intervenor Defendants National Association of Minority Contractors, Women First National Legislative Committee, Airport Minority Advisory Council, the Illinois Chapter of Women Construction Owners & Executives, Atlantic Meridian Contracting Corp., and Upstate Steel, Inc. (collectively "Intervenor DBEs") in this matter:

1.　Adnan Perwez is admitted in, and an active member in good standing of, the State Bar of the District of Columbia, as demonstrated by the Certificate of Good Standing attached hereto as Exhibit A and dated within the past 90 days of this Motion.

2.　Mr. Perwez is not admitted to any additional courts.

3.　Mr. Perwez is not currently and has not ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority.

1

4. Mr. Perwez consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Mr. Perwez has completed the webpage tutorials on ECF Training that are accessible online via this Court's website at https://resources.kyed.uscourts.gov/ecf2d/index.html.

6. Mr. Perwez will submit the prescribed fee of $125.00 for *pro hac vice* admission with the Clerk of the Court concurrent with the filing of the Motion.

WHEREFORE, having satisfied each of the requirements of LR 83.2, and for good cause shown, the undersigned counsel respectfully requests that this Motion for Admission *Pro Hac Vice* be granted so that Adnan Perwez may attend and participate in all matters on behalf of Intervenor DBEs in this litigation.

Dated: January 24, 2025              Respectfully submitted,

/s/ *Douglas L. McSwain*
Douglas L. McSwain
KY Bar No. 46895
Wyatt, Tarrant & Combs LLP
250 West Main Street
Suite 1600
Lexington, KY 40507
(859) 288-7415
dmcswain@wyattfirm.com

Pursuant to Federal Rule of Civil Procedure 5(d)(1)(B), service of the foregoing and accompanying proposed order is made on all parties of record through the Court's electronic service system.

Dated: January 24, 2025        /s/ *Douglas L. McSwain*
                               Douglas L. McSwain