UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:23-cv-00072-GFVT-EBA |

## MOTION FOR PRO HAC VICE ADMISSION OF SARAH VON DER LIPPE

Pursuant to Joint Local Rule of Civil Practice 83.2, Movant Douglas L. McSwain, an active and sponsoring member of the Bar of this Court, respectfully moves this Court for permission for Sarah von der Lippe to appear *pro hac vice* as counsel for Proposed Intervenor Defendants National Association of Minority Contractors, Women First National Legislative Committee, Airport Minority Advisory Council, the Illinois Chapter of Women Construction Owners & Executives, Atlantic Meridian Contracting Corp., and Upstate Steel, Inc. (collectively "Intervenor DBEs") in this matter:

1.    Sarah von der Lippe is admitted in, and an active member in good standing of, the State Bar of District of Columbia, as demonstrated by the Certificate of Good Standing attached hereto as Exhibit A and dated within the past 90 days of this Motion.

2.    Ms. von der Lippe is also admitted in, and an active member in good standing of, the following courts: State Bar of Massachusetts.

1

3. Ms. von der Lippe is not currently and has not ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority.

4. Ms. von der Lippe consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Ms. von der Lippe has completed the webpage tutorials on ECF Training that are accessible online via this Court's website at https://resources.kyed.uscourts.gov/ecf2d/index.html.

6. Ms. von der Lippe will submit the prescribed fee of $125.00 for *pro hac vice* admission with the Clerk of the Court concurrent with the filing of the Motion.

WHEREFORE, having satisfied each of the requirements of LR 83.2, and for good cause shown, the undersigned counsel respectfully requests that this Motion for Admission *Pro Hac Vice* be granted so that Sarah von der Lippe may attend and participate in all matters on behalf of Intervenor DBEs in this litigation.

Dated: January 24, 2025                Respectfully submitted,

/s/ *Douglas L. McSwain*
Douglas L. McSwain
KY Bar No. 46895
Wyatt, Tarrant & Combs LLP
250 West Main Street
Suite 1600
Lexington, KY 40507
(859) 288-7415
dmcswain@wyattfirm.com

Pursuant to Federal Rule of Civil Procedure 5(d)(1)(B), service of the foregoing and accompanying proposed order is made on all parties of record through the Court's electronic service system.

Dated: January 24, 2025                                    /s/ *Douglas L. McSwain*
                                                           Douglas L. McSwain