# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | **Case No. 3:23-cv-00072-GFVT-EBA** ) ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) |
| Defendants. | ) |

## PROPOSED ORDER

Upon consideration of Proposed Intervenor DBEs' motion for *pro hac vice* admission of Audrey Wiggins, it is hereby

**ORDERED** that Intervenor DBEs' motion is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2025.

_____
THE HON. GREGORY F. VAN TATENHOVE
UNITED STATES DISTRICT JUDGE