UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:23-CV-00072-GFVT-EBA

MID-AMERICA MILLING COMPANY, *et al.,*                               PLAINTIFFS,

V.                                          **ORDER**

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,                                            DEFENDANTS.

*** *** *** ***

This matter is before the undersigned on several motions to appear *pro hac vice* for Proposed Intervenor Defendants National Association of Minority Contractors, Women First National Legislative Committee, Airport Minority Advisory Council, the Illinois Chapter of Women Construction Owners & Executives, Atlantic Meridian Contracting Corporation, and Upstate Steel, Inc. (collectively, "Proposed Intervenor Defendants"). [R. 58; R. 59; R. 60; R. 61; R. 62]. Specifically, Proposed Intervenor Defendants seek permission to allow the following persons to appear in this action *pro hac vice* on their behalf: Brooke Menschel, Esq., Jessica Anne Morton, Esq., Adnan Perwez, Esq., Sarah von der Lippe, Esq., and Audrey Wiggins, Esq. [*Id.*]. The proper showings have been made and all admission fees have been paid. Having considered the matters fully, and being otherwise sufficiently advised,

**IT IS ORDERED** that the motions to appear *pro hac vice*, [R. 58; R. 59; R. 60; R. 61;. R. 62], are **GRANTED**. Brooke Menschel, Esq., Jessica Anne Morton, Esq., Adnan Perwez, Esq., Sarah von der Lippe, Esq., and Audrey Wiggins, Esq. are hereby admitted to practice *pro hac vice* for all purposes in the above-styled action.

Signed January 27, 2025.



Signed By:
**_Edward B. Atkins_** *EBA*
**United States Magistrate Judge**