UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:23-CV-00072-GFVT-EBA

MID-AMERICA MILLING COMPANY, *et al.*,                                    PLAINTIFFS,

V.                                                **ORDER**

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,                                                 DEFENDANTS.

*** *** *** ***

This matter is before the Court on a Motion to Intervene by Proposed Intervenor Defendants National Association of Minority Contractors, Women First National Legislative Committee, Airport Minority Advisory Council, the Illinois Chapter of Women Construction Owners & Executives, Atlantic Meridian Contracting Corporation, and Upstate Steel, Inc. (collectively, "Proposed Intervenor Defendants"). [R. 57]. Proposed Intervenor Defendants contend that they are entitled to intervene as of right under Rule 24(a) or, in the alternative, that the Court should grant permissive intervention under Rule 24(b). [*Id.*]. Having considered the matters fully, and being otherwise sufficiently advised,

**IT IS ORDERED** that any Response(s) to the Proposed Intervenor Defendants' Motion to Intervene, [R. 57], should be filed **on or before WEDNESDAY, FEBRUARY 5, 2025**. Any Reply should be filed **on or before MONDAY, FEBRUARY 10, 2025**.

Signed January 27, 2025.

Signed By:
*Edward B. Atkins*   *EBA*
**United States Magistrate Judge**