UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| **MID-AMERICA MILLING COMPANY, LLC**, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**UNITED STATES DEPARTMENT OF TRANSPORTATION**, *et al.*,<br><br>　　　　Defendants. | Case No. 3:23-cv-00072-GFVT-EBA |

## DEFENDANTS' RESPONSE TO PUTATIVE INTERVENOR DEFENDANTS' MOTION TO INTERVENE

Defendants do not take a position on the Motion to Intervene, ECF No. 57, filed by Putative Intervenor Defendants National Association of Minority Contractors; Women First National Legislative Committee; Airport Minority Advisor Council; Women Construction Owners & Executives, Illinois Chapter; Atlantic Meridian Contracting Corporation; and Upstate Steel, Inc.

Dated: February 5, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　KAREN D. WOODARD
　　　　　　　　　　　　　　　　　　　　　Chief
　　　　　　　　　　　　　　　　　　　　　Employment Litigation Section
　　　　　　　　　　　　　　　　　　　　　Civil Rights Division

　　　　　　　　　　　　　　　　　　　　　/s/ Robert Rich
　　　　　　　　　　　　　　　　　　　　　ANDREW BRANIFF
　　　　　　　　　　　　　　　　　　　　　(IN Bar No. 23430-71)
　　　　　　　　　　　　　　　　　　　　　Deputy Chief
　　　　　　　　　　　　　　　　　　　　　ROBERT RICH
　　　　　　　　　　　　　　　　　　　　　(DC Bar No. 1016908)
　　　　　　　　　　　　　　　　　　　　　JILLIAN MOO-YOUNG

(DC Bar No. 1045088)
DAVID REESE
(AL Bar No. ASB-0887-167R)
Trial Attorneys
Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 598-9898
Robert.Rich@usdoj.gov

*Counsel for Defendants*