UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

**MID-AMERICA MILLING COMPANY, LLC**, *et al.*,

    **Plaintiffs,**

v.

**UNITED STATES DEPARTMENT OF TRANSPORTATION,** *et al.*,

    **Defendants.**

Case No. 3:23-cv-00072-GFVT-EBA

**ORDER**

Upon consideration of the Parties' Joint Motion to Stay this action, the entire record, and for good cause shown, it is:

**ORDERED** that the Motion is **GRANTED**; and this action is hereby

**STAYED** for 90 days from the date of this order; and it is further

**ORDERED** that the Parties must submit a joint status report on settlement discussions within 10 days of the conclusion of the stay. Nothing in this order shall affect the status of the preliminary injunction ordered by this Court on September 23, 2024, and as modified by the Court on October 31, 2024.

So **ORDERED** this _____ day of February, 2025.

                                                                  _____
                                                                  EDWARD B. ATKINS
                                                                  United States Magistrate Judge