# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

| | |
|---|---|
| **MID-AMERICA MILLING COMPANY, LLC**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF TRANSPORTATION**, *et al.*, <br><br> **Defendants.** | Case No. 3:23-cv-00072-GFVT-EBA |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE WRITTEN DISCOVERY REQUESTS

Defendants respectfully move the Court for a brief extension of time to serve their written discovery requests. *See* Fed. R. Civ. P. 6(b)(1)(A); LR 7.1(b). On December 12, 2024, the Court entered a Scheduling Order, ECF No. 52, providing, among other things, that "[t]he Parties will serve all document requests, interrogatories, including contention interrogatories, and requests for admission on or before **February 10, 2025**." *Id.* at 2 (emphasis in original). Defendants respectfully request a 14-day extension of time to serve these requests, from February 10, 2025 to February 24, 2025, to allow the Court time to consider the Parties' pending Joint Motion to Stay, ECF No. 69, which seeks a 90-day stay of all deadlines set forth in the Scheduling Order to permit Defendants the opportunity to consider their litigating position in this case and the Parties an opportunity to explore settlement. The Parties have conferred, and Plaintiffs do not oppose this motion. Good cause for this extension exists, as no Party will suffer prejudice by this brief extension, and the extension will allow the Parties to temporarily conserve their resources while

the Court considers the pending Motion to Stay.

For the foregoing reasons, the Court should grant the Defendants' Motion for Extension of Time to Serve Written Discovery Requests and extend the time for the Defendants to serve their written discovery requests from February 10, 2025 to February 24, 2025.

| | |
|---|---|
| Dated: February 10, 2025 | Respectfully submitted, |
| | KAREN D. WOODARD<br>Chief<br>Employment Litigation Section<br>Civil Rights Division |
| | /s/ Robert Rich<br>ANDREW BRANIFF<br>(IN Bar No. 23430-71)<br>Deputy Chief<br>ROBERT RICH<br>(DC Bar No. 1016908)<br>Trial Attorney<br>Employment Litigation Section<br>Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>(202) 532-5987<br>Andrew.Braniff@usdoj.gov |
| | *Counsel for Defendants* |