**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

| | |
|---|---|
| **MID-AMERICA MILLING COMPANY, LLC, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,**<br><br>Defendants. | Case No. 3:23-cv-00072-GFVT-EBA |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to Serve Written Discovery Requests, the entire record, and for good cause shown, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Defendants will serve all document requests, interrogatories, including contention interrogatories, and requests for admission on or before February 24, 2025.

So **ORDERED** this _____ day of February, 2025.

_____
EDWARD B. ATKINS
United States Magistrate Judge