UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) |
| Defendants. | ) ) |

Case No. 3:23-cv-00072-GFVT-EBA

## INTERVENOR DBES' RESPONSE TO PARTIES' JOINT MOTION TO STAY

Proposed Intervenor Defendant DBEs, National Association of Minority Contractors ("NAMC"); Women First National Legislative Committee; Airport Minority Advisory Council ("AMAC"); Women Construction Owners & Executives, Illinois Chapter ("WCOE"); Atlantic Meridian Contracting Corp. ("AMC-Civil"); and Upstate Steel, Inc., submit this response to the Parties' Joint Motion to Stay (Doc. 69) this action for 90 days. Intervenor DBEs respectfully request that, if the Court grants this Motion, that the Court limit any such stay to the deadlines set forth in the Scheduling Order (Doc. 52) and move forward with consideration of Intervenor DBEs' Motion to Intervene. That motion, which is fully briefed as of yesterday, February 10, 2025, is ripe for consideration. *See* Docs. 57, 67, 68, 70; *see also* Doc. 65.

Intervenor DBEs moved to intervene because they believed that the new presidential administration may change its litigating position in such a way that resolution of the case, through settlement or otherwise, absent Intervenor DBEs' participation would impair Intervenor DBEs' interests. *See, e.g.*, Doc. 57 at 19-24, PageID 935-940; Doc. 70 at 4, Page ID 1067. As the Parties themselves indicated in their Motion to Stay, the government is currently in the process of doing

1

just that. Doc. 69 at 2, PageID 1060. As a result, Intervenor DBEs believe that their proposed amendment to the Parties' proposed motion would allow Defendants to evaluate their position in this case, and the Parties—including Intervenor DBEs if the Court grants the Motion to Intervene—to explore settlement, without hindering Intervenor DBEs' ability to protect their interests in this litigation.

Dated: February 11, 2025

Brooke Menschel*
DC Bar No. 9000389
Adnan Perwez*
DC Bar No. 90027532
Audrey Wiggins*
DC Bar No. 482877
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 Ext. 1011
bmenschel@democracyforward.org
aperwez@democracyforward.org
awiggins@democracyforward.org

Respectfully submitted,

/s/ *Douglas L. McSwain*
Douglas L. McSwain
KY Bar No. 46895
Wyatt, Tarrant & Combs LLP
250 West Main Street
Suite 1600
Lexington, KY 40507
(859) 288-7415
dmcswain@wyattfirm.com

Sarah von der Lippe*
DC Bar No. 454585
Minority Business Enterprise Legal
Defense and Education Fund, Inc.
1104 East Capitol St. NE
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Proposed Intervenor DBEs*
**admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d)(1)(B), service of the foregoing is made on all parties of record through the Court's electronic service system.

Dated: February 11, 2025                             /s/ *Douglas L. McSwain*
                                                                      Douglas L. McSwain