# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    Case No. 3:23-cv-00072-GFVT-EBA |
| | ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## **PROPOSED ORDER**

Upon consideration of the Parties' Joint Motion to Stay this action (Doc. 69), the entire record, and for good cause show, it is:

**ORDERED** that the Motion to Stay is **GRANTED** as to deadlines in the Court's Scheduling Order (Doc. 52) and a limited **STAY** of this action is imposed for 90 days from the date of this order;

**DENIED** as to Proposed Intervenor Defendants' Motion to Intervene (Doc. 57), which is not stayed and is under submission; and it is

**ORDERED** that the Parties must submit a joint status report on settlement discussions within 10 days of the conclusion of the stay. Nothing in this order shall affect the status of the preliminary injunction ordered by this Court on September 23, 2024, and as modified by the Court on October 31, 2024.

    **SO ORDERED** this ____ day of ____, 2025.

 

_____
THE HON. GREGORY F. VAN TATENHOVE
UNITED STATES DISTRICT JUDGE