UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

---

MID-AMERICA MILLING COMPANY,
LLC, *et al.*,

      Plaintiffs,

v.                                                                 Case No. 3:23-cv-00072-GFVT-EBA

UNITED STATES DEPARTMENT
OF TRANSPORTATION, *et al.*,

      Defendants.

---

**PARTIES' JOINT MOTION TO EXTEND SCHEDULING DEADLINES
WHILE JOINT MOTION TO STAY IS PENDING**

---

The Parties respectfully request the Court to extend all scheduling deadlines by the period of time running from the day the Parties' Joint Motion to Stay was filed, *see* ECF 69, to the day that motion is decided. *See* Fed. R. Civ. P. 6(b)(1)(A); LR 7.1(b).

On December 12, 2024, the Court entered a Scheduling Order, providing, among other things, that document discovery be completed by February 10, 2025; that fact discovery be completed by April 10, 2025; and that the Parties disclose expert witnesses and serve reports by April and May deadlines. ECF 52:1–2.

On February 10, 2025, the Parties filed a Joint Motion to Stay this action—including but not limited to all deadlines set forth in the Court's Scheduling Order, ECF No. 52—for a period of 90 days. ECF 69. Given the federal government's recent change in administration and new executive orders, this request was intended to permit the Defendants an opportunity to consider

their litigating position in this case and the Parties an opportunity to explore the availability of any settlement of Plaintiffs' claims. *See id*.

On February 14, 2025, the Court granted Defendants' unopposed motion for a 14-day extension of time to serve document discovery, from February 10 to February 24. ECF 74.

At this time, the Parties respectfully request that the Court extend all scheduling deadlines (February 2025 and on) by the period of time running from the day the Parties' Joint Motion to Stay was filed on February 10, 2025, *see* ECF 69, to the day that motion is decided. As the Court's Scheduling Order addresses various case deadlines and the overall timeline and management of this case, the Parties believe that their request herein (to extend the deadlines by the period of time in which the Parties' Joint Motion to Stay remains pending) would ultimately limit the Parties' need to seek further adjustments to the Scheduling Order while preserving the deadlines in parity with one another and allowing the Court time to consider the Parties' pending Joint Motion to Stay this case. Good cause for this extension exists, as no Party will suffer prejudice, and this extension will allow the Parties to temporarily conserve their resources and preserve the parity of deadlines while the Court considers the Parties' pending Joint Motion to Stay the case. The Parties further agree that within 10 days of a ruling on the Joint Motion to Stay, ECF 69, or within 10 days of the expiration of any stay granted, whichever is later, they will submit a joint report with an update regarding Defendants' litigation position in this case, the progress of any settlement discussions, and proposed amendments to discovery and case deadlines.

For the foregoing reasons, the Court should grant the Parties' Joint Motion to Extend the Scheduling Deadlines by the period of time in which the Parties' Joint Motion to Stay the case is pending.

Dated: February 24, 2025                    Respectfully submitted,

**COUNSEL FOR PLAINTIFFS:**

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

*/s/ Cara Tolliver*

Richard M. Esenberg (WI Bar No. 1005622)
Daniel P. Lennington (WI Bar No. 1088694)
Cara M. Tolliver (WI Bar No. 1112818)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Rick@will-law.org
Dan@will-law.org
Cara@will-law.org

COMMONWEALTH COUNSEL GROUP, PLLC
Jason M. Nemes (KBA# 90546)
Greg Healey (KBA# 99546)
10343 Linn Station Road, Suite 100
Louisville, KY 40223
jason@ccgattorneys.com
greg@ccgattorneys.com

**COUNSEL FOR DEFENDANTS:**

KAREN D. WOODARD
Chief
Employment Litigation Section
Civil Rights Division
*/s/Andrew Braniff*
ANDREW BRANIFF
(IN Bar No. 23430-71)
Deputy Chief
ROBERT RICH
(DC Bar No. 1016908)
Trial Attorney
Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 532-5987
Andrew.Braniff@usdoj.gov