3:23-cv-00072-GFVT-EBA

Sarah von der Lippe
Minority Business Enterprise Legal Defen
104 East Capital Street NE
Washington, DC 20043

MAR 27 2025
AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

CAPITAL DISTRICT 208
25 MAR 2025 PM 1 L



$0.69
US POSTAGE IMI
FIRST-CLASS
063S0008751769
FROM 40601

CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
330 W. BROADWAY, ROOM 313
FRANKFORT, KENTUCKY 40601

OFFICIAL BUSINESS

NIXIE    171   DE 1          9803/26/25
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 40601199399    *1176-87324-26-45
40601>1983