IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et. al.* <br><br> Defendants. | Case No. 3:23-cv-00072-GFVT |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83(6), the undersigned hereby notifies the Court of his withdrawal from this matter as attorney of record. The client was informed of the undersigned's withdrawal. Frederick R. Bentley III and David B. Owsley III remain counsel of record for Proposed Intervenor Plaintiffs Central Seal Company and Charbon Contracting, LLC.

Respectfully submitted,

*/s/ Kyle S. Schroader*
Kyle S. Schroader
**STITES & HARBISON PLLC**
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 587-3400
kschroader@stites.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 27, 2025, a copy of the foregoing has been filed via the Court's electronic filing system which has served a copy on all counsel of record.

*/s/ Kyle S. Schroader*