# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

**MID-AMERICA MILLING COMPANY, LLC,** *et al.*,

    **Plaintiffs,**

v.

**UNITED STATES DEPARTMENT OF TRANSPORTATION,** *et al.*,

    **Defendants.**

Case No. 3:23-cv-00072-GFVT-EBA

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

Plaintiffs Mid-America Milling Company, LLC and Bagshaw Trucking Inc., and Defendants the United States Department of Transportation, Sean Duffy, Secretary of Transportation, the Administrator of the Federal Highway Administration, and Shundreka Givan, Division Administrator of the Federal Highway Administration's Kentucky Division (collectively, "DOT"), jointly move for entry of the attached Consent Order. On October 26, 2023, Plaintiffs filed this action under the Fifth Amendment to the United States Constitution and the Administrative Procedure Act. ECF No. 1.  On October 7, 2024, DOT filed an Answer denying the allegations in the Complaint. ECF No. 45.  Without admitting liability, DOT nevertheless wishes to resolve this matter, and they hereby consent to the Court's entry of judgment in this case and the permanent injunction embodied in Section III of the Consent Order.  Therefore, Plaintiffs and DOT waive findings of fact and conclusions of law under Federal Rules of Civil Procedure 52 and 65 and request that the Court approve, sign, and enter the attached Consent Order as its final order and judgment in this case.

Plaintiffs and DOT are also aware of the Memorandum Opinion and Order filed on May 21, 2025 by Magistrate Judge Edward B. Atkins, granting the Intervenor DBEs' Motion to Intervene as Defendants in the above-captioned matter. Plaintiffs and DOT make no representation as to the position of the Intervenor-Defendants.

Dated: May 28, 2025                                   Respectfully submitted,

**COUNSEL FOR DEFENDANTS**:                           KAREN D. WOODARD
                                                      Chief
                                                      Employment Litigation Section
                                                      Civil Rights Division

                                                      /s/Andrew Braniff
                                                      ANDREW BRANIFF
                                                      (IN Bar No. 23430-71)
                                                      Counsel for the United States
                                                      Civil Rights Division
                                                      United States Department of Justice
                                                      950 Pennsylvania Avenue NW
                                                      Washington, DC 20530
                                                      (202) 532-5987
                                                      Andrew.Braniff@usdoj.gov


**FOR DEFENDANTS:**                                   /s/Charles E. Enloe

                                                      U.S. Department of Transportation
                                                      GREGORY D. COTE
                                                      *Acting General Counsel*
                                                      CHARLES E. ENLOE
                                                      *Assistant General Counsel*
                                                      *for Litigation and Enforcement*
                                                      PETER J. PLOCKI
                                                      *Deputy Assistant General Counsel*
                                                      *for Litigation and Enforcement*


**COUNSEL FOR PLAINTIFFS:**                           /s/Cara Tolliver

                                                      Richard M. Esenberg (WI Bar No. 1005622)
                                                      Daniel P. Lennington (WI Bar No. 1088694)

2

        Cara M. Tolliver (WI Bar No. 1112818)
Wisconsin Institute for Law & Liberty
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Rick@will-law.org
Dan@will-law.org
Cara@will-law.org

Jason M. Nemes (KBA# 90546)
Greg Healey (KBA# 99546)
Commonwealth Counsel Group, PLLC
10343 Linn Station Road, Suite 100
Louisville, KY 40223
jason@ccgattorneys.com
greg@ccgattorneys.com