## **CERTIFICATE OF SERVICE**

      I hereby certify on this the 28th day of May, 2025, that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify all counsel of record.

      */s/ Jillian Moo-Young*
JILLIAN MOO-YOUNG

Trial Attorney
United States Department of Justice