## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) **Case No. 3:23-cv-00072-GFVT-EBA** ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) ) |
| Defendants. | |

### NOTICE OF INTENT TO FILE RESPONSE IN OPPOSITION

Intervenor DBEs—National Association of Minority Contractors, Women First National Legislative Committee, Airport Minority Advisory Council, the Illinois Chapter of Women Construction Owners & Executives, Atlantic Meridian Contracting Corp., and Upstate Steel, Inc.—respectfully submit this Notice of their intent to file, pursuant to LR 7.1(c), a Response in Opposition to the Joint Motion for Entry of Consent Order filed by Plaintiffs and Defendants on May 28, 2025. ECF No. 82. On May 21, 2025, this Court granted Intervenor DBEs' Motion to Intervene. ECF No. 78. The movants who filed the Joint Motion did not consult Intervenor DBEs prior to filing same. *See* ECF No. 82 at 2.

Intervenor DBEs intend to file their Response in Opposition within the time frame set out in LR 7.1(c)—i.e., on or before June 18, 2025.

Dated: May 29, 2025

Sarah von der Lippe*
DC Bar No. 454585
Minority Business Enterprise Legal Defense
and Education Fund, Inc.
1104 East Capitol St. NE
Washington, DC 20002
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

Douglas L. McSwain
KY Bar No. 46895
Wyatt, Tarrant & Combs LLP
250 West Main Street
Suite 1600
Lexington, KY 40507
(859) 288-7415
dmcswain@wyattfirm.com

Respectfully submitted,

*/s/ Brooke Menschel*
Brooke Menschel*
DC Bar No. 9000389
Adnan Perwez*
DC Bar No. 90027532
Audrey Wiggins*
DC Bar No. 482877
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 Ext. 1011
bmenschel@democracyforward.org
aperwez@democracyforward.org
awiggins@democracyforward.org


*Counsel for Intervenor DBEs*
**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(d)(1)(B), service of the foregoing and accompanying proposed order is made on all parties of record through the Court's electronic service system.

Dated: May 29, 2025 	*/s/ Brooke Menschel*
	Brooke Menschel
	*Counsel for Intervenor DBEs*