IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, PETER P. BUTTIGIEG, SHAILEN BHATT, & TODD JETER, <br><br> Defendants. | Case No. 3:23-cv-00072-GFVT |

**CENTRAL SEAL AND CHARBON'S RESPONSE TO JOINT MOTION FOR ENTRY OF CONSENT ORDER**

Proposed Intervenor Plaintiffs Central Seal Company ("Central Seal") and Charbon Contracting, LLC ("Charbon") submit this response to the Joint Motion for Entry of Consent Order filed by Plaintiffs and Defendants (DN 82).

Central Seal and Charbon do not oppose entry of the proposed Consent Order so long as their pending motion to intervene as a matter by right pursuant to Fed. R. Civ. P. 24(a) or, alternatively, by permission pursuant to Rule 24(b), is granted and the terms of the Consent Order apply equally to Central Seal and Charbon.

Central Seal and Charbon are employee-owned companies (ESOPs) based in Kentucky who frequently bid on road construction projects. While a significant percentage of Central Seal and Charbon's employee-owners are women or other

individuals deemed "socially and economically disadvantaged" pursuant to 15 U.S.C. 637 (10% and 39% respectively), Central Seal and Charbon do not qualify as Disadvantaged Business Enterprises (or "DBE's") under that section.

As set for the in their moving papers (*see* DN 53, 66), over a period of years Central Seal and Charbon have systematically and consistently not been awarded contracts despite being the lowest bidder due to the implementation of the DBE program goals. In repeated instances, Central Seal and Charbon have lost contracts to higher DBE bidders. This loss has continued and increased since the Court's entry of the preliminary injunction in September 2024 because the Kentucky Transportation Cabinet ("KYTC") has attempted to meet DBE goals on the remaining contracts where Plaintiffs MAMCO and Bagshaw are not participating bidders. (*See* DN 53 at 2–3). And despite Executive Order No. 14173 signed on January 21, 2025, DBE goals have still been implemented on Kentucky bids set out for letting in February, March, April, May, and June 2025. (See https://transportation.ky.gov/Construction-Procurement/Pages/default.aspx at "Lettings.")

Accordingly, Central Seal and Charbon respectfully request that their motion to intervene be granted and that the scope of the proposed Consent Order and permanent injunction apply equally to Central Seal and Charbon.

Respectfully submitted,

*/s/ Frederick R. Bentley III*
David B. Owsley II
Frederick R. Bentley III
**STITES & HARBISON PLLC**
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 587-3400
dowsley@stites.com
rbentley@stites.com

*Counsel for Central Seal and Charbon*

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing was served on all following counsel of record via the Court's electronic filing system on this 13th day of June, 2025.

*/s/ Frederick R. Bentley III*
Frederick R. Bentley III

3