UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
FILED
JUN 16 2025
AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00072-GFVT-EBA |

### MOTION OF IDAHO, NORTH DAKOTA, ALABAMA, ARKANSAS, FLORIDA, INDIANA, IOWA, KANSAS, KENTUCKY, MISSISSIPPI, MISSOURI, MONTANA, NEBRASKA, OHIO, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, TEXAS, WEST VIRGINIA, AND THE ARIZONA LEGISLATURE FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF JOINT MOTION FOR ENTRY OF CONSENT ORDER

The States of Idaho, North Dakota, Alabama, Arkansas, Florida, Indiana, Iowa, Kansas, Kentucky, Mississippi, Missouri, Montana, Nebraska, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, West Virginia, and the Arizona Legislature, (*Amici* States), respectfully request leave to file the accompanying amicus brief in support of the joint motion for entry of consent order. Counsel for Plaintiffs, Defendants, and the Intervenors whose intervention requests were already granted have consented to *Amici* States filing this brief.

*Amici* States have a significant interest in this litigation and in the entry of the consent order. As the Court has observed, the Disadvantaged Business Enterprise (DBE) program is implemented and administered by "fund recipients"—principally, States and their "state departments of transportation." *Mid-Am. Milling Co., LLC v. DOT*, 2024 WL 4267183, at *1 (E.D.

Ky. Sept. 23, 2024). As the accompanying amicus brief explains more fully, the DBE program has (1) cost States millions of dollars in overhead costs and higher bids on transportation projects, and (2) conditioned their receipt of federal funds on participation in the "sordid business" of "divvying [ ] up" their citizens "by race." *League of United Latin Am. Citizens v. Perry*, 548 U.S. 399, 511 (2006) (opinion of Roberts, J.). The proposed consent order promises to change all that.

The accompanying amicus brief will be "useful" to the Court's consideration of the motion for entry of the proposed consent order, *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991), because it sheds light on why the consent order is "consistent with the public interest." *United States v. Cnty. of Muskegon*, 298 F.3d 569, 580–81 (6th Cir. 2002) (cleaned up). *Amici* States offer their unique insights on how the DBE program harms the public more broadly, and how that harm will be remedied by the consent order. *Moore v. Humana, Inc.*, 2022 WL 20766503, at *2 (W.D. Ky. Mar. 31, 2022) (in deciding whether to grant leave to file an amicus, courts often consider whether "the proposed amici address[ ] matters or advances arguments different from those raised by the parties"). In short, under the proposed consent order, taxpayers will no longer be required to fund a "racial spoils system"[1] in which they pay extra to give certain contractors a windfall based on their race and sex, and the public can avoid the demeaning and divisive effects that inevitably accompany programs that embed racial preference in the provision of public benefits. *Grutter v. Bollinger*, 539 U.S. 306, 353 (2003) (Thomas, J., concurring) ("[E]very time the government places citizens on racial registers and makes race relevant to the provision of burdens or benefits, it demeans us all").

---

[1] *See Goodbye to Racial Quotas in Federal Contracts*, Wall St. J. (May 29, 2025), https://tinyurl.com/n6pn4x5p.

For these reasons, the Court should use its broad discretion to grant *Amici* States' request for leave to file the attached amicus brief.

DATED: June 12, 2025

        RAÚL R. LABRADOR
        Attorney General
        State of Idaho

        /s/ *Alan M. Hurst*
        Alan M. Hurst
        Solicitor General
        Office of the Idaho Attorney General
        700 W. Jefferson St. Ste. 210
        Boise, ID 83720
        (208) 334-2400
        *Pro Hac Vice* application filed with this motion
        *Attorney for Amici State of Idaho, et al.*

## ADDITIONAL SIGNATORIES AND COUNSEL

DREW H. WRIGLEY
Attorney General
State of North Dakota

STEVE MARSHALL
Attorney General
State of Alabama

TIM GRIFFIN
Attorney General
State of Arkansas

JAMES UTHMEIER
Attorney General
State of Florida

THEODORE E. ROKITA
Attorney General
State of Indiana

BRENNA BIRD
Attorney General
State of Iowa

KRIS KOBACH
Attorney General
State of Kansas

RUSSEL COLEMAN
Attorney General
State of Kentucky

LYNN FITCH
Attorney General
State of Mississippi

ANDREW BAILEY
Attorney General
State of Missouri

AUSTIN KNUDSEN
Attorney General
State of Montana

MIKE HILGERS
Attorney General
State of Nebraska

DAVE YOST
Attorney General
State of Ohio

GENTNER DRUMMOND
Attorney General
State of Oklahoma

ALAN WILSON
Attorney General
State of South Carolina

MARTY JACKLEY
Attorney General
State of South Dakota

JONATHAN SKRMETTI
Attorney General
State of Tennessee

KEN PAXTON
Attorney General
State of Texas

JOHN B. MCCUSKEY
Attorney General
State of West Virginia

WARREN PETERSON
President of the Senate
*State of Arizona*

*By counsel:*
Rusty D. Crandell
Majority General Counsel
Arizona State Senate
1700 W. Washington St.
Phoenix, Arizona 85007
rcrandell@azleg.gov
(602) 926-3137

STEVE MONTENEGRO
Speaker of the House of Representatives
*State of Arizona*

*By counsel:*
Linley Wilson
Majority General Counsel
Arizona House of Representatives
1700 W. Washington St.
Phoenix, Arizona 85007
lwilson@azleg.gov
(602) 926-5418

4

CERTIFICATE OF SERVICE

I certify that on June 12, 2025, the foregoing was mailed for physical filing with the Clerk of the Court via USPS.

Pursuant to Fed. R. Civ. P. 5(b), I also certify that paper copies were mailed via USPS to the following counsel representing the parties in this case:

**Plaintiffs' Counsel**
Cara Tolliver
Wisconsin Institute for Law & Liberty, Inc
330 E. Kilbourn Avenue
Suite 725
Milwaukee, WI 53202

Gregory Austin Healey
Lynch, Cox, Gilman & Goodman PSC
500 W. Jefferson Street
Suite 2100
Louisville, KY 40202

Jason Michael Nemes
Commonwealth Counsel Group, PLLC
10343 Linn Station Road
Louisville, KY 40223

**Defendants' Counsel**
Andrew Braniff
U.S. Department of Justice - Civil Rights
Housing and Civil Enforcement Section
950 Pennsylvania Ave, NW; 4-CON
Washington, DC 20530

Charles Ethan Enloe, GOV
U.S. Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**Intervenor-Defendants' Counsel**
Brooke Menschel
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Sarah C. Von Der Lippe
Law Office of Sarah C. Von Der Lippe
1104 E. Capital Street NE
Washington, DC 20002

Douglas L. McSwain
Wyatt, Tarrant & Combs LLP - Lexington
250 W. Main Street
Suite 1600
Lexington, KY 40507

**Movants' Counsel**
David Bryan Owsley, II
Stites & Harbison, PLLC - Louisville
400 W. Market Street
Suite 1800
Louisville, KY 40202

/s/ *Alan M. Hurst*
Alan M. Hurst