UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-00072-GFVT-EBA |

## DECLARATION OF MONICA CRIDER

I, Monica Crider, do declare under penalty of perjury as follows:

1. I am more than eighteen years of age and legally competent to make this declaration.

2. I have personal knowledge of the facts and statements set forth herein.

3. I am employed by the Idaho Transportation Department (ITD) and currently hold the position of State Design Engineer. I have held that position since 2022 and previously held the position from 2011 to 2014. I have been responsible for administering ITD construction contracting since 2011. I have been employed by ITD for more than 25 years.

4. In my capacity as State Design Engineer, I am familiar with data concerning prime contractors whose bids on road construction projects were disqualified

1

for failing to meet contract specifications for disadvantaged business enterprises (DBEs).

5. Information for bids rejected between October 6, 2021 and June 6, 2025 for failing to meet DBE requirements is depicted in the following table.

   a. Column B displays the name of the prime contractor.

   b. Column C displays the date the prime contractor's bid was submitted.

   c. Column D displays the amount of the original prime contractor's bid.

   d. Column E displays the amount of the successful bid after the original prime contractor's bid was disqualified.

   e. Column F displays the difference between the amount of the successful bid and the disqualified bid.

   f. Column G displays the minimum amount that state or local entities would have had to spend under federal regulations (7.34%) to cover the difference between the amount of the successful bid and the disqualified bid.

| Project Key No | Disqualified Bidder | Bid Date | Disqualified Bid | Successful Bid | Difference | Additional Match $ needed |
|---|---|---|---|---|---|---|
| 22770 | Apollo | 10/22/24 | 12,927,356.12 | 14,381,138.38 | $1,453,782.26 | $106,707.62 |
| 22715 | Sunroc | 10/1/24 | 86,317,940.93 | 96,143,241.00 | $9,825,300.07 | $721,177.03 |
| 22102 | LaRiviere | 5/14/24 | 3,932,422.60 | 3,933,282.00 | $859.40 | $63.08 |
| 20745 | Braun Jensen | 3/19/24 | 3,878,000.00 | 3,961,958.81 | $83,958.81 | $6,162.58 |
| 23041 | FD Thomas | 12/20/2023 | $3,962,603.00 | $4,180,800.00 | $218,197.00 | $16,015.66 |
| 20735 | Geneva | 4/7/2023 | $1,823,602.85 | $2,020,120.00 | $196,517.15 | $14,424.36 |
| 20083 | Wadsworth | 6/7/2022 | $26,920,654.74 | $29,871,191.00 | $2,950,536.26 | $216,569.36 |
| 20019 | Nampa Paving | 10/25/2022 | $2,256,741.82 | $2,756,376.15 | $499,634.33 | $36,673.16 |

$1,117,792.84

6. The information in the above table is taken from records regularly maintained by ITD in the course of its business.

2

DATED: June 12, 2025

/s/ *Monica Crider*
Monica Crider

CERTIFICATE OF SERVICE

I certify that on June 12, 2025, the foregoing was mailed for physical filing with the Clerk of the Court via USPS.

Pursuant to Fed. R. Civ. P. 5(b), I also certify that paper copies were mailed via USPS to the following counsel representing the parties in this case:

**Plaintiffs' Counsel**
Cara Tolliver
Wisconsin Institute for Law & Liberty, Inc
330 E. Kilbourn Avenue
Suite 725
Milwaukee, WI 53202

Gregory Austin Healey
Lynch, Cox, Gilman & Goodman PSC
500 W. Jefferson Street
Suite 2100
Louisville, KY 40202

Jason Michael Nemes
Commonwealth Counsel Group, PLLC
10343 Linn Station Road
Louisville, KY 40223

**Defendants' Counsel**
Andrew Braniff
U.S. Department of Justice - Civil Rights
Housing and Civil Enforcement Section
950 Pennsylvania Ave, NW; 4-CON
Washington, DC 20530

Charles Ethan Enloe, GOV
U.S. Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**Intervenor-Defendants' Counsel**
Brooke Menschel
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Sarah C. Von Der Lippe
Law Office of Sarah C. Von Der Lippe
1104 E. Capital Street NE
Washington, DC 20002

Douglas L. McSwain
Wyatt, Tarrant & Combs LLP - Lexington
250 W. Main Street
Suite 1600
Lexington, KY 40507

**Movants' Counsel**
David Bryan Owsley, II
Stites & Harbison, PLLC - Louisville
400 W. Market Street
Suite 1800
Louisville, KY 40202

/s/ *Alan M. Hurst*
Alan M. Hurst