UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00072-GFVT-EBA |

## ORDER

Motion having been made, and the Court being sufficiently advised:

**IT IS HEREBY ORDERED** that:

The motion of Idaho, North Dakota, Alabama, Arkansas, Florida, Indiana, Iowa, Kansas, Kentucky, Mississippi, Missouri, Montana, Nebraska, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, West Virginia, and the Arizona Legislature, for leave to file brief of *amici curiae* in support of the joint motion for entry of consent order is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that:

The Clerk **SHALL** file the tendered Amicus Brief in the above-styled action.