

Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010

Clerk's Office
313 John C. Watts Federal Building
330 West Broadway
Frankfort, KY 40601

```
ORIGIN ID:BOIA  (208) 332-1950      SHIP DATE: 12JUN25
SANTIAGO                            ACTWGT: 0.31 LB
STATE OF IDAHO DEPT OF ADMIN        CAD: 252337140/WSXI3600
550 W STATE ST

BOISE, ID 83702                     BILL SENDER
UNITED STATES US
```

TO **CLERK'S OFFICE**
**313 JOHN C WATTS FEDERAL BUILDING**
**330 W BROADWAY**

**FRANKFORT KY 40601**

FedEx Express



FRI - 13 JUN 5:00P
TRK# 2897 2251 2343    STANDARD OVERNIGHT

**XN SMEA**    40601
              KY-US  SDF

