Eastern District of Kentucky
**FILED**
JUN 16 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT**

| | |
|---|---|
| MID-AMERICA MILLING CO., et al.<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.<br><br>Defendants. | Civil Action No.<br>3:23-CV-00072-GFVT-EBA |

**MOTION FOR ADMISSION PRO HAC VICE OF JAMES C. LUH**

James C. Luh moves the Court under Local Rule 83.2 for permission to practice in this case on behalf of the State of Maryland, which intends to file a motion for leave to file a brief of amicus curiae in this action.

Mr. Luh is a member of the bar of New York and is admitted to practice, currently in active status, and in good standing as an attorney in New York; the U.S. Courts of Appeals for the Eleventh and District of Columbia Circuits; and the U.S. District Courts for the Eastern District of Texas, the Eastern District of Wisconsin, and the Western District of Wisconsin. A certificate of good standing from New York is attached.

Mr. Luh is not currently and has never been disbarred, suspended from practice, or subject to other disciplinary action by any court, bar, or other admitting or licensing authority.

Mr. Luh consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

Mr. Luh completed training on the Court's electronic filing system via the ECF Tutorial Electronic Learning Modules (ELMs) available on the Court's website.

Mr. Luh has paid the prescribed pro hac vice admission fee with the filing of this motion.

A proposed order is attached.

Date: June 12, 2025

ANTHONY G. BROWN
Attorney General of Maryland

/s/ James C. Luh

JAMES C. LUH
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us

Attorneys for State of Maryland

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for Admission Pro Hac Vice of James C. Luh on all counsel of record by email.

Date: June 12, 2025

/s/ C L

JAMES C. LUH
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us

Attorney for State of Maryland