Generated: Jun 16, 2025 9:49AM

# U.S. District Court

## Kentucky Eastern - Lexington

Receipt Date: Jun 16, 2025 9:49AM

James C. Luh
11 Peabody Ter
Apt 412
Cambridge , MA 02138

Rcpt. No: 500005812                Trans. Date: Jun 16, 2025 9:49AM                Cashier ID: #AH (6911)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DKYE525FP000001 /001 LIBRARY FUND | 1 | 125.00 | 125.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #234 | 06/12/2025 | $125.00 |
| | | | Total Due Prior to Payment: | $125.00 |
| | | | Total Tendered: | $125.00 |
| | | | Total Cash Received: | $0.00 |

**Comments:** Admission Pro Hac Vice for James C. Luh

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.