



- UPS Next Day Air®
- UPS Worldwide Express®
- UPS 2nd Day Air®
- UPS Worldwide Expedited®
- UPS Ground®
- UPS Standard®
- UPS 3 Day Select®

6/18/25, 3:37 PM

View/Print 1

1 LBS  1 OF 1
DWT: 11,8,1

DERRICK BUCKNER
412-255-2572
CITY OF PITTSBURGH MAILROOM
414 GRANT ST.
PITTSBURGH PA 15219

SHIP TO:
US DISTRICT COURT
CLERK OF COURTS
EASTERN DISTRICT OF KY, FRANKFORT
330 WEST BROADWAY
FRANKFORT KY 40601

KY 405 9-40

UPS NEXT DAY AIR
TRACKING #: 1Z V68 5F3 01 9311 1843

BILLING: P/P

