UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING CO., et al.<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.<br><br>Defendants. | Civil Action No.<br>3:23-CV-00072-GFVT-EBA |

**MOTION FOR LEAVE TO SUBMIT BRIEF OF AMICI CURIAE STATES OF MARYLAND, ILLINOIS, WASHINGTON, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAI'I, MAINE, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, OREGON, RHODE ISLAND, VERMONT, AND WISCONSIN**

The States of Maryland, Illinois, Washington, Arizona, California, Colorado, Connecticut, Delaware, the District of Columbia, Hawai'i, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Wisconsin (collectively, "the States") request leave to submit the attached Brief of Amici Curiae in opposition to the Joint Motion for Entry of Consent Order, ECF No. 82, filed by the plaintiffs and the federal defendants in this action (the "original parties") on May 28, 2025.

A court has discretion to permit the filing of an amicus brief through its inherent powers. *See, e.g.*, *Ark Encounter, LLC v. Stewart*, 311 F.R.D. 414, 426 (E.D. Ky. 2015); *Kentucky v. U.S. EPA*, Civil No. 3:23-cv-00007-GFVT, 2023 WL 2415219, at *3 (E.D. Ky. Mar. 8, 2023). The Court should exercise that discretion to permit the States to file their proposed amicus brief in this case. The States have an interest in the original parties' motion for at least two reasons: First, the States participate in the Disadvantaged Business Enterprise ("DBE") Program that is the focus of

1

the lawsuit and, under that program, are responsible for implementing DBE goals established in accordance with U.S. Department of Transportation regulations. Their exercise of that authority could be significantly affected by the proposed consent order. Second, the States have a broader interest in the proper functioning and use of the judicial system. The States' brief is likely to be helpful to the Court because it addresses issues that the original parties did not address in their motion. While some of these issues are addressed by the intervenors, the perspective of the States differs from that of the intervenors given that the States and intervenors inhabit different roles within DBE programs. And the States' request is timely; the States seek to file their brief less than a week after the intervenors' response to the motion was filed.

Accordingly, the Court should accept the States' filing. A proposed order is attached.

Date: June 24, 2025

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Virginia A. Williamson*
VIRGINIA A. WILLIAMSON
JAMES C. LUH
Assistant Attorney Generals
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
vwilliamson@oag.state.md.us

Attorneys for State of Maryland

**List of Additional Amici States Below**

KWAME RAOUL
*Attorney General*
*State of Illinois*
115 S. LaSalle Street
Chicago, IL 60603

KRIS MAYES
*Attorney General*
*State of Arizona*
2005 N. Central Ave
Phoenix, AZ 85004

PHILIP J. WEISER
*Attorney General*
*State of Colorado*
1300 Broadway
Denver, CO 80203

KATHLEEN JENNINGS
*Attorney General*
*State of Delaware*
820 N. French Street
Wilmington, DE 19801

ANNE E. LOPEZ
*Attorney General*
*State of Hawai'i*
425 Queen Street
Honolulu, HI 96813

ANDREA JOY CAMPBELL
*Attorney General*
*Commonwealth of Massachusetts*
One Ashburton Place
Boston, MA 02108

KEITH ELLISON
*Attorney General*
*State of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

NICHOLAS W. BROWN
*Attorney General*
*State of Washington*
1125 Washington Street SE, P.O. Box 40100
Olympia, WA 98504-0100

ROB BONTA
*Attorney General*
*State of California*
1300 I Street
Sacramento, CA 95814

WILLIAM TONG
*Attorney General*
*State of Connecticut*
165 Capitol Avenue
Hartford, CT 06106

BRIAN L. SCHWALB
*Attorney General*
*District of Columbia*
400 6th Street, NW, Suite 8100
Washington, DC 20001

AARON M. FREY
*Attorney General*
*State of Maine*
6 State House Station
Augusta, ME 04333

DANA NESSEL
*Attorney General*
*State of Michigan*
525 W. Ottawa Street, P.O. Box 30212
Lansing, MI 48909

AARON D. FORD
*Attorney General*
*State of Nevada*
100 N. Carson Street
Carson City, NV 89701

3

<div style="display: flex;">

MATTHEW J. PLATKIN
*Attorney General*
*State of New Jersey*
25 Market Street
Trenton, NJ 08625

LETITIA JAMES
*Attorney General*
*State of New York*
28 Liberty Street
New York, NY 10005

PETER F. NERONHA
*Attorney General*
*State of Rhode Island*
150 South Main Street
Providence, RI 02903

JOSHUA L. KAUL
*Attorney General*
*State of Wisconsin*
17 W. Main Street
Madison, WI 53703

RAÚL TORREZ
*Attorney General*
*State of New Mexico*
408 Galisteo Street
Santa Fe, New Mexico 87501

DAN RAYFIELD
*Attorney General*
*State of Oregon*
1162 Court Street NE
Salem, OR 97301

CHARITY R. CLARK
*Attorney General*
*State of Vermont*
109 State Street
Montpelier, VT 05609

</div>

4

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Motion for Leave to Submit Brief of Amici Curiae, Brief of Amici Curiae, and Proposed Order upon counsel of record for Plaintiffs, Defendants, and Intervenors via CM/ECF.

Dated: June 24, 2025                                                  Respectfully submitted,

*/s/ Virginia A. Williamson*
VIRGINIA A. WILLIAMSON
Assistant Attorney Generals
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
vwilliamson@oag.state.md.us