

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

MID-AMERICA MILLING COMPANY,
LLC, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

    *Defendants*.

Case No. 3:23-cv-00072-GFVT-EBA

**MOTION OF MINORITY VETERANS OF AMERICA FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF INTERVENOR-DEFENDANTS' OPPOSITION TO JOINT MOTION FOR ENTRY OF CONSENT ORDER**

47008\20448107.1

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Kentucky, Minority Veterans of America ("MVA") requests leave to file a brief as *amicus curiae* in support of Intervenor DBEs'[1] opposition to the joint motion for entry of Consent Order (ECF No. 82). Plaintiffs, Defendants, and Intervenor DBEs do not oppose MVA filing its brief. The proposed *amicus* brief is attached as Exhibit A to this motion.

MVA is a nationwide, non-partisan, nonprofit organization with a mission to create belonging and advance equity and justice for our Nation's most marginalized and historically underserved veterans and service members. In MVA's experience, many veterans are small business owners and entrepreneurs, and they face systematic inequities and barriers from past and present discrimination. MVA advocates on behalf of service members and veterans for policies and programs that seek to combat the social and structural inequities confronting minority veterans, and MVA has joined or submitted *amicus* briefs to the Supreme Court and other Federal courts in cases that directly affect minority veterans and service members.

MVA has a strong interest in preserving the Department of Transportation's Disadvantaged Business Enterprise Program ("DBE Program") in its current form to mitigate the pervasive discrimination confronting minority and women veterans seeking to access federal transportation contracts. MVA's brief will aid the Court by detailing how minority and women veteran small business owners, like Intervenor DBEs, face barriers rooted in discrimination, including a lack of access to financing and professional networks. The existence of these barriers demonstrates the need for the DBE Program.

Further, MVA's brief explains how the Proposed Consent Order seeks to erect another hurdle to the participation of minority and women veterans in the engineering and construction industries by requesting that the Court hold unconstitutional the rebuttable presumption that

---

[1] Intervenor DBEs refers to Intervenor Defendants National Association of Minority Contractors, Women First National Legislative Committee, Airport Minority Advisory Council, Women Construction Owners & Executives, Illinois Chapter, Atlantic Meridian Contracting Corp., and Upstate Steel, Inc.

1

minority and women small business owners qualify as socially and economically disadvantaged for the purpose of certification as a DBE. The Court's resolution of this constitutional issue will impact members of MVA, and MVA urges the Court to consider the fate of the DBE Program with the benefit of a complete evidentiary record and the fully-developed arguments in defense of the Program by Intervenor DBEs.

Accordingly, MVA respectfully requests that the Court grant MVA leave to file the accompanying *amicus curiae* brief.

Dated: June 24, 2025                                   Respectfully submitted,

/s/ *Amy Briggs*
Amy Briggs (CA Bar No. 194028)
  (admission *pro hac vice* pending)
abriggs@fbm.com
John Ugai (CA Bar No. 318565)
  (admission *pro hac vice* pending)
jugai@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

*Counsel for Proposed Amicus Curiae
Minotirty Veterans of America*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Kentucky via third-party mail carrier.

Pursuant to Fed. R. Civ. P. 5(b), I also certify that paper copies were mailed via USPS to the following counsel representing the parties in this case:

**Plaintiffs' Counsel**
Cara Tolliver
Daniel P. Lennington
Richard M. Esenberg
Wisconsin Institute for Law & Liberty, Inc
330 E. Kilbourn Avenue
Suite 725
Milwaukee, WI 53202

Gregory Austin Healey
Lynch, Cox, Gilman & Goodman PSC
500 W. Jefferson Street
Suite 2100
Louisville, KY 40202

Jason Michael Nemes
Commonwealth Counsel Group, PLLC
10343 Linn Station Road
Louisville, KY 40223

**Defendants' Counsel**
Andrew Braniff
U.S. Department of Justice – Civil Rights
Housing and Civil Enforcement Section
950 Pennsylvania Ave, NW; 4-CON
Washington, DC 20530

Charles Ethan Enloe
U.S. Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**Defendants' Counsel cont.**
Robert Rich
DOJ-Crt
4 Constitution Square
150 M Street, NE
Room 9.1128
Washington, DC 20002

David Reese
DOJ-Crt
Poc Dalton, Dennis
1425 New York Ave
5066 Nya
Washington, DC 20005

Jillian Moo-Young
Katelyn Davis
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Sosun Bae
DOJ-Civ
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

**Intervenor-Defendants' Counsel**
Brooke Menschel
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Sarah C. Von Der Lippe
Law Office of Sarah C. Von Der Lippe
1104 E. Capital Street NE
Washington, DC 20002

Douglas L. McSwain
Wyatt, Tarrant & Combs LLP - Lexington
250 W. Main Street
Suite 1600
Lexington, KY 40507

**Proposed Intervenor Plaintiffs Central Seal Company and Charbon Contracting, LLC's Counsel**
David Bryan Owsley , II
Kyle S. Schroader
Frederick R. Bentley , III
Stites & Harbison, PLLC - Louisville
400 W. Market Street
Suite 1800
Louisville, KY 40202

*Amici* **State of Idaho** *et al.***'s Counsel**
Alan M. Hurst
Solicitor General
Office of the Idaho Attorney General
700 W. Jefferson St. Ste. 210
Boise, ID 83720

*Amici* **State of Maryland** *et al.***'s Counsel**
James C. Luh
Office of Attorney General - MD
200 Saint Paul Place
20th Floor
Baltimore, MD 21202

Virginia A. Williamson
Maryland Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

*Amicus* **City of Pittsburgh's Counsel**
Julie E. Koren
City of Pittsburgh, Department of Law
414 Grant Street
313 City-County Building
Pittsburgh, PA 15219

Dated: June 24, 2025

/s/ *Amy Briggs*
Amy Briggs

47008\20448107.1

4