

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00072-GFVT-EBA |

### MOTION OF LOCAL GOVERNMENTS, LOCAL GOVERNMENT AGENCIES, AND LOCAL GOVERNMENT OFFICIALS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF INTERVENORS' OPPOSITION TO JOINT MOTION FOR ENTRY OF CONSENT ORDER

Proposed Local Government *Amici* respectfully request leave to file the accompanying amicus brief in opposition to the Joint Motion for Entry of Consent Order, ECF No. 82, filed by the plaintiffs and the original Defendants on May 28, 2025. Counsel for Plaintiffs, Defendants, and the Intervenor DBEs do not object to Local Government *Amici's* request to file this brief.

Proposed *Amici* are local governments, local government agencies, and local government officials from across the country. Local Government *Amici* have a significant interest in this litigation and in opposing entry of the consent order. As the accompanying amicus brief explains, the proposed consent order's prohibition on U.S. Department of Transportation ("DOT") approval of DOT-funded projects with DBE contract goals will have significant and far-reaching consequences for Local Government *Amici*. If the proposed consent order is approved, it will force local governments to choose between transformative, long-established, and valued DBE goals that

help their local communities, or DOT funds for critical projects. Local Government *Amici* thus submit this brief to offer their unique perspective on the real-world impact of the proposed consent order on the local jurisdictions that administer crucial transportation and infrastructure programs funded by DOT. *See United States v. State of Mich.* 940 F.2d 143, 165 (6th Cir. 1991) (in deciding whether to grant leave to file an amicus, courts consider whether "the proffered information of amicus is timely, useful, or otherwise necessary to the administration of justice") (internal citations omitted).

For these reasons, the Court should use its broad discretion to grant Local Government *Amici*'s request for leave to file the attached amicus brief.

DATED: June 24, 2025

          KRYSIA KUBIAK, Esq.
          City Solicitor

          */s/ Julie E. Koren*
          Julie E. Koren (PA Bar No. 309642)*
          Associate City Solicitor
          CITY OF PITTSBURGH, DEPT. OF LAW
          313 City-County Building
          414 Grant Street

          * *Pro Hac Vice application filed separately*

          PUBLIC RIGHTS PROJECT

          */s/*
          Toby Merrill (MA Bar No. 601071)**
          Sharanya Mohan (CA Bar No. 350675)**
          PUBLIC RIGHTS PROJECT
          490 43rd Street, Unit #115
          Oakland, CA 94609
          (510) 738-6788
          toby@publicrightsproject.org
          sai@publicrightsproject.org

          ***Pro Hac Vice applications filed with this motion*

          *Counsel for Amici Curiae*

## ADDITIONAL COUNSEL

ROSALYN GUY-MCCORKLE
Allegheny County Solicitor
445 Fort Pitt Boulevard, Suite 300
Pittsburgh, PA 15219
*Attorney for Allegheny County, Pennsylvania*

EBONY M. THOMPSON
City Solicitor
Baltimore City Department of Law
100 North Holliday Street
Baltimore, MD 21202
*Attorney for the City of Baltimore, Maryland*

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago
121 North LaSalle Street, Room 600
Chicago, IL 60602
*Attorney for the City of Chicago, Illinois*

CHRISTIAN D. MENEFEE
Harris County Attorney
Harris County Attorney's Office
1019 Congress Street
Houston, TX 77002
*Attorney for Harris County, Texas*

MICHAEL HAAS
City Attorney
210 Martin Luther King Jr. Boulevard, Room 401
Madison, WI 53703
*Attorney for the City of Madison, Wisconsin*

KRISTYN ANDERSON
City Attorney
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN 55415
*Attorney for the City of Minneapolis, Minnesota*

DOUGLAS T. SLOAN
City Attorney
1685 Main Street, Room 310
Santa Monica, CA 90401
*Attorney for the City of Santa Monica, California*

PETE RAMELS
General Counsel and Chief Compliance Officer
WSBA Number 21120
2711 Alaskan Way
P.O. Box 1209
Seattle, WA 98121
*Counsel for Port of Seattle, Washington*

LYNDSEY M. OLSON
City Attorney
400 City Hall & Court House
15 West Kellogg Boulevard
St. Paul, MN 55102
*Attorney for the City of St. Paul, Minnesota*

MIKE RANKIN
City Attorney
PO Box 27210
Tucson, AZ 85726-7210
*Attorney for the City of Tucson, Arizona*

## **APPENDIX A – LIST OF *AMICI CURIAE***

Allegheny County, Pennsylvania

City of Austin, Texas

City of Baltimore, Maryland

Robin Wilt
*Councilmember, Township of Brighton, New York*

Sarah Leonardi
*School Board Member, Broward County, Florida*

City of Chicago, Illinois

Bryan "Bubba" Fish
*Councilmember, City of Culver, California*

David Stout
*Commissioner, El Paso County, Texas*

Harris County, Texas

City of Evanston, Illinois

City of Madison, Wisconsin

City of Minneapolis, Minnesota

Brenda Gadd
*Councilmember, Metropolitan Nashville & Davidson County, Tennessee*

John Clark
*Mayor, Town of Ridgway, Colorado*

City of Santa Monica, California

Port of Seattle, Washington

City of St. Paul, Minnesota

City of Tucson, Arizona

City of Wauwatosa, Wisconsin

## CERTIFICATE OF SERVICE

I certify that on June 24, 2025, the foregoing was mailed for physical filing with the Clerk of the Court via FedEx. Pursuant to Fed. R. Civ. P. 5(b) and each party's written consent for electronic service, I also certify that copies were served by electronic mail the following counsel representing the parties in this case.

**PLAINTIFFS' COUNSEL**

Cara Tolliver
Daniel P. Lennington
Richard M. Esenberg
WISCONSIN INSTITUTE FOR LAW & LIBERTY, INC
330 E. Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Email: cara@will-law.org
       dan@will-law.org
       rick@will-law.org

Gregory Austin Healey
LYNCH, COX, GILMAN & GOODMAN PSC
500 W. Jefferson Street, Suite 2100
Louisville, KY 40202
Email: ghealey@lynchcox.com

Jason Michael Nemes
COMMONWEALTH COUNSEL GROUP, PLLC
10343 Linn Station Road
Louisville, KY 40223
Email: jason@ccgattorneys.com

**DEFENDANTS' COUNSEL**

Andrew Braniff
Robert Rich
David Reese
Jillian Moo-Young
Katelyn Davis
Sosun Bae
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave, NW
4-CON Washington, DC 20530
Email: andrew.braniff@usdoj.gov
       robert.rich@usdoj.gov
       david.reese@usdoj.gov
       jillian.moo-young@usdoj.gov
       katelyn.davis@usdoj.gov
       sosun.bae@usdoj.gov

Charles Ethan Enloe, GOV
U.S. DEPARTMENT OF TRANSPORTATION
1200 New Jersey Avenue SE
Washington, DC 20590
Email: charles.enloe@dot.gov

**INTERVENOR-DEFENDANTS' COUNSEL**

Brooke Menschel
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Email: bmenschel@democracyforward.org

Sarah C. Von Der Lippe
LAW OFFICE OF SARAH C. VON DER LIPPE
1104 E. Capital Street NE
Washington, DC 20002
Email: scvdl@aol.com

Douglas L. McSwain
WYATT, TARRANT & COMBS LLP
Lexington 250 W. Main Street, Suite 1600
Lexington, KY 40507
Email: dmcswain@wyattfirm.com


Dated: June 24, 2025

_/s/ Toby Merrill_
Toby Merrill