UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

---

MID-AMERICA MILLING COMPANY,
LLC, *et al.*,

      Plaintiffs,

v.     Case No. 3:23-cv-00072-GFVT-EBA

UNITED STATES DEPARTMENT
OF TRANSPORTATION, *et al.*,

      Defendants.

---

### PLAINTIFFS' & GOVERNMENT DEFENDANTS' JOINT MOTION FOR LEAVE TO AMEND BRIEFING SCHEDULE FOR THEIR REPLY BRIEFS IN SUPPORT OF THEIR JOINT MOTION FOR ENTRY OF A CONSENT DECREE

---

Plaintiffs, Mid-America Milling Company, LLC and Bagshaw Trucking Inc., and Government Defendants, the United States Department of Transportation, Sean Duffy, Secretary of Transportation, the Administrator of the Federal Highway Administration, and Shundreka Givan, Division Administrator of the Federal Highway Administration's Kentucky Division, (together, the "Original Parties") respectfully submit this motion to amend the briefing schedule as to their respective reply briefs on their Joint Motion for Entry of a Consent Decree, ECF 82, and respectfully show as follows:

Under L. Civ. R. 7.1, "[a] party opposing a motion must file a response within 21 days of service of the motion," and both "motions and responses may not exceed 25 pages." L. Civ. R. 7.1(c)–(d). Likewise, a reply brief must be filed "within 14 days of service of the response" and "may not exceed 15 pages without leave of Court." *Id.*

On January 24, 2025, National Association of Minority Contractors; Women First National Legislative Committee; Airport Minority Advisory Council; Women Construction Owners & Executives, Illinois Chapter; Atlantic Meridian Contracting Corp.; and Upstate Steel, Inc. ("Intervenor DBEs") moved to intervene as defendants in this case. ECF 57.

On February 10, 2025, the Original Parties filed a Joint Motion to Stay the case "to permit Defendants the opportunity to consider their litigating position in this case and the [Original] Parties an opportunity to explore settlement." ECF 69.

On May 21, 2025, Magistrate Judge Edward B. Atkins granted the Intervenor DBEs' Motion to Intervene as Defendants in the case. ECF 78.

On May 28, 2025, the Original Parties filed a Joint Motion for Entry of Consent Order. ECF 82. Noting their awareness of the recent order granting Intervenor DBEs' Motion to Intervene, the Original Parties indicated that they were not making any representations as to Intervenor DBEs' position and did not file opening briefing. *Id.*

On June 5, 2025, the Court granted the Original Parties' Joint Motion to Stay the case, indicating also that the Motion for Entry of Consent Order was under advisement and that the parties may brief the issue "consistent with LR 7.1." ECF 85.

On June 18, 2025, Defendant-Intervenor DBEs submitted its response in opposition to the Original Parties' Joint Motion for Entry of Consent Order. *See* ECF 91.

Between June 24, 2025 and June 26, 2025, four amicus parties filed their separate briefs on the issue of the consent decree in support of Defendant-Intervenor IDBEs' opposition. *See* ECF 91, 94, 100, 101, 104.

The Original Parties have not yet filed substantial briefing on the matter; however, Defendant-Intervenor DBEs' response together with the four aforementioned amici filings

1

amounts to at least 62 pages of briefing to date that Plaintiffs and Government Defendants would, each, like the opportunity to address.

Given the foregoing and in the interest of efficiency, the Original Parties respectfully submit this request to amend Plaintiffs' and Government Defendants' respective reply brief schedules—which is, for each party's reply, currently limited to 15 pages and due by July 2, 2025—to permit Plaintiffs and Government Defendants, each, to file a reply brief, addressing both Defendant-Intervenor DBEs' response to the Original Parties' Joint Motion for Entry of Consent Order *and* the four amici filings to date, not exceeding a 30 page limitation, and due by July 16, 2025. The Original Parties do not otherwise waive their respective rights to respond to any additional submissions that may be filed after the date of this motion.

The Original Parties have discussed this motion with Defendant-Intervenor DBEs, who have indicated that they intend to file their response to this motion by Tuesday, July 1, 2025.

The Original Parties would not oppose Defendant-Intervenor DBEs' motion to file a sur-reply brief, provided that the sur-reply brief does not exceed 20 pages in total and is filed no later than August 6, 2025.

For the foregoing reasons, the Court should grant this motion.

Dated: June 27, 2025    Respectfully submitted,

**COUNSEL FOR PLAINTIFFS:**

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

*/s/ Cara Tolliver*
Richard M. Esenberg (WI Bar No. 1005622)
Daniel P. Lennington (WI Bar No. 1088694)
Cara M. Tolliver (WI Bar No. 1112818)

        330 East Kilbourn Avenue, Suite 725
        Milwaukee, WI 53202
        Telephone: (414) 727-9455
        Rick@will-law.org
        Dan@will-law.org
        Cara@will-law.org

        COMMONWEALTH COUNSEL GROUP, PLLC
        Jason M. Nemes (KBA# 90546)
        Greg Healey (KBA# 99546)
        10343 Linn Station Road, Suite 100
        Louisville, KY 40223
        jason@ccgattorneys.com
        greg@ccgattorneys.com

**COUNSEL FOR DEFENDANTS:**    ERIC A. SELL
        Acting Chief
        Employment Litigation Section
        Civil Rights Division

        */s/ Andrew Braniff*
        ANDREW BRANIFF
        (IN Bar No. 23430-71)
        Counsel for the United States
        Civil Rights Division
        United States Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530
        (202) 532-5987
        Andrew.Braniff@usdoj.gov