# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### FRANKFORT

|  |  |
|---|---|
| **MID-AMERICA MILLING COMPANY, LLC, *et al.*,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 3:23-cv-00072-GFVT-EBA** |
| **UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,** | |
| **Defendants.** | |

## <u>NOTICE OF FILING OF PROPOSED ORDER</u>

PLEASE TAKE NOTICE that, pursuant to the Court's June 26, 2025 Notice of Deficiency, Local Government *Amici* hereby submit the attached Proposed Order in connection with their Motion for Leave to File Brief as *Amici Curiae* in Support of Intervenors' Opposition to Joint Motion for Entry of Consent Order, Dkt. No. 104 (the "Motion"). On July 1, 2025, the Court granted the Motion, Dkt. No. 110, and the *amicus* brief was entered into the record, Dkt. No. 112. However, in an abundance of caution, and because the Notice of Deficiency was submitted to the Court for review on July 7, 2025, Local Government *Amici* respectfully submit the attached Proposed Order to address any remaining deficiency.

Dated: July 11, 2025

PUBLIC RIGHTS PROJECT

*/s/ Sharanya Mohan*

Toby Merrill (MA Bar No. 601071)*
Sharanya Mohan (CA Bar No. 350675)*

PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby@publicrightsproject.org
sai@publicrightsproject.org

*Admitted Pro Hac Vice*

*Counsel for Amici Curiae*

KRYSIA KUBIAK, Esq.
City Solicitor

*/s Julie E. Koren*

Julie E. Koren (PA Bar No. 309642)*
Associate City Solicitor
CITY OF PITTSBURGH, DEPT. OF LAW
313 City-County Building
414 Grant Street

* *Admitted Pro Hac Vice*

*Counsel for Amicus Curiae City of Pittsburgh*