UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-00072-GFVT-EBA |

**ORDER**

Pursuant to the unopposed motion filed by Local Government *Amici*, it is **HEREBY ORDERED** that Local Government *Amici*'s motion for leave to file brief of *amici curiae* in opposition to the joint motion for entry of consent order is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk **SHALL** file the tendered Amicus Brief in the above-styled action.

**SO ORDERED** this _____ day of _____, 2025

_____
THE HON. GREGORY F. VAN TATENHOVE
UNITED STATES DISTRICT JUDGE