# Appendix B

*Braniff Declaration*

| | |
|---|---|
| MID-AMERICA MILLING COMPANY, LLC, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> **Defendants.** | Case No. 3:23-cv-00072-GFVT-EBA |

# DECLARATION OF ANDREW BRANIFF

I, Andrew Braniff, declare as follows:

1. I am an Attorney at the United States Department of Justice. As an attorney in the Department of Justice, I lead and participate in litigation both on behalf of the United States and individual plaintiffs raising civil rights concerns. I have worked as an attorney for the Department of Justice since 2004 and have worked on the above-captioned case as lead counsel for the DOJ or primary case reviewer since its inception in 2023.

2. I submit this declaration based on my personal knowledge and information available to me in my official capacity.

3. In the above-captioned case, in Defendant-Intervenor DBEs Response to the Joint Motion for Entry of a Consent Order, ECF No. 91, the Defendant-Intervenor DBEs cite to a number of documents prepared by Plaintiffs in this matter including:

   a. WILL, *Roadmap to Equality*, https://perma.cc/37G5-BKKX (captured June 17, 2025)

1

b. WILL, *Roadmap to Equality*, https://perma.cc/VG9R-UKHX (captured June 9, 2025)

   c. Wis. Inst. for L. & Liberty, *Roadmap to Equality—Terminate, Settle, Investigate: Dismantling the "Equity Agenda"* (Feb. 7, 2025), https://perma.cc/8QBN-6YUY, updated March 2025, https://perma.cc/Z5A2-2XZN

4. I was unaware of either the reports issued by Plaintiffs, or any statements of Plaintiffs' counsel cited in Defendant-Intervenor DBEs' brief, ECF No. 91 at 11 n.13, until I was notified of their existence in their brief.

5. I am not aware of any member of the trial team being made aware of these documents or statements at any time during the course of the litigation or during negotiations concerning the Proposed Consent Order.

6. To my knowledge, these materials have played no role in the defense of the DOT DBE program, the change in position of the federal government, or the ultimate settlement from DOT Defendants' perspective.

Executed on   July 16, 2025               /s/ Andrew G. Braniff_____
                                          Andrew Braniff
                                          Attorney
                                          United States Department of Justice