UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

MID-AMERICA MILLING COMPANY, LLC, *et al.*,

    Plaintiffs,

v.                                                                                    Case No. 3:23-cv-00072-GFVT

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

    Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Attorney Cara Tolliver hereby withdraws as counsel for Plaintiffs in the above matter. Richard M. Esenberg, Daniel P. Lennington, and the Wisconsin Institute for Law & Liberty, Inc. will remain as counsel of record for Plaintiffs, who have been notified of said withdrawal.

Dated: September 3, 2025.

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

*s/ Cara Tolliver*

Richard M. Esenberg (WI Bar No. 1005622)
Daniel P. Lennington (WI Bar No. 1088694)
Cara Tolliver (WI Bar No. 1112818)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385

Rick@will-law.org
Dan@will-law.org
Cara@will-law.org

*Attorneys for Plaintiffs*