UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:23-CV-00072-GFVT-EBA

MID-AMERICA MILLING COMPANY, *et al.,*                                       PLAINTIFFS,

V.                                          **ORDER**

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,                                       DEFENDANTS.

*** *** *** ***

This matter is before the undersigned on the motion of Luke N. Berg, Esq. to appear in this action *pro hac vice* on behalf of Plaintiffs Mid-America Milling Company, LLC and Bagshaw Trucking, Inc. [R. 127]. The proper showings have been made, and the admission fees have been paid. Having considered the matters fully, and being otherwise sufficiently advised,

**IT IS ORDERED** that the motion to appear *pro hac vice*, [R. 127], is **GRANTED**. Luke N. Berg, Esq. is hereby admitted to practice *pro hac vice* for all purposes in the above-styled action.

Signed September 19, 2025.

Signed By:
*Edward B. Atkins*  /s/ EBA
**United States Magistrate Judge**